FILED BY_____scn_____D.C.
Jan 20, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00003-SMM

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,
  Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:  *Stacey Bergstrom*
Stacey Bergstrom
Assistant United States Attorney
Court ID No.    A5502614
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0952
Fax: 772-466-1020
Email: Stacey.Bergstrom@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint                                           AUSA Stacey Bergstrom

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ____scn____ D.C.

**Jan 20, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

United States of America )
v. )
)
ZACHARY S. SPIEGEL, ) Case No. 22-mj-00003-SMM
)
)
)
_____ )
*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 18, 2022__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Eric J. Urgo, Special Agent, DHS/HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: __January 20, 2022__

*Judge's signature*

City and state: __Fort Pierce, Florida__     Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric J. Urgo, having been duly sworn, do hereby depose and state as follows:

1. I am a Special Agent of the Department of Homeland Security, Homeland Security Investigations (HSI). I have been a federal agent assigned to the Investigations Office located in Fort Pierce, Florida, since November 2019. During my time with HSI, I have investigated federal criminal violations related to child exploitation and child pornography, including but not limited to, violations of 18 U.S.C. §§ 2251, 2252, and 2422(b). Prior to my employment with HSI, I was employed with U.S. Customs and Border Protection (CBP) since February of 2008. During my time with CBP, I held the positions of officer, supervisor, Special Response Team (SRT) operator, and a Task Force Officer (TFO) with HSI and the Niagara County, New York Sheriff's Department. As part of my duties with CBP and as a TFO, I was an integral part in investigations related to violations of federal and state laws including but not limited to, drug smuggling/trafficking, organized criminal activity, and illicit cross border activity.

2. I am responsible for enforcing federal criminal statutes relating to Homeland Security Investigations, including the sexual exploitation of children and any other violations under Title 18. I have received formal training on the aforementioned investigations at the HSI Special Agent Training Program held at the Federal Law Enforcement Training Center (FLETC). Specifically, I have received training in the area of child pornography and child exploitation and have reviewed examples of child pornography, as defined in 18 U.S.C. § 2256.

3. I am conducting an investigation involving the sexual exploitation of children and related activities of ZACHARY S. SPIEGEL (hereinafter SPIEGEL). I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that SPIEGEL has violated Title 18, United States Code, Section 2422(b), which makes if a crime to entice, or attempt to entice, a minor to engage in any sexual activity for which any person can be charged with a criminal offense.

4. On or about January 9, 2022, the Fort Pierce Police Department was contacted by two 16-year-old boys, one of whom reported that he had been posing as a 14-year-old girl named

Shayla on an anonymous internet chat service[1], and an adult male using the name "Zakk" was allegedly traveling to meet Shayla for sex that same night.

5. Within the chat, the 16-year-old boy (for clarity, hereinafter referred to as "Shayla") publicly posted the following:



6. An individual, subsequently identified as SPIEGEL, using the chat-assigned nickname of Bull Hancock initiated a conversation with Shayla in response to her post, stating "Hey," and shortly thereafter, "So, what brings you to [chat service]?" Shayla replied, "Just trying to meet new people." SPIEGEL then told Shayla, "Hi, I'm Zakk," and sent her a selfie-style photograph of an adult male that appears to be taken from inside a vehicle, stating, "This is me." SPIEGEL then asked Shayla what she likes to do for fun. When Shayla responded, "Smoke," SPIEGEL asked her, "Do you like to smoke and fuck?"

7. When SPIEGEL suggested they "get together sometime," Shayla responded "Maybe. I'm 14 [by the way]. I mean only if you care." Initially, SPIEGEL indicated that Shayla's age was "a problem," before asking her, "What's the oldest you've fucked[?]" SPIEGEL told Shayla, "I don't think I could. Sorry." Shayla responded, "Damn ok it's cool," to which SPIEGEL replied, "If you were 17 I'd be okay with it." SPIEGEL did not end the conversation, however, and instead asked Shayla to send him a photograph of herself.

8. Shayla then told SPIEGEL that she was at the movie theater in Sabal Palms Plaza. located in Fort Pierce, Saint Lucie County, Florida. SPIEGEL responded, "Nice. Should have said something. You could have met me in the back row." Shayla responded to SPIEGEL that the movie

---

[1] The name of the internet chat service is known to law enforcement.

had already started and asked SPIEGEL to come join her. SPIEGEL told Shayla, "Enjoy the movie. Would have been fun to finger you during it." The conversation continued as follows:

> **SPIEGEL:** Fingers sliding in and out of that tight light wet pussy. Pressing against your clit.
>
> **Shayla:** [...] Unless ur really gonna do it
>
> **SPIEGEL:** And what if I don't stop. And what if I actually will do it?
>
> **Shayla:** Then we'll see what happens from there. N I'll show u what I can do
>
> **SPIEGEL:** You gonna slide that tight little pussy down on my thick cock in the theater
>
> **Shayla:** Noooo. Maybe in ur car tho [winking smiley face emoji]
>
> **SPIEGEL:** You gonna show me what you can do with those lips and your tongue
>
> **Shayla:** Yes daddy
>
> **SPIEGEL:** Oh baby girl.
>
> **Shayla:** Oh what
>
> **SPIEGEL:** I'll definitely be your daddy
>
> **Shayla:** Cum here then
>
> **SPIEGEL:** You going to make daddy cum
>
> **Shayla:** Yesss

