Case 2:22-cr-14005-AMC Document 2 Entered on FLSD Docket 01/20/2022 Page 1 of 1

FILED BY___scn___D.C.
Jan 20, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Case No. 22-mj-00003-SMM

IN RE:

CRIMINAL COMPLAINT
_____)

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through the undersigned Assistant U.S. Attorney, Southern District of Florida, hereby requests this Honorable Court seal the *Criminal Complaint* and all attachments (except for copies to be used by law enforcement personnel during execution of their official duties) until the defendant is arrested and further order of the Court.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/Stacey Bergstrom
Stacey Bergstrom
Court ID No. A5502614
Assistant United States Attorney
Stacey.Bergstrom@usdoj.gov
United States Attorney's Office
101 South U.S. Highway 1, Ste. 3100
Fort Pierce, Florida 34950
TEL: 772-293-0952
FAX: 772-466-1020
Attorney for United States of America