**United States District Court**
**Southern District of Florida**

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*\* No Interpreter Req'd*

**DEFT:** ZACHARY S SPIEGEL, *present* (J)    **CASE NO:** 22-0003-SMM

**AUSA:** Stacey Bergstrom, *present*    **ATTORNEY:**

**AGENT:** SA Eric J Urgo DHS/HSI, *present*    **VIOL:** 18:2422(b)

**PROCEEDING:** Initial Appearance on Complaint    **BOND REC:** PTD    **SET:**

- ☐ Surrender and/or do not obtain passports/travel documents
- ☐ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments.
- ☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other:

*Initial Appearance on Complaint held:*

*Deft present without counsel and advised of rights along with new criminal charges*

*Deft states that he has hired an Attorney, John Musca. Court directed the Deft to have his Attorney contact the Clerk's office in Fort Pierce re his Notice of Appearance*

*Gov't requesting pretrial detention as this is a presumption case*

*Report re counsel and Detention hrg set for 1/24/2022 at 10AM*

*Arraignment set for 2/4/2022 at 10AM*

*Deft detained pending the outcome of the detention hearing*

**DISPOSITION:** Iaheld

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 1/24/2022 | 10:00 AM | FTP Duty Magistrate | Fort Pierce |
| PTD/BOND HEARING: | 1/24/2022 | 10:00 AM | FTP Duty Magistrate | Fort Pierce |
| ARRAIGNMENT: | 2/04/2022 | 10:00 AM | FTP Duty Magistrate | Fort Pierce |
| FINAL EVID HRNG-VSR: | | | | |

DATE: 1/21/2022 START TIME: 10:00 A.M. Time in Court: 10 Minutes   (DAR:9:51:03 to 10:12:03 FTP-FJL/4074)   Digital back-up  No