FILED BY ___SU___ D.C.

**Feb 3, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CR-14005-CANNON-MAYNARD
18 U.S.C. § 2422(b)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 2428(a)

UNITED STATES OF AMERICA

vs.

ZACHARY S. SPIEGEL,

        **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Attempted Enticement of a Minor
### (18 U.S.C. § 2422(b))

On or about January 9, 2022, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ZACHARY S. SPIEGEL,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Attempted Enticement of a Minor
### (18 U.S.C. § 2422(b))

On or about January 18, 2022, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ZACHARY S. SPIEGEL,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ZACHARY S. SPIEGEL**, has an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428(a)(2), and any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense, pursuant to Title 18, United States Code, Section 2428(a)(1).

All pursuant to Title 18, United States Code, Sections, 981(a)(1)(C) and 2428(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
STACEY BERGSTROM
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,

          Defendant.          /

CASE NO. 2:22-CR-14005-CANNON-MAYNARD

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [x] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [x]
   - II   6 to 10 days   [ ]
   - III   11 to 20 days   [ ]
   - IV   21 to 60 days   [ ]
   - V   61 days and over   [ ]

   (Check only one)
   - Petty   [ ]
   - Minor   [ ]
   - Misdemeanor   [ ]
   - Felony   [x]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **22-mj-00003-SMM**
   Related miscellaneous numbers: **22-mj-00004-SMM**
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

*Stacey Bergstrom*
Stacey Bergstrom
Assistant United States Attorney
Court ID No.     A5502614

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CR-14005-CANNON-MAYNARD

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,
               Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
STACEY BERGSTROM
Assistant United States Attorney
Court ID No.   A5502614
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0952
Fax: 772-466-1020
Email: Stacey.Bergstrom@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CR-14005-CANNON-MAYNARD

## PENALTY SHEET

**Defendant's Name: ZACHARY S. SPIEGEL,**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1-2 | Enticement of a Minor | 18 U.S.C. § 2422(b) | 10 years to life imprisonment, $250,000 fine, SR up to life, $100 SA, $5,000 SA |