United States District Court
Southern District of Florida

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*\* No Interpreter Req'd*

**DEFT:** ZACHARY S SPIEGEL    (Bond)        **CASE NO:**      22-14005-CR-CANNON-MAYNARD

**AUSA:** Michael Porter, *present* for Stacey E Bergstrom    **ATTORNEY:** Derrick H Smith, Esq. Retained, *present*

**AGENT:**       SA Eric J Urgo DHS/HSI              **VIOL:**             18:2422(b)

**PROCEEDING:** Arraignment on Indictment    **BOND REC:**          **SET:** $150,000 PSB

- ☐ Surrender and/or do not obtain passports/travel documents
- ☐ Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments.
- ☐ Home confinement/Electronic Monitoring and/or Curfew: _____pm to _____am, paid by: _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:_____
- ☐ Other:
  _____
  _____

*Deft present with Retained counsel, Derrick H Smith, Esq.*

*Arraignment held: Indictment read into the record, Deft advised of possible penalties; not guilty plea entered, jury trial demanded, and paperless standing discovery order entered by the Court*

*Defendant to remain on pre-trial release with $150,000 Personal Surety Bond (from 22-003-SMM)*

**DISPOSITION:** Arraignheld
**NEXT COURT APPEARANCE:**   **DATE:**      **TIME:**      **JUDGE:**      **PLACE:**

INQUIRY RE COUNSEL: _____
PTD/ARRAIGNMENT: _____
IDENTITY HEARING: _____
FINAL EVID HRNG-VSR: _____

DATE: 2/4/2022  START TIME: 10:00 A.M.  Time in Court: 6   Minutes  (DAR: 9:56:56  to 10:08:14  FTP-FJL/4074)  Digital back-up  No