UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-CR-14005-CANNON-MAYNARD

UNITED STATES OF AMERICA,

vs.

ZACHARY S. SPIEGEL,
           Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

    The Defendant, Zachary Spiegel, hereby moves this Honorable Court to enter an Order granting him additional time to file any necessary pre-trial motions. As grounds for said motion, undersigned counsel would state:

    1.    The Court issued an Omnibus Order setting trial date and motion deadlines on February 8, 2022. That Order required all pre-trial motions and motions in limine to be filed by February 22, 2022.

    2.    Undersigned counsel only received discovery in this matter today, February 22, 2022. Counsel needs time to review the discovery and determine if any pre-trial motions are necessary.

    3.    Assistant United States Attorney, Stacey Bergstrom, has no objection to this motion.

**WHEREFORE** undersigned counsel respectfully requests additional time to file pre-trial motions.

Respectfully Submitted,

*/s Donnie Murrell*

_____
**DONNIE MURRELL, ESQ.**
**FLORIDA BAR NO: 326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL  33401
Telephone:  561.686.2700
Facsimile:   561.686.4567
Email:  ldmpa@bellsouth.net
Attorney for Defendant Spiegel

*/s Andrew B. Metcalf*

_____
**ANDREW B. METCALF**
**FLORIDA BAR NO:  0098590**
1245 20th Street
P.O. Box 2618
Vero Beach, FL  32961
Telephone:  772.569.1001
Facsimile:   772.569.1117
Email:  la@eaglelaw.com
Attorney for Defendant Spiegel

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on February 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via

transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s Donnie Murrell*
_____
**DONNIE MURRELL, ESQ.**

### SERVICE LIST

**U.S.A. vs. ZACHARY S. SPIEGEL**
**CASE NO: 22-CR-14005-CANNON/MAYNARD**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Stacey Bergstrom, Esq.
Stacey.Bergstrom@usdoj.gov
Assistant United States Attorney
Southern District of Florida, Fort Pierce Division
101 South U.S. Highway 1, Suite 3100
Fort Pierce, FL 34950
Telephone: 772.293.0952
Attorney for Plaintiff, USA
Via Notice of Electronic Filing
Generated by CM/ECF