**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 2:22-CR-14005-AMC-1**

UNITED STATES OF AMERICA,

vs.

ZACHARY S. SPIEGEL,

   Defendant.

_____/

**UNOPPOSED MOTION TO WITHDRAW**

COMES NOW undersigned counsel of record**, DERRICK SMITH, ESQUIRE** and **JOHN MUSCA, ESQUIRE**, pursuant to the Federal Rules of Procedure, hereby respectfully moves the Court for an Order permitting them to withdraw as attorney of record for the defendant and respectfully alleges as follows:

1. Defendant has hired new counsel. Donnie Murrell, Esq.

2. The Assistant United States Attorney, Stacey Bergstrom is unopposed to this motion.

WHEREFORE, Defense Counsel, Derrick Smith, Esquire and John Musca, Esquire respectfully request this Honorable Court enter an order allowing Defense Counsel to withdraw at attorney of record in the above reference matter.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on 3 day March 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or

parties who are not authorized to received electronically Notices of Electronic Filing.

Respectfully Submitted,

/s/ *John Musca, Esquire*
John Musca, Esquire
Counsel for the Defendant
Florida Bar No: 163155
Attorney for the Defendant
523 South Andrews Avenue, Suite 1
Fort Lauderdale, FL  33301
Phone No: (954) 357-0787
Fax No: (954) 514-7365
 john@muscalaw.com

 /s/ *Derrick Smith, Esq.*
Derrick Smith, Esquire
Counsel for the Defendant
Florida Bar Number: 9679
**MUSCA LAW, P.A.**
Attorney for the Defendant
630W. Adams Street, Suite 205
Jacksonville, Florida 32204
(904) 629-6045
Derrick@muscalaw.com

## SERVICE LIST

USA vs. JEFFREY DAVID WHITE
Case No. 20-60078-CR-SINGHAL/SNOW
United States District Court, Southern District of Florida

John Musca, Esquire
Florida Bar No: 163155
Attorney for the Defendant
523 South Andrews Avenue, Suite 1
Fort Lauderdale, FL 33301
Phone No: (954) 357-0787
Fax No: (954) 514-7365
john@muscalaw.com

Rachel Kuhl Esquire
Florida Bar No: 50951
Co-Counsel for the Defendant
523 South Andrews Avenue, Suite 1
Fort Lauderdale, FL 33301
Phone No: (954) 357-0787
Fax No: (954) 514-7365
rachel@muscalaw.com

M. Catherine Koontz, Esquire
United States Attorney's Office
500 East Broward Blvd.
Fort Lauderdale, FL 33394
Phone No: (954) 660-5940
Catherine.koontz@usdoj.gov