### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT PIERCE DIVISION

### CASE NO. 22-14005-CR-CANNON

**UNITED STATES OF AMERICA**,

     Plaintiff,

vs.

**ZACHARY S. SPIEGEL**,

     Defendant.

_____/

### ORDER GRANTING UNOPPOSED AMENDED MOTION TO WITHDRAW
### [ECF No. 26] and DENYING AS MOOT EARLIER MOTIONS TO WITHDRAW
### [ECF Nos. 24, 25]

**THIS MATTER** comes before the Court upon the Unopposed Amended Motion to Withdraw as Counsel for Defendant [ECF No. 26].

For the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Amended Motion to Withdraw as Counsel for Defendant [ECF No. 24] is **GRANTED**. Derrick Smith and John Musca are relieved of further duties in this cause, and Donnie Murrell is noted as counsel of record for Defendant, Zachary S. Spiegel.

2. It is further **ORDERED** that the Unopposed Motions to Withdraw [ECF Nos. 24, 25] are **DENIED AS MOOT**.

**DONE AND ORDERED** at Fort Pierce, Florida this 4th day of March 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record