UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-14005-CR-AMC

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,

      **Defendant.**
_____/

## GOVERNMENT'S MOTION TO CONTINUE TRIAL
## TO THE WEEK OF MARCH 28, 2022

      The United States of America, by and through undersigned counsel, files this unopposed Motion to Continue Trial to the Week of March 28, 2022, or the earliest date possible thereafter. In support of this motion, the Government states the following:

      1.      The trial of this case is presently scheduled for the week beginning on March 21, 2022, with a calendar call on March 15, 2022.

      2.      The Government is requesting a brief continuance to the week of March 28, 2022, or the earliest date possible thereafter, because a critical witness is presently out of the country and is not expected to return until March 24, 2022. The Government did not learn of the witness's travel itinerary until March 7, 2022, after the witness had already left the country.

      3.      The Government has conferred with counsel for the defendant, and counsel for the defendant has no objection to this motion.

      4.      As set forth more fully in the Government's First Speedy Trial Report (DE23), the Speedy Trial Act requires that trial of this matter commence on or before April 14, 2022.

      5.      The commencement of the trial during the week of March 28, 2022, would not be contrary to the interests of the parties and the public to a speedy trial.

WHEREFORE, the Government respectfully requests that this Honorable Court grant this motion to continue the trial of this case to the week of March 28, 2022, or the earliest date possible thereafter.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  */s/ Stacey Bergstrom*
Stacey Bergstrom
Assistant United States Attorney
Southern District of Florida
Court ID No. A5502614
101 South U.S. 1, Suite 3100
Ft. Pierce, Florida 34950
Telephone: (772) 466-0899
E-mail: stacey.bergstrom@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via Notice of Electronic Filing generated by CM/ECF.

/s/ Stacey Bergstrom
STACEY BERGSTROM
ASSISTANT UNITED STATES ATTORNEY