UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14005-CR-CANNON

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,

      **Defendant.**

_____/

**GOVERNMENT'S NOTICE REGARDING EXPERT TESTIMONY**

The United States of America, by and through the undersigned Assistant United States Attorney, provides notice that it intends to call Homeland Security Investigations (HSI) Special Agent Brian Ray to testify about the forensic examination of the various digital devices examined during the investigation of the above captioned case. Special Agent Ray is expected to testify as follows:

**I.**    **Background and Qualifications**

Special Agent Ray has been employed with HSI since 2001. As described in his curriculum vitae, he is a Certified Forensic Examiner, trained and experienced in conducting forensic examinations on computer and mobile devices. His duties include imaging, analyzing, and interpreting digital evidence. *See* Attachment A. Special Agent Ray has conducted over 1,000 forensic examinations of digital devices and other media since becoming a Certified Forensic Examiner in 2010 and has testified as an expert witness in federal court on this subject matter.

**II.**    **Items Examined**

As part of his investigation in the above-captioned case, Special Agent Ray examined the various computers, cell phones, tablets, and external electronic media storage devices that were

seized from the defendant's residence and car pursuant to a search warrant on January 20, 2022. Special Agent Ray also examined an Apple iPhone belonging to the complaining witness that was seized with the consent of the complaining witness and his parents on January 10, 2022.

Special Agent Ray made a true and accurate image of the complaining witness's iPhone. After examining the iPhone, Special Agent Ray extracted material including text messages, picture messages, and associated metadata, to which he will testify at trial. Special Agent Ray attempted to access the Apple iPhone seized from the defendant's vehicle, but found the iPhone to be locked and protected by a numeric passcode. Special Agent Ray has been unable to unlock the defendant's iPhone with currently available forensic tools. Several of the computers and external electronic media storage devices that were seized from the defendant's residence were found to be encrypted, meaning that Special Agent Ray was unable to examine their contents. Special Agent Ray's testimony, the underlying reasons, and their significance are based upon the evidence he examined along with his education, experience, and specialized training.

**III.     Expert Materials Available to the Defense**

The United States has made the extraction report of the complaining witness's iPhone available to the defense. The report was produced in discovery on February 14, 2022, at bates numbers 00020-00110.

                                                                            Respectfully submitted,

                                                                            JUAN ANTONIO GONZALEZ
                                                                            UNITED STATES ATTORNEY

                                                        By: /s/ Stacey Bergstrom
                                                           Stacey Bergstrom
                                                           Assistant United States Attorney
                                                           Southern District of Florida

                                        Court ID No. A5502614
                                        101 South U.S. 1, Suite 3100
                                        Ft. Pierce, Florida 34950
                                        Telephone: (772) 466-0899
                                        E-mail: stacey.bergstrom@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via Notice of Electronic Filing generated by CM/ECF.

                                        /s/ Stacey Bergstrom
                                        STACEY BERGSTROM
                                        ASSISTANT UNITED STATES ATTORNEY