# Curriculum Vitae
## Special Agent Brian Ray, Homeland Security Investigations
Updated 9/9/2020

### Office Information

Address: 505 South 2nd Street, Suite 100, Ft. Pierce, FL   34950
Phone: (772) 201-4689 x2104
Employment Date: 10/21/2001

### Professional Certifications

Mobile and Cellular Data Extraction and Analysis Training / 40 Hours
Certification Date: 2/27/2015
Certification Number: MCDDAT501
Certifying Authority: HSI Cyber Crimes Center

Advanced Computer Evidence Recovery Training Course / 80 Hours
Certification Date: 9/2/2011
Certification Number: ACERT1104
Certifying Authority: Treasury Computer Forensic Training Program

Basic Computer Evidence Recovery Training Course / 152 Hours
Certification Date: 5/13/2010
Certification Number: PBCERT002
Certifying Authority: Treasury Computer Forensic Training Program

CompTIA A+ / 80 Hours
Certification Date: 4/16/2010
Certification Number: COMP001020092213
Certifying Authority: CompTIA

### Professional Training

Introduction to osTriage v2.5 / 3 Hours ICAC Live Online Training on 9/9/2020

Loading Evidence in AXIOM / 45 Minute Magnet Forensics Webinar on 6/11/2020

macOS: Forensic Artifacts and Techniques / 1 Hour Magnet Forensics Webinar on 4/8/2020

Axiom Cloud / 1 Hour Magnet Forensics Webinar on 11/21/2019

Windows 10 Activity Timeline / 1 Hour BlackBag Technologies Webinar on 10/8/2019

Android Encryption/Decryption / 1 Hour Cellebrite Webinar on 9/11/2019

XRY v8 and XAMN v4.3 New Release Training / 1 Hour MSAB Webinar on 7/30/2019

# Curriculum Vitae
## Special Agent Brian Ray, Homeland Security Investigations
Updated 9/9/2020

TOR Forum Users/Child Abuse Investigative Tools / 1 Hour HSI C3 Webinar on 5/15/2019

CPS Integration with Magnet AXIOM / 1 Hour Magnet/CPS Webinar on 12/4/2018

XRY v7.9 and XAMN v4 New Release Training / 1 Hour MSAB Webinar on 11/1/2018

Challenges of the APFS / 1 Hour OpenText Recorded Webinar on 8/31/2018

Axiom v2 / 1 Hour Magnet Forensics Webinar on 5/9/2018

Fighting Child Exploitation with Digital Forensics / 1 Hour Guidance Software Webinar on 12/12/2017

XRY Capabilities Overview / 1 Hour MSAB Webinar on 10/17/2017

Developing Your Protected-File Investigation Strategy / 1 Hour Guidance Software Webinar on 10/5/2016

Taking the Mystery out of Android Marshmallow Analysis / 1 Hour Magnet Forensics Webinar on 9/27/16

Law Enforcement Response to Sexting Investigations / 1 Hour National Criminal Justice Training Center Webinar on 8/2/2016

Best Practices in Digital Investigations using EnCase Forensic 8 / 1 Hour Guidance Software Webinar on 7/26/2016

RAM Extraction Fundamentals / 2 Hours Sumuri LLC Online Course, Training Date: 1/12/2016

MAC Address Significance and Value in an Investigation / 1 Hour Telestrategies Webinar on 12/18/2015

Efficient and Effective Investigations with EnScripts / 1 Hour Guidance Software Webinar on 4/22/2015

Electronic Discovery & Evidence - Techniques for searching & use of digital evidence / 3 Hours United States Department of Justice, Training Date: 4/21/2015

Placing the Suspect Behind the Keyboard / 1 Hour Guidance Software Webinar on 1/14/2015

Understanding TOR, Dark Web and Cryptocurrency for Law Enforcement / 1 Hour Telestrategies ISS World Webinar on 1/13/2015

# Curriculum Vitae
## Special Agent Brian Ray, Homeland Security Investigations
Updated 9/9/2020

osTriage - Part 1 & 2 / 2.5 Hours ICAC Training & Technical Assistance Program Webinars on 9/16/2014 & 9/18/2014

Using GREP Searches to Speed Up Investigations / 1 Hour Guidance Software Webinar on 9/17/2014

Investigating Child Exploitation Cases / 1 Hour Forensic Focus & Magnet Forensics Webinar on 5/28/2014

Transitioning from EnCase Forensic Version 6 to Version 7 - Part 1 & 2 / 2 Hours Guidance Software Webinars on 12/10/2013 & 1/14/2014

24th Annual Crimes Against Children Conference / 19.5 Hours
Volatile Data / Decryption with Password Recovery Toolkit / ARES Roundup certification
Training Date: 8/2012
Certificate Earned

Homeland Security Computer Forensic In-Service Training / 32 Hours
Windows 8 / Memory Forensics / Bulk Extractor / Forensic Triage
Training Date: 7/2012

Computer Forensic Agent Annual Training / 36 Hours
EnCase 7 and Capturing Memory from Live Systems
ICE Cyber Crimes Center
Training Date: 9/2011

Capturing a Running Computer System
FBI Regional Computer Forensics Laboratory Program Webinar / 1 Hour
Training Date: 10/14/2010

Computer Forensic Agent Annual Training / 32 Hours
Windows 7 and Apple OS X Operating Systems
ICE Cyber Crimes Center / 1 Week
Training Date: 9/2010

AccessData BootCamp / AccessData Certified Examiner
21 Hours (Included in PBCERT002 hours)
Vendor: AccessData
Training Date: 5/2010

# Curriculum Vitae
## Special Agent Brian Ray, Homeland Security Investigations
Updated 9/9/2020

EnCase Computer Forensics I
32 Hours (Included in PBCERT002 hours)
Vendor: EnCase
Training Date: 5/2010

Child Exploitation Undercover Investigations Training / 32 Hours
ICE Cyber Crimes Center and Training Academy
Training Date: 5/2006

ICAC Introduction Peer Precision Training / 16 Hours
USDOJ, OJJDP
Training Date: 4/2005

16th Annual Crimes Against Children Conference / 19.5 Hours
Basic Email Investigations 1 & 2 / Child Sex Tourism / Investigating Online Travelers
Training Date: 8/2004

Child Exploitation Coordinator National Symposium / 32 Hours
ICE Cyber Crimes Center and Training Academy
Training Date: 1/2004

Cyber-Crimes Investigation Class / 66 Hours
United States Customs Service Academy
Training Date: 12/2002