UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14005-CR-CANNON/MAYNARD

**UNITED STATES OF AMERICA**

vs.

**ZACHARY S. SPIEGEL,**

      **Defendant.**

_____/

**GOVERNMENT'S NOTICE OF INTENT TO USE
SELF-PROVING CERTIFICATIONS AND BUSINESS RECORDS AT TRIAL**

Pursuant to Title 28, United States Code, Section 1746, Fed. R. Evid. 803(6) and Fed. R. Evid. 902(11) and (13), the United States of America hereby gives notice to defendant Zachary S. Spiegel and the Court of the government's intent to introduce into evidence certain business records by self-proving certification. The United States respectfully provides the defendant and the Court with notice of the following:

The United States intends to introduce into evidence at trial business records obtained pursuant to administrative subpoenas, grand jury subpoenas, trial subpoenas, search warrants, or other means, pursuant to Fed. R. Evid. 803(6); that is domestic records of regularly conducted business activity.

Specifically, the government will seek to introduce business records from Comcast Cable Communications and TextPlus. The government has secured certifications of a custodian of records of Comcast Cable Communications and TextPlus that (a) the records were made at or near the time of the occurrence of the matters set forth by or from information transmitted by a person with knowledge of those matters; (b) the records were kept in the course of regularly conducted

business activity; and (c) the records were made by the regularly conducted activity as a regular practice.

These records are non-testimonial and, as such, the requirements set forth in *Crawford v. Washington*, 124 S. Ct. 1354 (2004), do not apply. *See United States v. Taylor*, 278 F. App'x 937, 940-42 (11th Cir. 2008) ("the phone records were not prepared in anticipation of litigation as business records, they are non-testimonial and not subject to the Confrontation Clause."). Accordingly, these records are admissible pursuant to Federal Rule of Evidence 803(6).

Finally, the United States intends to offer at trial self-authenticating records from the State of Florida Department of Highway Safety and Motor Vehicles, specifically certified copies of the defendant's Driver and Vehicle Information Database records, pursuant to Federal Rules of Evidence 803(8) and 902(4).

The government has provided the defendant with copies and access to the underlying records and certifications of the records and has the certifications available for additional review.

The government anticipates that the introduction of this evidence pursuant to the above-cited rules will shorten the trial time.

> Respectfully submitted.
>
> JUAN ANTONIO GONZALEZ
> UNITED STATES ATTORNEY
>
> By: */s/ Stacey Bergstrom*
> Stacey Bergstrom
> Assistant United States Attorney
> Court ID No. A5502614
> U.S. Attorney's Office
> 101 South U.S. Highway 1
> Fort Pierce, FL 34950
> Telephone: (772) 293-0952
> Email: stacey.bergstrom@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

*s/Stacey Bergstrom*
Stacey Bergstrom A5502614
Assistant United States Attorney

## SERVICE LIST
United States v. Zachary S. Spiegel
Case No. 22-CR-14005-AMC
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Stacey Bergstrom A5502614<br>Assistant United States Attorney<br>101 South US Highway 1, Suite 3100<br>Fort Pierce, Florida 34950<br>Email: Stacey.Bergstrom@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Zachary S. Spiegel | Donnie Murrell, Esq.<br>400 Executive Center Drive<br>Suite 201 – Executive Center Plaza<br>West Palm Beach, Florida 33401<br>Email: ldmpa@bellsouth.net<br><br>Andrew B. Metcalf, Esq.<br>1245 20th Street<br>P.O. Box 2618<br>Vero Beach, Florida 32961<br>Email: la@eaglelaw.com<br><br>**via Notice of Electronic Filing generated by CM/ECF** |