✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ZACHARY S. SPIEGEL

## EXHIBIT AND WITNESS LIST

Case Number: 22-14005-CR-AMC

| PRESIDING JUDGE<br>Hon. Paul C. Huck | PLAINTIFF'S ATTORNEY<br>Stacey Bergstrom/Justin Hoover | DEFENDANT'S ATTORNEY<br>L.D. Murrell, Jr./Andrew Metcalf |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | X | | Stipulation as to identity |
| 2 | | | X | | Stipulation as to textPlus subscriber information |
| 3 | | | X | | Stipulation as to GX14 |
| 4 | | | X | | Shayla public Whisper post |
| 5 | | | X | | Selife photograph of defendant sent 1/9/2022 |
| 6 | | | X | | Certified records from Comcast |
| 7 | | | X | | Certified records from FDHSMV |
| 8 | | | X | | Photograph of defendant's residence exterior |
| 9 | | | X | | Photograph of defendant's vehicle |
| 10 | | | X | | Photograph of drivier's seat |
| 11 | | | X | | Photograph of steering wheel |
| 12 | | | X | | Photograph of backseat of vehicle |
| 13 | | | X | | Photograph of defendant's iPhone |
| 14 | | | X | | Combined Whisper chats and text messages between "Shayla" and defendant |
| 15 | | | X | | Selfie photograph sent by defendant on 1/18/2022 |
| 16 | | | X | | Photograph sent by defendant on 1/18/2022 |
| 17 | | | X | | Photograph sent by defendant on 1/18/2022 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages