UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14005-CR-CANNON

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,

    **Defendant.**
_____/

## GOVERNMENT'S WITNESS LIST

The United States, by and through the undersigned Assistant United States Attorney, files this list of witnesses who may be called in the government's case-in-chief during the trial of this cause.

1. Sergeant Tyrone Campbell, Fort Pierce Police Department
2. Graciela Castillo, Comcast Cable Communications Records Custodian
3. Special Agent Kenneth Cisneros, Homeland Security Investigations
4. Detective Candace Kernan-Fullen, Fort Pierce Police Department
5. Javier Lagos, textPlus Records Custodian
6. Special Agent Brian Ray, Homeland Security Investigations
7. A.S., a minor
8. A.T., a minor
9. Special Agent Eric Urgo, Homeland Security Investigations

The United States reserves the right to call additional witnesses or refrain from calling witnesses on this list, as circumstances dictate during trial.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    */s/ Stacey Bergstrom*
Stacey Bergstrom, Court ID. # A5502614
Assistant United States Attorney
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
(772) 293-0952
stacey.bergstrom@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via Notice of Electronic Filing generated by CM/ECF.

/s/ Stacey Bergstrom
Stacey Bergstrom
Assistant United States Attorney