UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-14005-CR-AMC

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,

    **Defendant.**

_____/

**GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS**

    The United States, by and through its undersigned Assistant United States Attorney, hereby requests pursuant to Fed. R. Crim. P. 24(a), that this Court include the following questions in its examination of prospective jurors. It also requests leave to tender such supplemental questions as may become necessary in light of answers of the prospective jurors.

    1.    Do you have any views or strong feelings about the United States government, federal law enforcement agencies, or law enforcement in general that might interfere with your ability to be a fair and impartial juror in this case?

    2.    Is there anyone who has any convictions, whether moral, religious, philosophical, or otherwise, that would make it difficult for you to sit in judgment of a criminal defendant or that would prevent you from being a fair and impartial juror in this case?

    3.    The Court will give you instructions on the law at the conclusion of all the evidence and the argument of counsel as the law applies to the facts of this case. Is there anyone who cannot or would not follow these instructions if one or more of them are in conflict with their own personal beliefs, or if they disagree with any one of the Court's instructions?

4.    The United States expects to call the following witnesses on behalf of the government: [Assistant United States Attorney or the Court should read the witness list]. Does anyone know the potential witnesses, the defendant, the lawyers, or the Court personnel?

5.    In investigating child exploitation and child enticement cases, law enforcement officers often pose as underage children in an undercover capacity on the internet in order to identify individuals who pose a danger to children. This type of investigation is lawful. Does anyone feel that it is unfair for law enforcement, acting in an undercover capacity, to provide a setting or conditions for a person to attempt to act out on his criminal sexual interests?

6.    Do any of you object to the fact that there is no right under the First Amendment to the United States Constitution to use the internet to attempt to persuade minors, meaning children less than 18 years of age, to engage in illegal sexual activity?

7.    It is anticipated that the evidence in this case may consist of graphic descriptions of and discussions about sexual activity between an adult and a minor child. Would being exposed to such material and having to discuss this material with other jurors make you too uncomfortable to allow you to sit as a juror in this case?

8.    Is there anyone who does not use a smart phone or smart phone applications?

9.    Is there anyone who considers themselves to be above average in terms of technical savvy and computer skills?

10. Is there anything not previously discussed that would interfere with your ability to be a fair and impartial juror in this case, or that you feel the parties or the Court should know about you when considering your potential jury service in this case?

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ Stacey Bergstrom
Stacey Bergstrom
Assistant United States Attorney
Southern District of Florida
Court ID No. A5502614
101 South U.S. 1, Suite 3100
Ft. Pierce, Florida 34950
Telephone: (772) 466-0899
E-mail: stacey.bergstrom@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via Notice of Electronic Filing generated by CM/ECF.

/s/ Stacey Bergstrom
STACEY BERGSTROM
ASSISTANT UNITED STATES ATTORNEY