UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14005-CR-AMC

UNITED STATES OF AMERICA,

vs.

ZACHARY S. SPIEGEL,
          Defendant.
_____/

## DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

The Defendant, by and through his undersigned attorney, hereby requests pursuant to Fed. R. Crim. P. 24(a), that this Court include the following questions in its examination of prospective jurors. It also requests leave to tender such supplemental questions as may become necessary in light of answers of the prospective jurors.

    1.    This case involves allegations that Zachary Spiegel used a computer or smart phone and tried to entice a 14-year-old girl into having sex with him. Would the nature of the charges affect your ability to be a fair juror? Knowing the nature of the charges, can you presume that he is innocent?

    2.    The evidence at trial may include graphic, crude descriptions of sex acts. Would you be offended by such language? Would the use of such language alone cause you to convict Mr. Spiegel? Will you be able to decide the case based on the totality of the evidence, and not just the nature of the language you may hear?

3. The evidence at trial may include graphic photographs of a man's penis. Would the existence of such photographs alone cause you to convict Mr. Spiegel? Will you be able to decide the case based on the totality of the evidence and not just the nature of the photographs you may see?

4. Have any of you ever used a dating app?

5. Have any of you ever used an app called "whisper"?

6. Does it seem that many people pretend to be someone or something they are not while on the internet?

Respectfully Submitted,

/s Donnie Murrell
_____
**DONNIE MURRELL, ESQ.**
**FLORIDA BAR NO:  326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL  33401
Telephone:  561.686.2700
Facsimile:   561.686.4567
Email:  ldmpa@bellsouth.net

/s Andrew B. Metcalf
_____
**ANDREW B. METCALF**
**FLORIDA BAR NO:  0098590**
1245 20th Street
P.O. Box 2618
Vero Beach, FL  32961
Telephone:  772.569.1001
Facsimile:   772.569.1117
Email:  la@eaglelaw.com
Attorneys for Defendant Spiegel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s Donnie Murrell*
_____
**DONNIE MURRELL, ESQ.**

## SERVICE LIST

**U.S.A. vs. ZACHARY S. SPIEGEL**
**CASE NO: 22-14005-CR-AMC**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Stacey Bergstrom, Esq.
Stacey.Bergstrom@usdoj.gov
Assistant United States Attorney
Southern District of Florida, Fort Pierce Division
101 South U.S. Highway 1, Suite 3100
Fort Pierce, FL 34950
Telephone: 772.293.0952
Attorney for Plaintiff, USA
Via Notice of Electronic Filing
Generated by CM/ECF