UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-14005-CR-CANNON

UNITED STATES OF AMERICA

Plaintiff,

vs.

ZACHARY S. SPIEGEL,

Defendant.

_____/

## VERDICT FORM

WE, THE JURY, unanimously find the Defendant, **ZACHARY S. SPIEGEL,** as to:

**Count 1**   (Attempted Enticement of a Minor to Engage in Sexual Activity)

_____✓____ (Guilty)            _____ Not Guilty

**Count 2**   (Attempted Enticement of a Minor to Engage in Sexual Activity)

_____ Guilty            ____✓____ (Not Guilty)

SO SAY WE ALL.

_____            _____
Foreperson's Signature            Foreperson's Printed Name

Date:  03/29/2022

1