UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:22-14005-CR-CANNON(HUCK)

**UNITED STATES OF AMERICA**
   Plaintiff,

vs.                                                                                              **DO NOT DESTROY**

**ZACHARY S. SPIEGEL,**
   Defendant.
_____/

<u>**JURY NOTE / QUESTION**</u> #1

Please provide a definition of entice.

Date: 3/29/2022

Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14005-CANNON

UNITED STATES OF AMERICA

vs.

**DO NOT DESTROY**

ZACHARY S SPIEGEL,
　　Defendant.
_____/

## COURT'S RESPONSE TO JURY NOTE

In response to Jury Question #[ 1 ]

　　Rather than providing you with a definition of the term "entice" the Court suggests that you rely on your common understanding of the meaning of that word.

Date: March 29, 2022

Paul C. Huck
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:22-14005-CR-CANNON(HUCK)

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                                                                             **DO NOT DESTROY**

ZACHARY S. SPIEGEL,
    Defendant.
_____/

**JURY NOTE / QUESTION** #2

We would like to see Title 18, U.S. Code, Section 2422(b).

Date: 3/29/2022

                                                    Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14005-CANNON

**UNITED STATES OF AMERICA**

vs.

**DO NOT DESTROY**

**ZACHARY S SPIEGEL,**
    Defendant.

_____/

### COURT'S RESPONSE TO JURY NOTE

In response to Jury Question #[ 2 ]

The law that the jurors are to apply in this case, including the relevant provisions of 2422(b), are fully contained in the Court's instructions to the jury. Therefore, the court refers you to the Court's jury instructions.

Date: March 29, 2022

_____
Paul C. Huck
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:22-14005-CR-CANNON(HUCK)

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                                          **DO NOT DESTROY**

ZACHARY S. SPIEGEL,
    Defendant.
_____/

**JURY NOTE / QUESTION #3**

Right now we are hung up on one count. We are making very slow progress. Would you like us to continue?

Date: 03/29/2022

Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14005-CANNON

UNITED STATES OF AMERICA

vs.

**DO NOT DESTROY**

ZACHARY S SPIEGEL,
    Defendant.

_____/

## COURT'S RESPONSE TO JURY NOTE

In response to Jury Question #[ 3 ]

    Yes, please do so.

Date: March 29, 2022

Paul C. Huck
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:22-14005-CR-CANNON(HUCK)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

**DO NOT DESTROY**

ZACHARY S. SPIEGEL,
    Defendant.

_____/

**JURY NOTE / QUESTION #4**

We have reached a verdict.

Date: 03/29/2022

_____
Foreperson