UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14005-CR-CANNON(HUCK)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ZACHARY S. SPIEGEL,

    Defendant.
_____/

## JUDGMENT OF ACQUITTAL AS TO COUNT TWO

**THE DEFENDANT, Zachary S. Spiegel**, having been tried by jury, was found not guilty as to Count 2 of the Indictment on March 29, 2022.

Therefore, it is hereby **ORDERED and ADJUDGED** that the Defendant is adjudged **NOT GUILTY** of Count 2 and is hereby acquitted as to that count only.

**DONE and ORDERED** in Ft. Pierce, Florida, this 30th day of March, 2022.

_____
**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel