UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14005-CR-CANNON

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,

    Defendant.

_____/

## STIPULATION

The United States of America, by and through the undersigned Assistant United States Attorneys, and defendant Zachary S. Spiegel, by and through his attorneys, hereby agree and stipulate as follows:

1. Defendant Zachary S. Spiegel is the individual identified as the defendant in Counts 1 and 2 of the Indictment.

2. Between on or about January 9, 2022, through on or about January 20, 2022, defendant Zachary S. Spiegel used the "Bull Hancock" Whisper account to communicate with "Shayla" on the Whisper smartphone application.

[Intentionally left blank]



GOVERNMENT EXHIBIT
CASE NO. 22-14005-CR-AMC
EXHIBIT NO. 1

3. Between on or about January 9, 2022, through on or about January 20, 2022, defendant Zachary S. Spiegel used the textPlus telephone number ▮▮▮▮▮▮▮ to send text messages and photographs to "Shayla."

_____
Stacey Bergstrom
Assistant United States Attorney

_____
Justin Hoover
Assistant United States Attorney

_____
L.D. Murrell, Jr.
Attorney for Defendant

_____
Andrew B. Metcalf
Attorney for Defendant

_____
Zachary S. Spiegel
Defendant