UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14005-CR-CANNON

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,

      Defendant.

_____/

## STIPULATION

    The United States of America, by and through the undersigned Assistant United States Attorneys, and defendant Zachary S. Spiegel, by and through his attorneys, hereby agree and stipulate as follows:

    1.    textPlus is a service that allows subscribers to make and receive voice calls and text messages from any Wi-Fi enabled device using a telephone number supplied by textPlus.

    2.    At all times relevant to the indictment, the telephone number ▮▮▮▮▮▮ was assigned to the textPlus account with the following user information:

| | |
|---|---|
| Country: | USA |
| User ID: | ▮▮▮▮▮▮ |
| Handle: | ZAKKATTAKK719-1 |
| Create Date: | 09/16/2021 22:29:33:000 GMT |
| Registration IP: | 2601:58b:4202:1810:242a:557:969f:607b |
| Platform: | iOS |



GOVERNMENT EXHIBIT

CASE NO. 22-14005-CR-AMC

EXHIBIT NO. 2

3. Between January 9, 2022, at 00:42:42 GMT, and January 11, 2022, at 19:59:04 GMT, the textPlus telephone number ▮▮▮▮▮▮▮▮▮ was used to make and receive mobile communications, including text messages and voice calls, from the following IP addresses:

```
[09/Jan/2022:00:42:42 +0000], 2601:58b:4202:1810:242a:557:969f:607b
[09/Jan/2022:00:42:59 +0000], 2601:58b:4202:1810:242a:557:969f:607b
[09/Jan/2022:00:43:22 +0000], 2601:58b:4202:1810:242a:557:969f:607b
[09/Jan/2022:00:44:21 +0000], 2601:58b:4202:1810:242a:557:969f:607b
[09/Jan/2022:00:44:49 +0000], 2601:58b:4202:1810:242a:557:969f:607b
[09/Jan/2022:00:51:46 +0000], 2601:58b:4202:1810:242a:557:969f:607b
[09/Jan/2022:00:53:04 +0000], 2601:58b:4202:1810:242a:557:969f:607b
[09/Jan/2022:00:53:28 +0000], 2601:58b:4202:1810:242a:557:969f:607b
[09/Jan/2022:00:56:54 +0000], 2601:58b:4202:1810:84:905a:ab15:4eb2
[09/Jan/2022:00:59:26 +0000], 2601:58b:4202:1810:2019:4248:281f:9020
[09/Jan/2022:01:00:17 +0000], 2601:58b:4202:1810:2019:4248:281f:9020
[09/Jan/2022:02:12:44 +0000], 2601:58b:4202:1810:d5cd:d734:f4bd:8471
[10/Jan/2022:02:43:27 +0000], 2601:58b:4202:1810:58a2:44a7:42f9:7341
[10/Jan/2022:02:45:19 +0000], 2601:58b:4202:1810:c420:2f70:441e:20f2
[10/Jan/2022:02:48:17 +0000], 2601:58b:4202:1810:c420:2f70:441e:20f2
[10/Jan/2022:02:58:14 +0000], 2601:58b:4202:1810:c420:2f70:441e:20f2
[10/Jan/2022:03:19:46 +0000], 2601:58b:4202:1810:a8e0:2038:b50f:8af7
[10/Jan/2022:03:23:17 +0000], 2601:58b:4202:1810:d183:956d:54ce:ddb
[10/Jan/2022:03:37:19 +0000], 2601:58b:4202:1810:b85a:40d1:fe20:d440
[10/Jan/2022:03:38:14 +0000], 2601:58b:4202:1810:b85a:40d1:fe20:d440
[10/Jan/2022:03:52:25 +0000], 2601:58b:4202:1810:b4c7:ec23:2083:db94
[10/Jan/2022:11:11:18 +0000], 2601:58b:4202:1810:5d6c:c4c9:73f0:6cb3
[10/Jan/2022:11:16:19 +0000], 2601:58b:4202:1810:b08c:3253:426f:5f19
[10/Jan/2022:14:57:42 +0000], 73.138.11.170
[10/Jan/2022:15:00:30 +0000], 2601:58b:4202:1810:6c04:aba8:7c0:dc01
[10/Jan/2022:19:53:06 +0000], 2600:387:9:3::6a
[10/Jan/2022:19:59:02 +0000], 2600:387:9:3::6a
[10/Jan/2022:19:59:28 +0000], 2600:387:9:3::6a
[10/Jan/2022:19:59:38 +0000], 2600:387:9:3::6a
[10/Jan/2022:20:09:27 +0000], 2600:387:9:3::6a
[10/Jan/2022:23:49:50 +0000], 2601:58b:4202:1810:f4f1:e2ed:bb35:b086
[11/Jan/2022:00:16:29 +0000], 2601:58b:4202:1810:f4f1:e2ed:bb35:b086
[11/Jan/2022:02:47:34 +0000], 2601:58b:4202:1810:f4f1:e2ed:bb35:b086
[11/Jan/2022:02:48:20 +0000], 2601:58b:4202:1810:f4f1:e2ed:bb35:b086
[11/Jan/2022:02:49:06 +0000], 2601:58b:4202:1810:f4f1:e2ed:bb35:b086
[11/Jan/2022:02:50:05 +0000], 2601:58b:4202:1810:f4f1:e2ed:bb35:b086
[11/Jan/2022:03:04:08 +0000], 2601:58b:4202:1810:f4f1:e2ed:bb35:b086
```

[11/Jan/2022:03:04:26 +0000], 2601:58b:4202:1810:f4f1:e2ed:bb35:b086
[11/Jan/2022:19:59:04 +0000], 2600:387:9:3::6a

_____
Stacey Bergstrom
Assistant United States Attorney

_____
Justin Hoover
Assistant United States Attorney

_____
L.D. Murrell, Jr.
Attorney for Defendant

_____
Andrew B. Metcalf
Attorney for Defendant

_____
Zachary S. Spiegel
Defendant