UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14005-CR-CANNON

UNITED STATES OF AMERICA

v.

ZACHARY S. SPIEGEL,

      Defendant.
_____/

## STIPULATION

The United States of America, by and through the undersigned Assistant United States Attorneys, and defendant Zachary S. Spiegel, by and through his attorneys, hereby agree and stipulate as follows:

1. Government's Exhibit 14 consists of the Whisper chats and text messages exchanged between "Shayla" and the defendant, Zachary S. Spiegel, from January 9, 2022, through January 20, 2022, arranged in chronological order.

2. Government's Exhibit 14 is authentic and admissible.

_____
Stacey Bergstrom
Assistant United States Attorney

_____
L.D. Murrell, Jr.
Attorney for Defendant

_____
Justin Hoover
Assistant United States Attorney

_____
Andrew B. Metcalf
Attorney for Defendant

_____
Zachary S. Spiegel
Defendant

GOVERNMENT EXHIBIT
CASE NO. 22-14005-CR-AMC
EXHIBIT NO. 3