

Legal Response Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

January 21, 2022

SA Eric Urgo
Homeland Security Investigations

RE:    Summons
        Comcast File #: LCR660700

Dear SA Urgo:

    The Summons received on 01-13-2022 with respect to the above referenced matter has been forwarded to the Legal Response Center for a reply. The Summons requests Comcast to produce certain subscriber records pertaining to the following IP Address:

- **2601:58b:4202:1810:242a:557:969f:607b assigned on 01-09-2022 at 0000hrs GMT to 01-11-2022 23:59hrs GMT.**

    Based on the information provided pursuant to the Summons, the subscriber information obtained is provided below:

| | |
|---|---|
| Subscriber Name: | ZACHARY SPIEGEL |
| Service Address: | ■ ■ |
| | JENSEN BEACH. FL |
| Billing Address: | ■ ■ |
| | JENSEN BEACH, FL |
| Telephone #: | ■ |
| Identified Service: | Internet |
| Other Current Services: | Cable Television |
| Account Number: | ■ |
| Start of Service: | 01-08-2019 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| Current IP: | See Enclosed as of date of Summons* |
| IP History: | See Enclosed |
| Mac Address: | ■ |
| E-mail User Ids: | ■ |

(the above user ID(s) end in @comcast.net)

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,
Comcast Legal Response Center

IP History
Comcast File #: LCR660700

| | IP Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
|---|---|---|---|---|
| | 73.138.11.170 | 07/25/2021 22:00:39 | 01/12/2022 00:00:00 | 8535114841366640 |
| | 2001:0558:6030:0019:7C4C:1040:C60F:8129 | 07/25/2021 18:04:35 | 01/12/2022 00:00:00 | 8535114841366640 |

**IPv6 Prefix**

| Start Address | End Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
|---|---|---|---|---|
| 2601:058B:4202:1810:0000:0000:0000:0000 | 2601:058B:4202:181F:FFFF:FFFF:FFFF:FFFF | 07/25/2021 18:04:39 | 01/12/2022 00:00:00 | 8535114841366640 |