

# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 3/7/2022 7:44:53 AM

## Record Detail

| Customer Name: ZACHARY S SPIEGEL | | Driver License Status: Valid | |
|---|---|---|---|
| DL/ID: | | SSN: ***-**-**** | Class: E |
| Previous DUI: 0 This count reflects total DUI convictions on record. | | Previous DWLS: 0 This count reflects total DWLS convictions on record. | |

| | Address: JENSEN BEACH, FL | Date of Birth: | Gender: MALE | Height: 5' 11" | |
|---|---|---|---|---|---|
| | Original License Issue Date: 05/02/2018 | Issued: 05/02/2018 | Expires: 05/06/2026 | Replaced: 04/16/2020 | |
| | CDL Status: | | | | |
| ORGAN DONOR SAFE DRIVER REAL ID COMPLIANT | Form Number: X632004165974 | | | | EIN: 0100489453020041 |
| | Citizen Status: US CITIZEN | Country of Birth: US OF AMERICA | State of Birth: OHIO | | |
| | Race: CAUCASIAN | | | | |

| Restrictions: A - CORRECTIVE LENSES | Endorsements: | Conditional Messages: |
|---|---|---|