United States v. Zachary S. Spiegel
00158
