


AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-14005-CR-AMC
EXHIBIT NO. 13