**11:02**    LTE

← **Bull Hancock**   •••



Anybody wanna hang out??! I'm bored 😛

👤 Bull Hancock

☺ 2.3 - 15 Rated Chats

⚲ Male

📍 14 mi away

<u>RATE THIS CHAT</u>

Today, 4:19 PM

Hey

> Heyyy

How's your day

> Good how's yours

It's going. Been slow. Kinda boring

So, what brings you to whisper

> Just trying to meet new people

Hi, I'm Zakk

Today, 6:10 PM

> I'm Shayla ☺

Nice to meet you

  Say something nice...   SEND


**Amino**   Create your own online community.


GOVERNMENT EXHIBIT

CASE NO. 22-14005-CR-AMC

EXHIBIT NO. 14

Page 1

11:02 ◀

⬤⬤ LTE 🔋

← **Bull Hancock** •••

---

Today, 6:10 PM

I'm Shayla 😌

Nice to meet you

This is me



U look good

Thank you

What do you like to do for fun

Smoke

You like to smoke and fuck?

I do

 Say something nice... SEND

Amino    Create your own online community.

11:03 ◤     ▮▮ LTE 🔋

←     **Bull Hancock**     •••

Smoke

You like to smoke and fuck?

I do

Maybe we can get together sometime

Maybe

I'm 14 Btw

I mean only if u care

Well that's a problem.

😂

What's the oldest you've fucked

I only like older guys

27

How? Where?

In their car

I met them on this app

Interesting

Today, 7:39 PM


  Say something nice...   SEND

 **Unlimited Free Mixtapes**   Download Now

11:03

LTE

← **Bull Hancock** •••

Today, 7:39 PM

I don't think I could. Sorry

Damn ok it's cool

If you were 17 I'd be okay with it

I mean I'm 15 in a month

N I'm mature for my age

Let's see a pic



You are very pretty

Thank u ☺️

I'm banned from Snapchat

  Say something nice... SEND

 Shop. Connect. Enjoy. amazon
Shop now ›
Privacy

11:03

← **Bull Hancock** ⋯

You are very pretty

Thank u 😌

I'm banned from Snapchat

Would you want to talk on Snapchat some more.

Make a new one 😂

Lol

I wishhh it banned my device won't let me make any accounts

That's why I'm on here

lol

What did you do to get banned

Sending 🙄

Sending what?

U knowww

Show me what you mean

Nope

I've learned from my mistakes 😁

lol

Say something nice...   SEND

kik· Connect and make new friends   App Store   Google Play

11:03    LTE 

← **Bull Hancock** ...

Today, 8:27 PM

How's your evening

> Good I'm at the movies

What movie

> Spider-Man

Nice. Should have said something. You could have met me in the back row 😏

> I'm here by myself why don't u come thru?

What theater

> You know the one in sabal palms plaza?

I do not

> In fort pierce by publix

Why are you alone

You didn't ask me 😔

> Nobody wanted to watch it with me 🙁

> Sowewyy

> I asked u now tho 😁

> Started like 15 mins ago

  Say something nice... 

 Create your own online community. 

11:04

**Bull Hancock**

Started like 15 mins ago

When's the movie start

Boo

Boo

Omggg now ur making me maddd just come

Enjoy the movie. Would have been fun to finger you during it

Why am I making you mad

Cuz I want that so bad rn

Stawppppp

Fingers sliding in and out of that tight little wet pussy. Pressing against your clit.

Unless ur really gonna do it

And what if I don't stop. And what if I actually will do it?

Then we'll see what happens from there 😌

N I'll show u what I can do

You gonna slide that tight little pussy down on my thick cock in the theater

Say something nice...          SEND



11:04

LTE

## Bull Hancock

You gonna slide that tight little pussy down on my thick cock in the theater

Noooo

Maybe in ur car tho 😉

You gonna show me what you can do with those lips and your tongue

Yes daddy

Oh baby girl.

Oh what

I'll definitely be your daddy

Cum here then

You going to make daddy cum

Yesss



Say something nice...

SEND


Unlimited Free Mixtapes   Download Now

11:04

LTE

← **Bull Hancock** ...

Looks so juicy😍😍😍

Thick and hard just begging to be stroked. Sucked. Fucked

Come pick me up I'll leave the movies right now daddy

Text you when I get there

Can I see another pic of you

Omg yess I can't wait

How far are you

Daddyyyy

30min

Send me another pic

You got me so horny

Need to get gas

Good girl

Please be safe driving

I will baby girl. Please send me another pic so I know who I'm looking for when I get there

And what's your number so we can text

  Say something nice... 

 Create your own online community. 





