UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-CR-14005-CANNON-MAYNARD

UNITED STATES OF AMERICA,

vs.

ZACHARY S. SPIEGEL,
          Defendant.
_____/

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, by and through undersigned counsel, hereby submits this Sentencing Memorandum. On March 29, 2022, the Defendant was convicted of one count of 18 U.S.C. §2422(b) after a jury trial. Sentencing is presently scheduled for May 23, 2022.

### DISCUSSION

There is no excuse for the acts committed by Zachary Spiegel. There were, however, circumstances in his life leading up to this crime that may help explain why it occurred. Simply put, prior to the events of January 9, 2022, Zachary Spiegel was under an almost unimaginable amount of stress from several sources.

### COVID

First, along with the rest of the world, Zachary Spiegel was reeling from the stress and anxiety of the Covid epidemic. Like everyone else, he was worried about

his job, his family and his own health. Like everyone else, he was socially isolated. Like everyone else, his "normal" pre-pandemic life had been turned inside-out.

But, unlike everyone else, he had serious sources of additional stress and anxiety which included:

FAMILY MEDICAL PROBLEMS

As recounted in the PSI, Sandy Speigel, the Defendant's wife, suffers from a variety of medical problems which keep her in nearly constant pain. In addition to epilepsy, arthritis, fibromyalgia, migraines, kidney stones, and vertigo she also suffers from Ehlers Danlos Syndrome (EDS) and Mast Cell Activation Syndrome (MCAS).

EDS is a group of hereditary disorders that effect the way in which the body determines how much collagen to produce. The disease is very complex and symptoms vary from patient to patient but usually include pain in the joints, muscles and nerves, skin that bruises or tears easily, slow wound healing and can include pelvic floor weakness, prolapse of the rectum, bladder or vaginal wall and nerve disorders.

Mrs. Spiegel also suffers from Mast Cell Activation Syndrome (MCAS). According to Healthline.com MCAS is a condition in which mast cells release too much of a substance that causes allergy symptoms. MCAS can cause itching of the skin, eyes, nose, mouth and throat, low blood pressure, rapid heart rate, trouble

breathing and wheezing. It can also cause headaches, confusion and fatigue. Similar to an allergic reaction, it can be triggered by insect bites, food, drugs (antibiotics, ibuprofen, opiate pain relievers) and stress. There is no cure. Symptoms are managed with antihistamines, aspirin, and steroids.

 Caitlyn Spiegel is eighteen years-old and will be graduating from high school at the end of May. She has inherited MCAS. Additionally, she suffers from Raynaud's Disease, a disorder which causes some areas of the body to feel numb and cold in response to cold temperatures or stress. The disease causes the arteries that supply blood to the skin to narrow which limits blood flow to the affected areas. The disorder is not disabling but can affect the patient's quality of life.

 Both of Zachary Spiegel's sons have autism. The small apartment where the family lived in Port St. Lucie was almost entirely dedicated to meeting their special needs. The HSI agents who executed the search warrant at the apartment did a walk-through video prior to conducting the search. That video clearly illustrates a living space almost entirely given over to the needs of these two boys. There is a work/study area set up for them; a bookshelf crammed with books; I-pads; and a large wall calendar displaying their appointments and assignments. Family photos are also displayed throughout the apartment. Both boys have also inherited the MCAS disease.

## LOST LOVED ONES

In the last two years, Mr. Speigel lost four important female relatives. His adoptive mother, Benita Spiegel Graberman and his step mother, Penny Spiegel both died of cancer in 2020. That same year he also lost one of his grandmothers. In 2021, he lost his second grandmother.

## TRAFFIC FATALITY

In November, 2021, just two months prior to this offense, Mr. Speigel was driving on the Florida Turnpike when a man committed suicide by stepping in front of his car. The man's body was catapulted onto the hood/windshield of Speigel's car. The force of the impact resulted in a car crash. Mr. Spiegel suffered from cervical injuries including herniated discs at C3-4, C4-5, C5-6, and C6-7. The physical injuries have resulted in constant pain and the need for prescribed medication and on-going physical therapy.

Mr. Spiegel suffered more than physical injuries from that fatal crash. He has Post Traumatic Stress Disorder. As a result of that disorder Mr. Spiegel's physician prescribed him Zoloft. According to Drugs.com Zoloft is useful for treating PTSD however, potential side-effects include manic episodes which can include racing thoughts, increased energy, *unusual risk-taking behavior*, extreme happiness, being irritable or talkative.

## **CONCLUSION**

Against a backdrop of extreme stress and anxiety, Zachary Spiegel committed this offense. He understands that his behavior was a betrayal of his family. He understands that his prison sentence will be harder on them than it will be on him.

While he is incarcerated it is Sandy Spiegel's plan to move to her parent's house in Tennessee. There she will receive help and support with the boys while Zachary is away. Because the family will be relocating to Tennessee we would ask the Court to recommend BOP designate him to FCI Memphis.

Zachary understands that upon completion of his sentence, he will have to earn his place back in the family. All he asks of this Court is that the sentence be as short as possible to allow him to begin that attempt. There is reason to hope. Sandy stands behind him. His aunt, step-dad and father all stand behind him. All four of them sat through the trial and heard the testimony. They have all provided letters of support to the Court. Unlike many other offenders, Zachary will have support upon his release.

In light of the above, the defense respectfully requests this Honorable Court impose the mandatory minimum sentence.

Respectfully Submitted,

*/s Donnie Murrell*
_____
**DONNIE MURRELL, ESQ.**
**FLORIDA BAR NO: 326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL  33401
Telephone:  561.686.2700
Facsimile:   561.686.4567
Email:  ldmpa@bellsouth.net

*/s Andrew B. Metcalf*
_____
**ANDREW B. METCALF, ESQ.**
**FLORIDA BAR NO:  0098590**
1245 20th Street
P.O. Box 2618
Vero Beach, FL  32961
Telephone:  772.569.1001
Facsimile:   772.569.1117
Email:  la@eaglelaw.com
Attorneys for Defendant Spiegel

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 18th, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s Donnie Murrell*
_____
**DONNIE MURRELL, ESQ.**

**SERVICE LIST**

**U.S.A. vs. ZACHARY S. SPIEGEL
CASE NO: 22-CR-14005-CANNON/MAYNARD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Stacey Bergstrom, Esq.
Stacey.Bergstrom@usdoj.gov
Assistant United States Attorney
Southern District of Florida, Fort Pierce Division
101 South U.S. Highway 1, Suite 3100
Fort Pierce, FL 34950
Telephone: 772.293.0952
Attorney for Plaintiff, USA
Via Notice of Electronic Filing
Generated by CM/ECF