May 12, 2022

The Honorable Judge Paul C. Huck
Senior Judge of the United States District Court
of the Southern District of Florida

Dear Judge Huck:

My name is Jerome C. Spiegel. I am the father of Zachary S. Spiegel whose trial you presided over on Mach 28-29, 2022. As you recall, he was convicted of Attempting to Entice a Minor.

I am an Otolaryngologist/Head Neck Surgeon. I retired four (4) years ago after 41 years of active practice.

I do not want to bore you with details of Zachary's early life or upbringing; however, I do want to inform you of certain pertinent facts. Zachary was adopted when he was two days old. He was diagnosed with Attention Deficit Disorder at age four (4). He was treated with appropriate medication and did undergo extensive behavioral modification therapy. The medication was discontinued several years ago for unknown reasons.

Zachary is currently married to Sandy. He has two children. Connor, age 6, and Lucas, age 3. Both children are autistic and have special needs. His wife Sandy, has multiple significant medical issues. He also has a stepdaughter, Caitlin age 18, who will be graduating from high school this month; May 2022. Zachary has been a loving and caring father to his three children, and has been a devoted husband to his wife. Zachary is their sole source of support, both financially and emotionally.

In January 2020, Zachary's adoptive mother 'Benita Spiegel-Grabeman (my ex-wife), passed away after a three-year battle with Colorectal Cancer. In December 2020, his stepmother (my wife) Penny Spiegel, passed away from Lung Cancer. Also in 2020, his two grandmothers passed away.

In November 2021, Zachary was involved in a fatal automobile accident when an individual allegedly committed suicide by stepping in front of his car while he was driving down the Florida Turnpike. I am convinced that these events have had a significant effect on Zachary's judgement and mental health.

Judge Huck, the crime that Zachary was convicted of is TERRIBLE. It will affect his life and that of his family for the rest of their lives. This event was totally out of

character for Zachary.  To my knowledge, this was an isolated event.  As you recall, the crime Zachary was convicted of was conceived by an underage male, posing as an underage female, on a website in which this young man 'lied' about his age to gain access to.  The entire conversation occurred in cyberspace with an 'imaginary' female.  There was no actual personal contact, video contact, or audio contact. There was never, ever a meeting.  The only 'victim' in this nightmare is Zachary's family being his wife, and kids.

On May 23, 2022, you will be sentencing Zachary.  A lengthy prison sentence is not in anyone's best interest.  Especially his wife and kids. Zachary needs evaluation and treatment for his obvious PTSD.  It needs to be determined whether Zachary has sexual issues that need to be addressed.

Your Honor, I am pleading with you to take these facts into consideration and ask for the courts mercy when you sentence my son, Zachary S. Spiegel.

Sincerely,

Jerome C. Spiegel
(Father to Zachary S. Spiegel)
4385 Tam O Shanter Way
Kettering, OH 45429
(937) 239-1488
Jerryent@aol.com

May 16, 2022

The Honorable Judge Paul C. Huck

Senior Judge of the United States

District Court for the Southern District of Florida

Dear Honorable Judge Huck,

My name is Sandra Spiegel and I am Zachary Spiegel's wife of almost 8 years. We have known each other for 20 years. He has always been my friend and supporter.

Zachary is a good and loving husband, father, grandpa, son, brother, worker and friend. We have been through the good, bad, sickness and health. He would drop anything to help a friend or neighbor in need. Zachary would do anything to provide and protect his children, his grandchild and me. Before Covid, we would regularly help in the church and the school. I see my children struggling without their father around. Not only are my children struggling, I am. Zachary was the one bringing income in for our family. I am a stay at home mom. We currently do not have income nor health insurance due to Zachary being laid off due to his neck and spine injury that happened during a car accident back in November. My daughter, Caitlyn is graduating, on 26 May, and she would love to have her only father that has been there for her since she was 5 to be at her graduation.

Please find it in your heart to show leniency, on my husband. We want him to come home as soon as he is able to. I love my husband and I will be there for him through all of this.