9. SPIEGEL then sent a photograph of an erect penis to Shayla. Based on the steering wheel in the background of the image, it appears that this photograph was taken in the driver's seat of a vehicle. SPIEGEL told Shayla that it was "[t]hick and hard just begging to be stroked. Sucked. Fucked." Shayla told SPIEGEL, "Come pick me up I'll leave the movies right now daddy." SPIEGEL responded, "Text you when I get there. Can I see another pic of you[?]" SPIEGEL repeated this request for a photograph of Shayla several more times and asked for her telephone number so they could text each other.

10. At this point, the conversations moved over to text messaging. SPIEGEL sent a text message to Shayla from the cell phone number 772-200-XXXX.[2] The message stated, "Hey Shayla it's Bull from [the internet chat service]." SPIEGEL told Shayla that he expected to arrive

---

[2] The full telephone number is known to law enforcement.

at the movie theater at approximately 10:19pm. SPIEGEL again asked Shayla to send him a picture of herself.

11. After receiving SPIEGEL's message that he was on his way to their location, the two minor boys behind the "Shayla" account approached a marked Fort Pierce Police Department vehicle that was parked outside of the Sabal Palms shopping plaza. The boys explained that they had been posing as a 14-year-old-girl and that an adult male was on his way to meet this 14-year-old girl for sex. The boys showed the patrol officer the messages they had been exchanging with SPIEGEL and explained that they had arranged to meet SPIEGEL at approximately 10:19pm near the benches outside the front entrance of the movie theater in the plaza.

12. Over an hour later, SPIEGEL texted Shayla that he "just got pulled over on US1." SPIEGEL told Shayla that he did not know what was going on and that she should just go home. At approximately 6:13am the following morning, January 10, 2022, Zakk told Shayla, "The police pulled me over for speeding. Then tried to tell me my plates were stolen. Then actually told me that they're not registered to my car. Then tried saying my car was stolen. Then proceeded to ask me where I was hiding the drugs. Then searched my vehicle. None of which is true. And they finally let me go with a warning at 1145." I have been unable to confirm whether such an encounter with law enforcement occurred.

13. On or about January 10, 2022, I met with the 16-year-old boy and his parents. I was able to obtain parental consent for law enforcement to assume the online identity of Shayla and continue the conversations with SPIEGEL. The boy's parents also consented to my review of the boy's cell phone, where I was able to observe and confirm the prior conversations with SPIEGEL. SPIEGEL was continuing to send messages to Shayla and was in the process of arranging to meet her again the following morning.

14. On or about January 10, 2022, law enforcement assumed the online identity of Shalya and continued the conversations with SPIEGEL. At all relevant times, the undercover law enforcement officer was physically located in Saint Lucie County when he received the text messages from SPIEGEL. During the conversation, SPIEGEL asked Shayla for more photographs of herself and asked whether Shayla had ever had a threesome with any of her female friends. SPIEGEL told Shayla, "Maybe we can get a friend of yours and make it happen."

15. On January 11, 2022, SPIEGEL texted Shayla, "Morning baby girl." SPIEGEL asked about Shayla's plans for the day and said, "Maybe I should come pick you up." As the

4

conversation continued, SPIEGEL suggested that he would pick Shayla up at her residence around 12pm that same day. However, at approximately 9:45am, SPIEGEL stopped communicating with Shayla. After several hours of silence from SPIEGEL, the undercover law enforcement officer using the Shayla alias texted SPIEGEL, "I knew you were bullshit when you didn't come before. BYE."

16.     Through investigative means, law enforcement determined that the (772) 200-XXXX telephone number that SPIEGEL was using to text Shayla belongs to an internet-based mobile communications service that assigns its customers their own phone number or allows customers to select their own telephone number, which enables the customer use any wifi enabled device as a smartphone. The customer is able to send unlimited SMS and MMS text messages, participate in group chats, send and receive pictures and other media, as well as make and receive calls. I subpoenaed subscriber records associated with the (772) 200-XXXX number. According to these subscriber records, the phone number (772) 200-XXXX was assigned to an account with the user ID "ZAKKATTAKK719-1" that was created on September 16, 2021. The subpoena response also included time-stamped IP records associated with a three-day range of activity on the account, from January 9, 2022 through January 11, 2022. A majority of this activity, including the times and dates that SPIEGEL was communicating with Shayla, was associated with the IP address 2601:58b:4202:1810:242a:557:969f:607b. Through investigative research, I determined that this IP address belongs to Comcast Cable Communications.