**Extraction Report** - Apple iPhone

---

## Participants

   +17722002444

   Redacted@icloud.com
_$!<Other>!$_* (owner)

---

## Conversation - Instant Messages (315)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Hey Shayla it's Bull from whisper.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/9/202 2 9:44:03 PM(UTC -5) | |

**Status:** Read

1/9/2022 9:43:54 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8BE9BE (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Hey daddy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 9:44:07 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8BE7BB (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Headed to the theater, need to stop for gas first

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/9/2022 9:44:17 PM(UTC-5) | |

Status: Read

1/9/2022 9:44:14 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8BE5E4 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Let you know when I get there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/9/202 2 9:44:26 PM(UTC -5) | |

Status: Read

1/9/2022 9:44:26 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8BE3BF (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Ok omg can't wait

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/9/2022 9:44:32 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8BE1CA (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Me too baby girl.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/9/2022 9:47:05 PM(UTC-5) | |

**Status:** Read

1/9/2022 9:45:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8BF922 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Send me a pic please

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/9/2022 9:47:05 PM(UTC-5) | |

**Status:** Read

1/9/2022 9:45:46 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8BF525 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Of what

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 9:47:08 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C0A12 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I'm in the movies daddy should I come out yet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 9:47:21 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C05AC (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Are you really coming

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/9/2022 9:47:32 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C0395 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Of you baby girl… and no. Eta is 10:19. But I haven't stopped for gas yet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/9/2022 9:49:04 PM(UTC-5) | |

Status: Read

1/9/2022 9:49:04 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C1DB3 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

Daddy my phones at 7% if it dies just meet me at the benches in front of the movies

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/9/2022 9:49:08 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C181A (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Okiedokie

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/9/2022 10:02:06 PM(UTC-5) | |

Status: Read

1/9/2022 9:58:24 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C15AE (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Daddy do u drive a nice car

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 10:02:40 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C13E1 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Go to bealls outlet instead the movies closed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 10:14:15 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C2868 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I'm standing out the front waiting for u daddy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 10:14:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C2651 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Come pick me up it's dark n I'm scared

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 10:14:31 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C2438 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

The only open building is wingstop I went inside because I'm scared of being out here alone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 10:17:21 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C3FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Are u still cumming

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 10:17:33 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C3D54 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

Please tell me I don't want to be waiting out here for nothing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 10:17:45 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C3B6B (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I just got pulled over on US1

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/9/202 2 10:20:18 PM(UTC -5) | |

**Status:** Read

1/9/2022 10:20:10 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C3929 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Omg what happened

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/9/2022 10:20:24 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C3734 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Are you still coming

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/9/2022 10:30:37 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C47A1 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Should I go home

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/9/2022 10:30:40 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C45BC (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You need to go home. I don't know what's going on.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/9/2022 10:37:41 PM(UTC-5) | |

Status: Read

1/9/2022 10:37:35 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C6FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'll text you as soon as I can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/9/202 2 10:37:45 PM(UTC -5) | |

**Status:** Read

1/9/2022 10:37:45 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C6D91 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/9/2022 10:37:48 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C6B96 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'm sorry baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/9/202 2 10:37:49 PM(UTC -5) | |

**Status:** Read

1/9/2022 10:37:49 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C69CF (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

It's ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/9/2022 10:38:00 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8C67EA (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

What happened??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/10/2022 12:57:21 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8DB208 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

The police pulled me over for speeding. Then tried to tell me my plates were stolen. Then actually told me that they're not registered to my car. Then tried saying my car was stolen. Then proceeded to ask me where I was hiding the drugs. Then searched my vehicle. None of which is true. And they finally let me go with a warning at 1145

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/10/2022 11:32:06 AM(UTC-5) | |

Status: Read

1/10/2022 6:13:29 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8DC896 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I hope you made it home okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/10/20 22 11:32:06 AM(UTC -5) | |

**Status:** Read

1/10/2022 10:01:14 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8DDA13 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Yess I did

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/10/2022 2:16:05 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8DF23A (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Wow that's crazy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/10/2022 2:16:09 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8E0FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I was so pissed off

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/10/20 22 2:53:23 PM(UTC -5) | |

**Status:** Read

1/10/2022 2:53:19 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8E2FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Omg I bet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/10/2022 2:53:52 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8E2DDF (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Maybe I can just come over to your place instead

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/10/2022 2:54:24 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8E2C10 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

How would you get here?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/10/20 22 2:59:48 PM(UTC -5) | |

**Status:** Read

1/10/2022 2:59:12 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8E3FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I can tell my cousin to drop me at my friends house

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +17722002444 | | | |

Status: Sent

1/10/2022 2:59:57 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8E3DD7 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

She doesn't work today

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +17722002444 | | | |

Status: Sent

1/10/2022 3:00:00 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8E3BB4 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Whatcha doin tomorrow around 10am

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/10/2022 6:55:38 PM(UTC-5) | |

Status: Read

1/10/2022 6:50:00 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8EAFC0 (Table: message, handle, chat; Size: 15818752 bytes)

**Bill Hancock**

110

*Yesterday, 6:54 PM*

Let's go!!

*Yesterday, 9:39 PM*

Zakk?

Yes baby girl

Omg my whisper blew TF up

How many message do you have??

I don't even know

Lol try

Lots

Lots of thirsty men

*tru

😂

Did you text me?