Thank you for taking the time to read my letter,

Sandra Spiegel

*Sandra Spiegel*

May 13, 2022

The Honorable Judge Paul C. Huck
Senior Judge of the United States
District Court for the Southern District of Florida

Dear Honorable Judge Huck:

My name is Steven V. Grabeman. I am Zachary Spiegel's stepfather. I have lived in the Dayton, Ohio area for most of my life. I am a graduate of the University of Dayton. I have been partners with my younger brother, Victor, in Grabeman Appraisal for over 25 years. We provide real estate valuation services for lending institutions in the Dayton, Ohio market area.

As Zachary's stepfather, I have known him for much of his life. I always found Zachary to be well mannered, kind, polite, thoughtful, adventurous, humorous, and well liked. He embraced my family, and my family embraced him. I could not have asked for anything more.

I was able to spend time with Zachary and his family over the past Thanksgiving holiday, as they came to visit his father, Dr. Jerome Spiegel, and myself. He seemed to revel in his role as husband and father. His career seemed to be going well, as he had recently interviewed for a promotion with his company. He was pursuing his degree in the evening. He seemed content. His life appeared to be in balance. I was pleased.

Zachary has a wife, Sandy, an 18-year-old stepdaughter, Caitlin, 6-year-old son Connor, and 3-year-old son Lucas, at home. Connor and Lucas have been diagnosed as autistic. Sandy seems to have numerous health issues as well. Do I believe Sandy is capable of providing the necessary, financial support for her family? Realistically, no. She has a high school education, and possesses no real marketable skills or past experience in the workplace.

Zachary lost both his mother/my wife, Benita Spiegel-Grabeman, and stepmother Penny Spiegel in 2020 to cancer. In addition, he lost one grandmother in 2020, and another in 2021. Prior to his visit over Thanksgiving, a man used Zachary and his vehicle as a means to commit suicide on a Florida interstate. He was physically injured, and suffered emotionally as well. Could these combined incidents contribute to what is considered to be behavior out of the norm for him? Maybe so, but a medical evaluation by a qualified professional would be required to determine that.

The fact remains that Zachary's behavior was wrong. That is not up for debate. I was shocked, and find the possible repercussions, haunting. However, in this case there is not any actual victim. No person has suffered physical injury, emotional distress, or financial loss. To my knowledge, Zachary has not had any previous criminal activity.

Zachary's family will continue to support him, in spite of this recent incident. He has a support group of myself, his aunt, Susan Spiegel, his father, Dr. Jerome Spiegel, a well-regarded ENT, and father-in-law, Terry Spitzmiller, a retired USAF colonel. We will ensure that Zachary receives any medical evaluation necessary, and that any recommendations for treatment are followed.

Thank you for your kind consideration in this matter.

Sincerely,

Steven V. Grabeman
1558 Big Hill Road
Kettering, OH 45429
(937) 657-7715

May 11, 2022

The Honorable Judge Paul C. Huck
Senior Judge of the United States
District Court for the Southern District of Florida

Dear Honorable Judge Huck:

My name is Susan G. Spiegel. I have lived in Dayton, Ohio my entire life of 67 years, and am now retired, having worked for 41 years with The Dayton Bag & Burlap Co. selling Military Specification Sandbags to GSA, Corp of Engineers, FEMA, and nationwide Government municipalities. Currently, I am a full-time volunteer for FLOC - 'For Love of Children' - a local Non Profit providing the Joy of Christmas to thousands of under privileged foster children through Montgomery County Children Services.

Zachary Spiegel is my only nephew, and I am his only Aunt being sister to his adoptive father; Dr. Jerome C. Spiegel. As it stands, I am Zachary's only close 'female' relative remaining on his father's side. In January, 2020, Zachary lost his beloved adoptive mother; Benita Spiegel-Grabeman to Cancer and in December, 2020, Zachary lost his step-mother; Penny Spiegel also to Cancer. In addition, he lost both his grandmothers in 2020 as well.