17.     On January 12, 2022, I issued an administrative summons to Comcast for subscriber information related to the IP address 2601:58b:4202:1810:242a:557:969f:607b for the time period of January 9, 2022, 00:42:42 to January 11, 2022, 00:00:00, Greenwich Mean Time (GMT). On January 12, 2022, Comcast provided the following subscriber information:

> Name: Zachary Spiegel
> Email: Z.Spiegel719@Comcast.net
> Phone: 772-888-XXXX[3]
> Address: XXX NW Fresco Way Apt. XXX, Jensen Beach, Florida, 34957
> Active Residential since January 2019.

---

[3] The full telephone number and address was provided in the records and is known to law enforcement.

18.     Record checks within the State of Florida Driver and Vehicle Information Database (DAVID) show that ZACHARY S. SPIEGEL (DOB: XX/XX/1983) resides at XXX NW Fresco Way, Apt. XXX, Jensen Beach, Florida, 34957. Additionally, the photograph that is provided in DAVID is a visual match to the photograph that SPIEGEL sent to Shayla, referenced in paragraph 6 above.

19.     On January 18, 2022, the undercover law enforcement officer posing as Shayla texted SPIEGEL at the (772) 200-XXXX number, "So much for never ghosting me." SPIEGEL immediately responded, "Ya know, I was actually thinking about you today..[.] the last message you left me, pretty much told me to fuck off... I didn't think you wanted to talk to me anymore." SPIEGEL then asked Shayla, "Do you still want to see me?" Shayla asked SPIEGEL to bring her wine coolers. SPIEGEL asked if that was all Shayla wanted, to which Shayla replied, "What do you want daddy?" SPIEGEL responded, "Take care of my needs baby girl..[.]show daddy how good you can suck dick." Based on my training and experience, I believe that SPIEGEL is asking Shayla to perform oral sex on him, which is sexual activity for which any person could be charged with a criminal offense under Florida law.

20.     SPIEGEL later asked Shayla for more photographs of herself. When Shayla expressed hesitation and explained that other people had posted her pictures online, Zakk responded, "I won't repost your pics baby girl. I'll just use them when I jerk off." SPIEGEL then told Shayla, "Send me something good and I'll show you." Shayla responded, "But [I'm going to] say no till I know your real." SPIEGEL then sent Shayla another selfie-style photograph of his face. The individual depicted in this photograph is a visual match to the photograph of SPIEGEL I observed in the DAVID records. In the photograph, SPIEGEL appears to be in the driver's seat of a vehicle and a child's car seat can be seen in the rear seat. Shayla asked if SPIEGEL had children, and SPIEGEL confirmed that he has a 3- and 6-year-old. SPIEGEL then sent Shayla another photograph of an erect adult penis and asked, "You want this?" and, "You want to suck it or ride it?"

21.     As the conversation continued, SPIEGEL asked Shayla, "What are you doing tomorrow?" Shayla responded that she was going to be doing her online schooling. After asking whether Shayla had ever used sex toys, SPIEGEL asked Shayla, "Do you wanna know how daddy's dick feels inside you??" SPIEGEL then arranged to meet Shayla at Maravilla Park in Fort Pierce, Saint Lucie County, Florida at approximately 12:00pm the following day, January 19,

2022. SPIEGEL told Shayla, "Maybe we can meet up at the park tomorrow around noon, and just chat. Make sure we click. See where things go. If we end up in my car fooling around. Then okay. How badly do you wanna suck my cock?" Based on my training an experience, I believe that SPIEGEL intends to meet Shayla, whom he believes to be a 14-year-old girl, for the purpose of Shayla performing oral sex on him, which constitutes sexual activity for which any person may be charged with a criminal offense under Florida law.

22. As the conversation continued, SPIEGEL asked Shayla, "Wine coolers at noon huh?" When Shayla replied, "Hellz yeah," SPIEGEL responded, "Then you're gonna be frisky[?]" SPIEGEL then asked Shayla, "You want me to finger you or eat it." I understand this to mean, based on my training and experience, that SPIEGEL was asking whether Shayla wanted him to manually stimulate her or perform oral sex on her. SPIEGEL then asked, "You gonna wear a skirt with no panties tomorrow?" SPIEGEL then texted Shayla another photograph of an erect adult penis, purportedly his own, telling her that he was "[s]lowly stroking it, thinking about [her]."

23. At approximately 9:50am on January 19, 2022, SPIEGEL texted Shayla to advise her that he could not meet with her that afternoon as planned due to a medical appointment he had forgotten about later that day.

24. Based on the foregoing facts, I believe there is probable cause to charge ZACHARY S. SPIEGEL with violation of Title 18, United States Code, Section 2422(b), which makes it a crime to entice, or attempt to entice, a minor to engage in any sexual activity for which any person could be charged with a criminal offense.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Special Agent Eric Urgo
Homeland Security Investigations

Sworn to before me by videoconference, in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure, this 20th day of January, 2022.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By S.Carlson
Deputy Clerk
Date Jan 20, 2022