I deleted a bunch of stuff

Moms on my ass

I did, yes

772-200-2444 is my number

Say something nice...   SEND

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Hey Shay.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/10/20 22 9:48:43 PM(UTC -5) | |

Status: Read

1/10/2022 9:48:31 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8EE4EB (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Hey boo!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/10/2022 9:49:00 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8EE31E (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Everything okay?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/10/20 22 10:03:47 PM(UTC -5) | |

Status: Read

1/10/2022 9:49:15 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8EFFC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/10/2022 10:04:01 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8EFDE5 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Everything ok wiv you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/10/2022 10:04:18 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8EFC22 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Better now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/10/20 22 10:08:56 PM(UTC -5) | |

**Status:** Read

1/10/2022 10:04:32 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x8EFA35 (Table: message, handle, chat; Size: 15818752 bytes)





9:43

**Bull Hancock**

That's hot at

Maybe we can get a friend of yours and make it happen

Ummm

Yes?

Maybe after I know your not a creeper or anything

Well of course

I wasn't implying tonight

Lol

Okies

🙂

Idk if anyone would jus be dtf anyway

Well, that's for another time anyway

Are you Zakk or Bull

What's up with that

Zakk. The screen name was auto generated

Just never changed it

Say something nice...   SEND



9:43           LTE

**Bull Hancock**

Just never changed it

Ya gangsta

Oh like your rapper name

Haha

Oh yeah. You know it

I'm shaylulous P

According to the rapper name generator

Nice

You smoke rite

BOO

Yep

I thought you went to sleep

Or was ghosting me

We'll let's go smoke

Harris

Harro

Stupid autocorrect

I would never ghost you

9:43

**Bull Hancock**

> Stupid autocorrect

*Today, 7:11 AM*

I would never ghost you

I just fell asleep

*Today, 8:04 AM*

> Okies

Morning baby girl

> Morning daddy

What are your plans for today

> Just doing school 🤮

Unfortunate necessity

> Ugh

> I'd rather kms

Don't say that

It's not that bad

> I just not a morning person

> I know

😊

Say something nice...  SEND

← **Bull Hancock** ...

Don't say that

It's not that bad

> I just not a morning person

> I know

😆

Maybe I should come pick you up

> For real

> I mean

> Are you serious

> 😃

Kinda

Not sure how that would work. Or if you'd get in trouble with the school or your parents

> I'm doing remote so I can do what I want 🙃

😆

> I'll see when moms leaving for work

> She's gonna leave in a couple of hours

> When could you cum get me 😉

Say something nice...

I'll see when moms leaving for work

She's gonna leave in a couple of hours

When could you cum get me 😊

Today, 9:45 AM

???????????????

Getting in the shower now.

Then I have a few things I need to do.

Maybe around noon.

YUS 🥰

Today, 12:40 PM

🥺

Are you gonna come

I knew you were bullshit when you didn't come before

BYE



Say something nice...          SEND

Amino          Create your own online community.



From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

So much for never ghosting me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:09:19 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90380E (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Ya know, I was actually thinking about you today..   the last message you left me, pretty much told me to fuck off....  I didn't think you wanted to talk to me anymore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/18/2022 2:11:17 PM(UTC-5) | |

**Status:** Read

1/18/2022 2:11:17 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x903611 (Table: message, handle, chat; Size: 15818752 bytes)



From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Well you stopped talking to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:12:24 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x904FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

When you was gonna come see me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:13:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x904DD1 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

So I got mad 😞

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:14:02 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x904BDA (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Do you still want to see me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:14:24 PM(UTC -5) | |

Status: Read

1/18/2022 2:14:17 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9049F3 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

Are you really gonna come or am I gonna be standing around like a simp again

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:15:23 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x904802 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

You've got smoke rite

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:15:59 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9045AC (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I've got thc/cbd vape

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:17:57 PM(UTC -5) | |

Status: Read

1/18/2022 2:17:54 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9043BF (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

☺

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:19:15 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9041D6 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Could you get me sum wine coolers

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:19:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x905FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

**What do you want**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:19:43 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:19:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x905DC3 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**Jinx**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:19:49 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x905BE8 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**You owe me now**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:19:56 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x905A25 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:20:02 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:20:02 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x905846 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Is that all you want from me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:20:15 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:20:15 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90567B (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

What do you want daddy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:20:30 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x905488 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Take care of my needs baby girl.. show daddy how good you can suck dick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/18/2022 2:23:35 PM(UTC-5) | |

**Status:** Read

1/18/2022 2:23:22 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x905299 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

If I get buzzed ima get all horny

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:24:13 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x906FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Why didn't you cum last time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:24:43 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x906DC9 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

When

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:25:00 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:25:00 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x906BCE (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

ldk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:25:15 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x906A0B (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Last week I think

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:25:21 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90684A (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

You said noon and then stopped talking to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:25:43 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90666B (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I don't remember. 😩

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:28:22 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:28:22 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x906450 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Omg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:28:34 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x906265 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

How old are you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:28:45 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x907FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You don't remember?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:29:01 PM(UTC -5) | |

Status: Read

1/18/2022 2:29:01 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x907DE7 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Im jk boo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:29:33 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x907C02 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Last week I thought I asked you what you were doing around 10am and you never responded

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/18/2022 2:29:33 PM(UTC-5) | |

Status: Read

1/18/2022 2:29:33 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x907A2D (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:29:48 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90746A (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