If that wasn't hard enough to endure, in November of 2021, Zachary was driving home from work on the Florida Turnpike when a pedestrian successfully committed suicide by jumping in front of his car. Fortunately, Zachary survived this horrific accident, but the emotional and mental toll it took on him, not to mention the constant pain he has in his neck and spine, coupled with the nightmare of this accident playing over and over again in his mind, is quite traumatic to say the least. All of the above left Zachary in a state of mental turmoil, constant pain, and having to succumb to Workman's Compensation.

I have watched Zachary grow up since the first day he was adopted into the Spiegel family when he was just 2 days old. I have always known Zachary to be extremely polite, kind, good natured, and a hard worker, but most of all he has always been a loving husband to his wife Sandy and devoted father to his two little boys, 6-year-old Connor and 3-year-old Lucas. Both of whom are Special Needs toddlers. He also supports his 18-year-old step-daughter Caitlin who also has Special Needs. Zachary's wife Sandy has several health issues that prevent her from working, and it would be impossible, should he be incarcerated, for her to make ends meet without Zachary's day to day help with the kids and monetary support.

Please note, our family does not condone Zachary's actions whatsoever. Frankly, we are in a state of shock because this is just not the Zachary we have known for over 39+ years.

What I do know for sure, Your Honor, is Zachary has never had any prior criminal convictions to my knowledge, and I can only believe that due to the circumstances mentioned above he has had a personal 'mental breakdown' that severely clouded and affected his judgement.

In summary, as you prepare for sentencing of Case No. 2:2022cr14005, United States of America vs. Zachary S. Spiegel, I kindly ask that you please show mercy upon him.

Thank you for your most kind and compassionate consideration.

Susan G. Spiegel
(Zachary Spiegel's Aunt)
2267 Jamie Rose Way
Dayton, OH  45459
(937) 776-9592
Sassyspiegel@gmail.com

May 17, 2022

The Honorable Judge Paul C. Huck
Senior Judge of the United Sates
District Court for the Southern District of Florida

Dear Judge Huck,

I am writing this letter for Zachary Spiegel's sentencing consideration before you. My wife and I have not completely sorted out all our feelings relative to our son-in-law's actions; however, we know we are trying everything to keep the family together with all the love and support we can.

My wife and I are nearing our second retirement and while this is not what we envisioned our retirement years to be, if that is what God requests it of us, we will gladly serve. My wife and I are going to move our daughter, three grandchildren and their dog to Tennessee with us; otherwise, they will be homeless. Zachary was the sole breadwinner for the family. Currently, my daughter is not working since she stays at home taking care of two extremely rambunctious and autistic sons, the oldest being home schooled. She has limited financial resources and will need to go on public assistance at least for an interim period to ensure medical care coverage for her and the three kids. I am most concerned about the affect the sentencing decision will have on the two sons, ages six and three. Based on my research, I believe a minimum sentence for the conviction is ten years. If so, they will be nearly 17 and 14, by the time Zachary could be released. The boys will be the ones to suffer the most. At 65, I can be a grandpa, but I will also need to play dad if he is not around.

I know there are good and valid reasons for sentencing guidelines. As a retired Air Force Colonel and Senior Executive, I have made numerous military and personnel judgement decisions affecting people's lives throughout my 42 years, each time looking at the impact on the offender as well as the family. I too receive punishment guidelines, but sometimes they do not make sense. I believe a lesser punishment such as probation and counseling could still accomplish the purpose while minimizing the impact on the family. I request a shorter sentence with the possibility of parole should you decide on incarceration. I implore you to apply some grace when making your wise decision in the sentencing of this case.

If I could be so bold to ask for one more favor. I do not know if there are any federal facilities for like incarcerated individuals closer to our home near Nashville, Tennessee. It will greatly assist us in maintaining the critical connection for the boys with their father if he could be imprisoned closer to our home should you decide on any incarceration time. Thank you.

Sincerely,

Colonel Terry L. Spitzmiller, USAF (Ret)
5426 Sherrington Road
Murfreesboro TN 37128