It doesn't matter anymore.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _ $!<Other>!$_ | | 1/18/20 22 2:30:15 PM(UTC -5) | |

Status: Read

1/18/2022 2:30:15 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9072A1 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

If you want to move on we can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:30:27 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:30:26 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x908FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Its ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:31:14 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x908DCB (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

We can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:31:45 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x908C02 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Yay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:32:19 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:32:14 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x908A33 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:32:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x908872 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

So when do you wanna

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:32:55 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9086B1 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Can I see your beautiful face?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:32:55 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:32:55 PM(UTC-5)

Source Info:
lphone/mobile/Library/SMS/sms.db : 0x9084C6 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

When cum get me yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:33:36 PM(UTC-5)

Source Info:
lphone/mobile/Library/SMS/sms.db : 0x9082CF (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Send me a pic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:33:49 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:33:49 PM(UTC-5)

Source Info:
lphone/mobile/Library/SMS/sms.db : 0x909FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Im jus a lil sus cause you didn't come before

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:35:55 PM(UTC-5)

Source Info:
lphone/mobile/Library/SMS/sms.db : 0x909DB4 (Table: message, chat, handle; Size: 15818752 bytes)

Page 44

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

An I already sent pics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:36:12 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x909B9D (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I completely understand. I won't do it again

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/202 2 2:36:29 PM(UTC-5) | |

Status: Read

1/18/2022 2:36:23 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9099AE (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You only sent me one. I'd like to see more...

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/202 2 2:36:33 PM(UTC-5) | |

Status: Read

1/18/2022 2:36:33 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90978F (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

You only sent me one!!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:37:28 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x909576 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'll send you whatever you send me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:37:57 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:37:57 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x909385 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I'm just nervous about being catfished again

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:38:30 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90AFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I get that and I'm scared too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:38:51 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:38:51 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90ADAD (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Of what

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:39:10 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90ABB4 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Catfish

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:39:17 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90A9E9 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Being catfished. Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:40:13 PM(UTC -5) | |

Status: Read

1/18/2022 2:40:13 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90A816 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

Cuz I had chats wiv pics being reposted an it sucked

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:40:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90A633 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Well if we meet we will know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:41:54 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90A410 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I won't repost your pics baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:42:13 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:42:12 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90A213 (Table: message, handle, chat; Size: 15818752 bytes)

---

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'll just use them when I jerk off

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:42:25 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:42:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90BFC0 (Table: message, handle, chat; Size: 15818752 bytes)

---

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

That's kinda hot

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:42:49 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90BDBD (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Send me something good and I'll show you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:43:07 PM(UTC -5) | |

Status: Read

1/18/2022 2:43:07 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90BBDA (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

But ima say no till I know your real

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:43:16 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90B9CB (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Do you have Snapchat

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:43:44 PM(UTC -5) | |

Status: Read

1/18/2022 2:43:44 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90B7C0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Im banned

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:43:52 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90B5DD (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Hi

**Attachments:**



Title: Nxnb34lb.jpeg
Size: 35605
File name: ~/Library/SMS/Attachments/31/01/2A758ACC-7384-42D5-9292-98C0ABE0EDE6/Nxnb34lb.jpeg
~/Library/SMS/Attachments/31/01/2A758ACC-7384-42D5-9292-98C0ABE0EDE6/Nxnb34lb.jpeg

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:44:49 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:44:49 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90B406 (Table: message, handle, attachment, chat; Size: 15818752 bytes)
Iphone/mobile/Library/SMS/Attachments/31/01/2A758ACC-7384-42D5-9292-98C0ABE0EDE6/Nxnb34lb.jpeg :  (Size: 35605 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Hi boo!!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:45:39 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90B1DA (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'm really baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:45:53 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:45:52 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90CFC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Are you married

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:46:07 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90CDD9 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Would it be hotter if I was?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:46:31 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:46:30 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90CBF8 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

ldk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:46:58 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90CA05 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I jus saw the baby seats

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:47:06 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90C842 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Lol. I told you I have kids

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:48:00 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:48:00 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90C64F (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I don't remember that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:48:22 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90C45E (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

3 and 6

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:48:31 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:48:31 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90C271 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

But idc really

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:48:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90DFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

It's kinda better if it's jus a sex thing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:49:13 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90DDEF (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You want this?

**Attachments:**



Title: AAG6UUB5.png
Size: 57640
File name: ~/Library/SMS/Attachments/00/00/15A222EB-9D04-4771-B89C-
CE28014CA36F/AAG6UUB5.png
~/Library/SMS/Attachments/00/00/15A222EB-9D04-4771-B89C-
CE28014CA36F/AAG6UUB5.png

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _ $!<Other>!$_ | | 1/18/20 22 2:50:42 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:50:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90DBDA (Table: message, handle, attachment, chat;
Size: 15818752 bytes)
Iphone/mobile/Library/SMS/Attachments/00/00/15A222EB-9D04-4771-B89C-
CE28014CA36F/AAG6UUB5.png :  (Size: 57640 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

Mmmmm still thick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:53:20 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90D996 (Table: message, chat, handle; Size: 15818752
bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Mmhmm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _ $!<Other>!$_ | | 1/18/20 22 2:53:37 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:53:33 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90D7B1 (Table: message, handle, chat; Size: 15818752
bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You want to suck it or ride it?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:53:46 PM(UTC -5) | |

Status: Read

1/18/2022 2:53:45 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90D5E4 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I jus don't wanna get pregnant

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:54:31 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90D3EB (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Okay baby girl.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:55:37 PM(UTC -5) | |

Status: Read

1/18/2022 2:55:37 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90D1EC (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Is that ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:55:40 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90EFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I promise

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:55:46 PM(UTC -5) | |

Status: Read

1/18/2022 2:55:46 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90EDF1 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Plies

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:56:16 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90EC24 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Okies

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:56:27 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90EA5F (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Omg autocorrect is stupid AF

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:56:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90E898 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

It's okay.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/2022 2:56:51 PM(UTC-5) | |

Status: Read

1/18/2022 2:56:51 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90E69D (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Can I see more pics of you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/2022 2:56:59 PM(UTC-5) | |

Status: Read

1/18/2022 2:56:59 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90E4C2 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

What kinda pics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 2:57:22 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90E299 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Pics of you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:58:25 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:58:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90FFC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Whatever you'd like to show me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:58:38 PM(UTC -5) | |

**Status:** Read

1/18/2022 2:58:38 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90FDE5 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I jus don't want my face in them till after

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:58:56 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90FBEA (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Then I'll be comf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 2:59:10 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90F9D9 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I understand.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:59:20 PM(UTC -5) | |

Status: Read

1/18/2022 2:59:20 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90F7F4 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'd still love to see more of you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 2:59:38 PM(UTC -5) | |

Status: Read

1/18/2022 2:59:37 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90F617 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Im jus scared to send nudes cuz I got caught before

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:01:04 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x90F416 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'm not going to do that to you baby girl.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/202 2 3:01:28 PM(UTC -5) | |

Status: Read

1/18/2022 3:01:28 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x910FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

You said that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:01:50 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x910DAD (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

But you said you were coming too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:02:01 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x910BD8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I promise.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:02:02 PM(UTC -5) | |

Status: Read

1/18/2022 3:02:02 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9109D5 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Twice!!!!!!😩

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:02:13 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x910806 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I can't help that I was pulled over by the cops. And we never agreed on where the second time.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/18/2022 3:02:38 PM(UTC-5) | |

Status: Read

1/18/2022 3:02:38 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x910625 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I know, but I'm jus nervous

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:03:32 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9103A9 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

And I've apologized. You've seen me, you know I'm real, I'm genuine. You don't have to send me nudes. I just want to see you!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/18/2022 3:04:07 PM(UTC-5) | |

**Status:** Read

1/18/2022 3:04:06 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x911FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I wanna be seen

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:04:40 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x911CF4 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:04:41 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x911B1B (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

But I got burned real bad before

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:05:09 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91195A (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

And it fucked up my life

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:05:21 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91175D (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'm here for you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:06:06 PM(UTC -5) | |

Status: Read

1/18/2022 3:06:05 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91156A (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Soooooooooo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:06:31 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91138B (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Show me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:08:20 PM(UTC -5) | |

**Status:** Read

1/18/2022 3:08:20 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9111B4 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Omg boo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:09:05 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x912FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Can't we jus talk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:09:17 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x912DFF (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I would like to see more than one pic of you. To know you're real!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/18/2022 3:09:39 PM(UTC-5) | |

**Status:** Read

1/18/2022 3:09:39 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x912C1A (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Don't you know I'm real from talkin

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:10:14 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9129D6 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

An it's not like pics can't be fake

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:10:48 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9127D5 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Exactly

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:11:02 PM(UTC -5) | |

Status: Read

1/18/2022 3:11:02 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9125CC (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Do you could be fake too boo 😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:11:24 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x912403 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

How do I know it's really you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:11:24 PM(UTC -5) | |

Status: Read

1/18/2022 3:11:24 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9121FC (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Cuz you'd be talkin to me 😵

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:11:56 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x913FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Except I'll keep sending pics to you. To prove it's me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/18/2022 3:14:36 PM(UTC-5) | |

Status: Read

1/18/2022 3:14:36 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x913DC9 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

That's not proof

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:15:33 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x913B99 (Table: message, chat, handle; Size: 15818752 bytes)

Page 66

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

You could be anybody

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:15:57 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9139BC (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

How can I prove it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:19:06 PM(UTC -5) | |

Status: Read

1/18/2022 3:18:18 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9137D1 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I don't think we can until we meet daddy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 3:19:54 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9135F2 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Okay baby girl. Guess we will see then

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:21:55 PM(UTC -5) | |

**Status:** Read

1/18/2022 3:21:55 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9133DD (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

What are you doing tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:22:03 PM(UTC -5) | |

**Status:** Read

1/18/2022 3:22:01 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x914FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

When

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:26:02 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x914AE6 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Like what time I mean

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:26:18 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x914923 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

Cuz I'm jus doin school so I can do whateves if moms not here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:27:22 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91473E (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Oh cool, so just pick you up at your place?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/202 2 3:52:33 PM(UTC-5) | |

**Status:** Read

1/18/2022 3:52:20 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x914500 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Not my house crazy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:52:57 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9142EF (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

**Where would we meet**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:53:51 PM(UTC -5) | |

**Status:** Read

1/18/2022 3:53:51 PM(UTC-5)

Source Info:
lphone/mobile/Library/SMS/sms.db : 0x915FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

**At the plaza with the theatre or at the park near my house**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:54:40 PM(UTC-5)

Source Info:
lphone/mobile/Library/SMS/sms.db : 0x915DDF (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**Both are close**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:54:54 PM(UTC-5)

Source Info:
lphone/mobile/Library/SMS/sms.db : 0x915BAF (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**The park is maravilla park**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 3:56:20 PM(UTC-5)

Source Info:
lphone/mobile/Library/SMS/sms.db : 0x9159D6 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Oh okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 3:59:37 PM(UTC -5) | |

**Status:** Read

1/18/2022 3:59:37 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9157DF (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

So yeah?!?!?!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 4:02:17 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x915616 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 4:03:39 PM(UTC -5) | |

**Status:** Read

1/18/2022 4:03:39 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x915439 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I'm so excited

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 4:04:22 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x915276 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Can I ask you something else

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 4:04:46 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x916FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

In your pants! 😬

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:39:16 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:38:36 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x916DCD (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Huh?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:39:28 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x916BEC (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

**You said you were excited...**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:39:47 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:39:46 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x916A21 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**Oh**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:39:52 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91682E (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**Lol**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:39:53 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91666D (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**Do you have like a legit vibe**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:40:49 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9164AC (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I am legit baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:42:08 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:41:58 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9162AD (Table: message, handle, chat; Size: 15818752 bytes)



From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

😳

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:42:19 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x917FC8 (Table: message, chat, handle; Size: 15818752 bytes)



From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Vibrator

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:42:40 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x917E05 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

No, I have a male sex toy. It's called the Max2, by Lovense. It's app controlled. So like you can control it from there while I have it here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/18/2022 7:44:12 PM(UTC-5) | |

**Status:** Read

1/18/2022 7:44:01 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x917C30 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Why do you ask?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:44:30 PM(UTC -5) | |

Status: Read

1/18/2022 7:44:29 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x917948 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I just have never used a real one before

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 7:44:51 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91776F (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You've never used a vibrator on yourself? What about a dildo?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/18/2022 7:45:17 PM(UTC-5) | |

Status: Read

1/18/2022 7:45:17 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91755C (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Not a real one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 7:45:45 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x917322 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

**What have you used?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:47:24 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:47:15 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x918FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**I don't wanna say**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:47:43 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x918DDF (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

**It's okay. You won't shock me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:47:56 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:47:55 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x918BFA (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

It's embarrassing 😵

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 7:48:16 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9189FD (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'm sure I've heard it before

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:48:52 PM(UTC -5) | |

Status: Read

1/18/2022 7:48:52 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91880C (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Really

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 7:49:43 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91860F (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Can I just not please

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 7:49:55 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x918446 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

It's so stupid

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:50:01 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x918261 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Hair brush

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:51:22 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:51:21 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x919FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Remote control

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:51:31 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:51:30 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x919DE9 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Vase

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:51:36 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:51:36 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x919C0A (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Stfu

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:51:39 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x919A47 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Dog toy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:51:51 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:51:51 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91987C (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Vase!?!?!?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 7:51:58 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9196B3 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Omg stop

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 7:52:05 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9194E2 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:52:12 PM(UTC -5) | |

Status: Read

1/18/2022 7:52:11 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91930F (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

You don't think it's freaky

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 7:53:15 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91AFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

No, it's kinky

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:53:28 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:53:28 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91ADCF (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Well you're missing one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:54:01 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91ABF4 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Wait

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:54:16 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91AA0B (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

**What**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:54:26 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:54:26 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91A840 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I didn't use all those

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:54:26 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91A67D (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Just the hair brush

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:54:39 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91A494 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

And one more thing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:54:46 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91A2B3 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

What's the other thing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:55:01 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:55:00 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91BFC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

A cute

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:55:45 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91BDD5 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Cuke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:55:53 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91BC0C (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

A what?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 7:56:10 PM(UTC -5) | |

**Status:** Read

1/18/2022 7:56:09 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91BA3F (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Cucumber

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 7:56:20 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91B876 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

That's normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 8:04:30 PM(UTC -5) | |

**Status:** Read

1/18/2022 8:01:00 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91B6A1 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Do you wanna know how daddy's dick feels inside you??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/18/2022 8:04:30 PM(UTC-5) | |

**Status:** Read

1/18/2022 8:01:49 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91B4C0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Can we jus do oral first

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 8:05:04 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91B297 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Of course

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/2022 8:05:16 PM(UTC-5) | |

**Status:** Read

1/18/2022 8:05:16 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91CFC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Thank you daddy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 8:05:49 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91CDF3 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Not a problem baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _ $!<Other>!$_ | | 1/18/20 22 8:06:39 PM(UTC -5) | |

**Status:** Read

1/18/2022 8:06:13 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91CC12 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Mom is gonna leave between 10:30 and 11

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 8:07:16 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91CA29 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

And I HAVE to be back before 6

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 8:07:41 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91C4C2 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

That won't be a problem.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 8:09:15 PM(UTC -5) | |

**Status:** Read

1/18/2022 8:08:50 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91C2C3 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 8:09:35 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91DFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Maybe we can meet at the park tomorrow around noon, and just chat. Make sure we click. See where things go. If we end up in my car fooling around. Then okay.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/18/2022 8:30:19 PM(UTC-5) | |

**Status:** Read

1/18/2022 8:10:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91DDFD (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

How badly do you wanna suck my cock

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 8:30:19 PM(UTC -5) | |

Status: Read

1/18/2022 8:25:36 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91D636 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

That sounds good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 8:31:01 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91D435 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

But if you look as good as your pics and your nice and I have some wine coolers then I'm gonna wanna

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 8:32:50 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91EFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Wine coolers at noon huh?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 8:37:59 PM(UTC -5) | |

**Status:** Read

1/18/2022 8:37:19 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91ED3C (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Hellz yeah 😁

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 8:38:37 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91E7E6 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Then you're gonna be frisky

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 8:42:56 PM(UTC -5) | |

**Status:** Read

1/18/2022 8:42:31 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91E605 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Yeah probably

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 8:44:30 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91E410 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You want me to finger you or eat it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/2022 8:47:02 PM(UTC-5) | |

Status: Read

1/18/2022 8:45:49 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91E231 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Yes 😀

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 8:48:28 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91FFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Okay baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 8:54:21 PM(UTC -5) | |

**Status:** Read

1/18/2022 8:53:21 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91FDF5 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You gonna wear a skirt with no panties tomorrow?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/18/202 2 8:54:21 PM(UTC- 5) | |

**Status:** Read

1/18/2022 8:53:38 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91FC16 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

That's a good idea

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 8:55:14 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91F70F (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You're welcome

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 8:58:36 PM(UTC -5) | |

**Status:** Read

1/18/2022 8:58:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91F528 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Thank you daddy 😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 8:58:56 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x91F34D (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Of course baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 9:02:50 PM(UTC -5) | |

**Status:** Read

1/18/2022 9:02:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x920FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Slowly stroking it, thinking about you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 9:23:22 PM(UTC -5) | |

**Status:** Read

1/18/2022 9:21:03 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x920DD7 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

You won't have to think about it to long 😣

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 9:25:26 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x920BD0 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Mmm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 9:29:57 PM(UTC -5) | |

**Status:** Read

1/18/2022 9:27:18 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9209B3 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Fuck

**Attachments:**



Title: iGCEFMao.jpeg
Size: 15877
File name: ~/Library/SMS/Attachments/71/01/EDC275BA-6DCD-4F0E-9B5A-
FE58871326BF/iGCEFMao.jpeg
~/Library/SMS/Attachments/71/01/EDC275BA-6DCD-4F0E-9B5A-
FE58871326BF/iGCEFMao.jpeg

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:17:14 PM(UTC -5) | |

**Status:** Read

1/18/2022 9:55:11 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9207EA (Table: message, handle, attachment, chat;
Size: 15818752 bytes)
Iphone/mobile/Library/SMS/Attachments/71/01/EDC275BA-6DCD-4F0E-9B5A-
FE58871326BF/iGCEFMao.jpeg :  (Size: 15877 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

Omg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:17:27 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9205BA (Table: message, chat, handle; Size: 15818752
bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

You like

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:17:43 PM(UTC -5) | |

**Status:** Read

1/18/2022 10:17:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9203EF (Table: message, handle, chat; Size: 15818752
bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Yes daddy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:18:05 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x920224 (Table: message, chat, handle; Size: 15818752 bytes)

---

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

It looks frosted

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:18:11 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x921FC8 (Table: message, chat, handle; Size: 15818752 bytes)

---

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Lick it clean

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:18:21 PM(UTC -5) | |

**Status:** Read

1/18/2022 10:18:19 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x921DE5 (Table: message, handle, chat; Size: 15818752 bytes)

---

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I won't even have to

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:19:09 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x921C10 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

It will already be in my mouth

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:19:24 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x921A2D (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

You have such a cute dick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:19:57 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x921834 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Mmm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:21:36 PM(UTC -5) | |

**Status:** Read

1/18/2022 10:21:24 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92163F (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I can't wait to feel your mouth around it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:21:36 PM(UTC -5) | |

**Status:** Read

1/18/2022 10:21:33 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x921476 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

How did you get it to do that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:22:03 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x921265 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Do what??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:24:52 PM(UTC -5) | |

**Status:** Read

1/18/2022 10:24:28 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x922FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Like jus flow out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:25:11 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x922DF3 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

It just did. Sometimes it comes out slow. Other times it shoots all over the place. Depends on how long I go without getting off

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/18/2022 10:25:59 PM(UTC-5) | |

**Status:** Read

1/18/2022 10:25:59 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x922C0E (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I only seen it shoot

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:26:53 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92294E (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

That looks hot AF

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:27:10 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92276B (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I think I have a video of it shooting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:28:19 PM(UTC -5) | |

Status: Read

1/18/2022 10:28:19 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x922586 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Haha

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 10:29:03 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x922381 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Everybody's got that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/18/2022 10:29:14 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x923FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:30:25 PM(UTC -5) | |

**Status:** Read

1/18/2022 10:30:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x923DDD (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Filmed it in slow-mo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:30:34 PM(UTC -5) | |

**Status:** Read

1/18/2022 10:30:34 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x923C14 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Interesting 😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 10:32:06 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x923A31 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

**Mmhmm**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 10:49:43 PM(UTC -5) | |

**Status:** Read

1/18/2022 10:49:23 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92384E (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**Goodnight boo**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 11:16:41 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x923689 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

**I can't wait for tomorrow** 😣

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/18/2022 11:17:18 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x924FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

G'night baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/18/20 22 11:28:54 PM(UTC -5) | |

**Status:** Read

1/18/2022 11:18:59 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x924AC2 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Good morning daddy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/19/2022 8:14:29 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9248E1 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I'm so sorry baby girl. I can't meet you today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/19/202 2 9:50:23 AM(UTC- 5) | |

**Status:** Read

1/19/2022 9:50:02 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9246F0 (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

I forgot I have physical therapy today.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/19/20 22 9:50:23 AM(UTC -5) | |

**Status:** Read

1/19/2022 9:50:13 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x925FC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Omg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/19/2022 9:51:18 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x925ACE (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

When

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/19/2022 9:51:21 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92590D (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

It's at 1pm in Hollywood

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/19/20 22 9:51:50 AM(UTC -5) | |

Status: Read

1/19/2022 9:51:50 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x925742 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Sooooooo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/19/2022 9:52:41 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x9251FF (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

When ya wanna

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/19/2022 9:52:47 AM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x926FC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/20/2022 1:30:25 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92AFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Sorry. PT took a lot out of me. I've been in pain all day. Been in bed, medicated. Still in bed. Naked. Haven't showered, haven't eaten.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/20/2022 1:56:29 PM(UTC-5) | |

**Status:** Read

1/20/2022 1:34:31 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92ADFD (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Omg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 1:57:16 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92AB21 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I hope you feel better

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 1:57:26 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92A95E (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Thank you baby girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/20/2022 2:00:58 PM(UTC-5) | |

**Status:** Read

1/20/2022 1:59:18 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92A76D (Table: message, handle, chat; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/20/20 22 2:00:58 PM(UTC -5) | |

**Status:** Read

1/20/2022 1:59:20 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92A584 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Jus lemme know when you're feelin better

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 2:01:23 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92A3C1 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Definitely

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/20/20 22 2:05:23 PM(UTC -5) | |

**Status:** Read

1/20/2022 2:02:50 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92BFC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 2:05:42 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92BDF1 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

What are the chances of you sending me a picture of your beautiful face to make my day better?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$!<Other>!$_ | | 1/20/2022 2:15:44 PM(UTC-5) | |

**Status:** Read

1/20/2022 2:15:28 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92B58F (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To:
+17722002444

Seriously

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 2:19:58 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92B317 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)



| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/20/2022 2:20:09 PM(UTC-5) | |

**Status:** Read

1/20/2022 2:20:09 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92CFC0 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

I'm pretty much wishing I hadn't sent you the first one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 2:20:19 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92CDFD (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner)
To: +17722002444

I mean maybe everything is just what you said and it's bad luck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 2:20:34 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92CBD4 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

But it's super sus

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 2:21:18 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92C99A (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

It's okay. Your just suspicious. And I understand why.. but I'm not asking for nude pics. Seeing that in person makes it so much better.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.com _$! <Other>!$_ | | 1/20/2022 2:23:43 PM(UTC-5) | |

**Status:** Read

1/20/2022 2:23:26 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92C7B3 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

No cap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/20/2022 2:24:08 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92C4DB (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

☺

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/20/20 22 2:26:22 PM(UTC -5) | |

Status: Read

1/20/2022 2:26:11 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92C30C (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

I hate the rain ☹

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

Status: Sent

1/20/2022 4:06:50 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92DFC8 (Table: message, chat, handle; Size: 15818752 bytes)

From: +17722002444
To: Redacted@icloud.com _$!<Other>!$_ (owner)

Why?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted@icloud.co m _$!<Other>!$_ | | 1/20/20 22 4:16:27 PM(UTC -5) | |

**Status:** Read

1/20/2022 4:16:18 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92DDD9 (Table: message, handle, chat; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Cuz I walk pretty much everywhere I go

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 4:17:03 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92DC16 (Table: message, chat, handle; Size: 15818752 bytes)

From: Redacted@icloud.com _$!<Other>!$_ (owner) To: +17722002444

Test

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17722002444 | | | |

**Status:** Sent

1/20/2022 6:06:27 PM(UTC-5)

Source Info:
Iphone/mobile/Library/SMS/sms.db : 0x92DA0D (Table: message, chat, handle; Size: 15818752 bytes)