IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**FORT PIERCE**
CASE NO. **2:22-CR-14005-AMC-1**
_____

**UNITED STATES OF AMERICA**,

Plaintiff                          **March 29, 2022**
         vs.

**ZACHARY S. SPIEGEL**,

Defendant.
_____

**TRIAL DAY 2**

BEFORE THE HONORABLE **PAUL C. HUCK**,

UNITED STATES DISTRICT COURT JUDGE
_____
**A P P E A R A N C E S**

FOR THE PLAINTIFF:  **STACEY E. BERGSTROM**, AUSA
UNITED STATES OF    **JUSTIN L. HOOVER**, AUSA
AMERICA             U.S. Attorney's Office
                    99 NE 4th Street
                    Miami, FL 33132
                    (305) 961-9342
                    Stacey.bergstrom@usdoj.gov
                    Justin.hoover@usdoj.gov


FOR THE DEFENDANT:  **LARRY D. MURRELL, JR.**, ESQ
ZACHARY S. SPIEGEL  400 Executive Center Drive #201
                    West Palm Beach, FL 33401
                    (561) 686-2700
                    Ldmpa@bellsouth.net


FOR THE DEFENDANT:  **ANDREW BUREN METCALF**, ESQ
ZACHARY S. SPIEGEL  Green & Metcalf
                    1245 20th StreetVero Beach, FL
                    32960-3557
                    (772) 569-1001
                    La@eaglelaw.com

```
 1    REPORTED BY:              GIZELLA BAAN-PROULX, RPR, FCRR
                                2522 Taft Street
 2                              Hollywood, FL  33020
                                (305) 303-2327
 3                              trialreporters@hush.com

 4

 5    Also present:

 6                 Special Agent Eric Urgo

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          _P R O C E E D I N G S_

2     _(The following proceedings were held in open court.)_

3          **THE COURT:**  We're back in the matter of United

4     States of America versus Spiegel.  Counsel,

5     everybody ready to proceed?

6          **AUSA BERGSTROM:**  Government's ready, Your

7     Honor.

8          **MR. MURRELL:**  Yes, Your Honor.

9          **THE COURT:**  And the government is going to

10    rest as soon as the jury comes in.  Tell you what.

11    Tell the jury we're ready to proceed, but see if

12    anyone needs to use the restroom facility before we

13    get started.

14          Checking to make sure the instructions are as

15    we agreed to.  Hopefully, that's the last version.

16    No more corrections.

17          And just for the record, Mr. Murrell, your

18    client, Mr. Spiegel, is not going to be testifying;

19    is that correct?

20          **MR. MURRELL:**  That's correct, Judge.

21          **THE COURT:**  And you discussed it with him?

22          **MR. MURRELL:**  I've discussed it with him.

23    I've explained to him that it's his option.  I've

24    explained to him that it's his decision to make,

25    not mine.  And I think he's in agreement that we're

 1      going to rest.

 2           THE COURT:  I see Mr. Spiegel is shaking his

 3      head yes.

 4           THE DEFENDANT:  Yes, Your Honor.

 5           THE COURT:  Okay.  Thank you.  Okay.  You

 6      got -- don't forget, your co-counsel is responsible

 7      for keeping time for you all.  We got plenty of

 8      time today, so I still think that's the appropriate

 9      time.  Was it 45 minutes?

10           AUSA BERGSTROM:  I think so, Your Honor, yes.

11           MR. MURRELL:  Give or take.

12           THE COURT:  Close enough for government work.

13      Is that what you're saying?

14           MR. MURRELL:  Yes, sir.

15           (Thereupon, there was a brief pause.)

16           THE COURT:  Are we all squared away in the

17      instructions now?

18           MR. MURRELL:  I'm going through it now, but it

19      looks good so far, Judge.

20           (Thereupon, there was a brief pause.)

21           THE COURT:  They are ready.

22           THE COURT SECURITY OFFICER:  They're using the

23      restroom.

24           MR. HOOVER:  Judge, do they take a copy of the

25      written instructions?

1      **THE COURT:**  Yes.  And a copy of the indictment

2  and copy of -- and all the exhibits and, of course,

3  the verdict form.

4      **AUSA BERGSTROM:**  This may be a question for

5  the courtroom deputy.  Do we know if the jury room

6  has a computer?

7      **THE COURT:**  Correct, it's a question for the

8  courtroom deputy.  Probably not, but I don't know.

9      **AUSA BERGSTROM:**  I think Judge Cannon has one

10  for the jury, but I'm not sure if she's got it --

11      **THE COURT:**  If they don't, you have one that's

12  clean, right?

13      **AUSA BERGSTROM:**  I think they would have one

14  that's clean.

15      **THE COURT:**  If they don't, you've got one?

16      **AUSA BERGSTROM:**  If they don't, I have paper

17  copies of our exhibits that we can send.

18      **THE COURT:**  If you have paper copies, maybe

19  that's even better.

20      **MR. MURRELL:**  Yeah, I've got no objection to

21  sending one of those notebooks back.

22      **THE COURT:**  A little easier to handle, I

23  think.

24      **AUSA BERGSTROM:**  Thank you.

25      (Thereupon, the jury entered the courtroom.)

1    **THE COURT:**  Good morning, everyone.  Please be

2    seated.  I hope you all had a nice, restful evening

3    and ready to go this morning.  I appreciate

4    everybody being on time.  I figured we got here at

5    ten of 9:00 by the time we got you back upstairs

6    and here we are, on time.

7        Counsel?

8        **AUSA BERGSTROM:**  Your Honor, at this point the

9    government rests.

10       **MR. MURRELL:**  Your Honor, the defense rests.

11       **THE COURT:**  All right.  You just heard both

12   sides have rested the case, which means all of the

13   evidence is in the case right now.  So all the

14   evidence that you're going to hear and consider has

15   already been provided to you.  We're now going to

16   go to the next phase, which is closing arguments.

17   Again, this is not evidence.  This is what the

18   lawyers say.  It's not evidence, but it's their

19   opportunity to discuss with you what they think the

20   evidence has been and the significance of that

21   evidence.  So it's a very important part, but it's

22   not evidence in and of itself.

23       You may proceed.

24       **AUSA BERGSTROM:**  Thank you, Your Honor.  May I

25   proceed, Your Honor?

1          THE COURT:  Please.

2

3                   *CLOSING ARGUMENT*

4          AUSA BERGSTROM:  Ladies and gentlemen, good

5     morning.  Welcome back.  I want to spend a few

6     minutes today talking to you about the crime that

7     the defendant is charged with today.  He's charged

8     with committing on January 9th and 18th -- January

9     9th and 18th of 2022.  He's charged with attempted

10    enticement of a minor.  He is not charged with

11    traveling to meet a minor.  He is not charged with

12    lewd and lascivious battery of a minor.  He is

13    charged with an attempt to entice a person whom he

14    believed to be a 14-year-old girl.  He's not

15    charged with receiving child pornography.  He's

16    charged with asking a girl, attempting to convince

17    a girl to come meet him for sex.  That's the crime.

18          In a few moments I anticipate that the judge

19    is going to instruct you on, among other things,

20    the elements of the offense of attempted enticement

21    of a minor.  I anticipate that the judge will

22    instruct you that the following are the elements of

23    the offense that you must find.  First, that the

24    defendant knowingly intended to persuade, induce,

25    or entice an individual to engage in sexual

1    activity.  Second, that the defendant used a

2    cellular telephone or the internet to do so.  And

3    third, at the time of the enticement, the defendant

4    believed that such individual was less than 18

5    years old.  If the sexual activity had occurred,

6    one or more of the individuals engaging in the

7    sexual activity could have been charged with a

8    criminal offense under the laws of Florida.  And

9    fifth, that the defendant took a substantial step

10   toward committing the offense.

11        As you heard yesterday, there is no dispute

12   that the defendant used a cell phone and the

13   internet to commit these acts.  And there's no

14   dispute that it was the defendant who was doing

15   these communications.  There's no dispute that at

16   the time these chats were happening, the defendant

17   believed that Shayla was a 14-year-old girl.

18   You've seen and heard that Allan, while posing as

19   Shayla, told the defendant that she was 14.  You

20   saw the photo of Allan that Shayla -- that the

21   photo of Shayla that Allan sent to the defendant

22   that's contained on page 4 of Government's Exhibit

23   14, which you have in front of you.  That is

24   clearly a 14-year-old girl.

25        There's also no dispute that the defendant --

1    that if the defendant had succeeded in meeting with

2    Shayla, as he intended for the sex acts he

3    proposed, his conduct would have violated Florida's

4    lewd and lascivious battery statute, which you will

5    also have included in your instructions.

6         So what does that leave us with?  Intent and a

7    substantial step.  So let's talk about intent.

8    What is the intent that matters for this offense?

9    The conduct that this statute seeks to prohibit is

10   the persuasion, inducement, or enticement of a

11   minor.  Not the sex act itself.  Those are

12   different statutes.  Nowhere in the instructions

13   that the judge is about to give you does it say

14   that the government is required to prove that the

15   defendant had the intent to engage in sexual

16   activity, because that's not the crime.  There are

17   other statutes that deal with that scenario.

18        In this case, the only intent that matters is

19   whether the defendant intended to convince Shayla

20   to agree to meet with him for sexual activity.  The

21   crime is in the ask.  It's right there in the name

22   of the statute.  Enticement of a minor.  So did the

23   defendant intend to entice Shayla to engage in sex

24   acts with him on January 9th, 2022?  Of course he

25   did.  How do we know?  Let's start at the beginning

1          of the conversation.

2               The defendant responded to Shayla's post

3          asking if anyone in the area wants to hang out.

4          Doesn't say, Let's chat.  Doesn't say, Anybody want

5          to talk.  It says, Does anybody want to hang out?

6          He's clearly trying to meet somebody.  Once he

7          connects with Shayla, the defendant wastes no time

8          trying to set up a meeting.  He says, What brings

9          you to Whisper?  Trying to meet new people.  He

10         introduces himself.  Sends her a picture.  He says,

11         What do you like to do for fun?  Shayla says, I

12         like to smoke.  The defendant immediately turns it

13         sexual.  Do you like to smoke and fuck?  We know

14         what's on the defendant's mind right now.  Shayla

15         didn't bring that up.

16              And he says, Maybe we can get together

17         sometime.  The defendant wants to meet this person

18         for sex.  Now, does his intent change at all when

19         Shayla tells him that she's 14?  No, it doesn't.

20         What's the oldest you've fucked?  Have you done

21         this before?  Are you actually going to go through

22         with this?  He wants to know how and where she's

23         done this before.  What are the logistics?  How can

24         we make this happen?  And he asks her for a photo.

25         Is she worth it?  Is she worth the risk?  Is he

1   attracted to this person?  He says, You're very

2   pretty.  He's flirting with her now.

3       And he asks how are evening's going.  He keeps

4   the conversation going.  He knows she's 14.  He

5   knows she wants to meet.  She's open to meeting.

6   He says, How's your evening going?  She says, I'm

7   at the movies.  And he says, You should have

8   invited me.  We could have met in the back row.

9   You don't even have to speculate what that means,

10  because the defendant tells Shayla explicitly what

11  he wants to do.  It would have been fun to finger

12  you during the movie.  And then he gets even more

13  explicit.  And Shayla tells him to stop teasing her

14  unless he's really going to do this.  And his

15  response isn't, I just like to talk.  I'm not

16  really trying to meet.  Let's just keep playing

17  this dirty talk game.

18      He says, What if I don't stop?  What if I

19  actually will do it?  Right there he's saying, if I

20  will actually come meet you, will you have sex with

21  me?  That's enticement.  On the next page he tells

22  her, I'll definitely be your daddy.  There's no

23  hesitation.  He's ready to go.  He then sends her a

24  photo of his erect penis.  He tells her that it's

25  begging to be stroked and sucked and for her to

1    have sex with it.  He tells her that he'll be there

2    in 30 minutes.  He gives her a concrete ETA.  He

3    says, I'm on my way.  Right there, the defendant

4    has enticed Shayla, whom he believes to be a

5    14-year-old girl, to engage in sexual activity with

6    him.

7          Remember I told you yesterday when I came up

8    here the first time that the only reason this case

9    is charged as an attempt is because no matter what

10   the defendant did, he couldn't actually entice a

11   real 14-year-old girl.  That 14-year-old girl was

12   at this point 16-year-old Allan and later

13   57-year-old Brian Ray.  That's the only reason this

14   is charged as an attempt.

15         So forget a substantial step.  By the time the

16   defendant sent Shayla his ETA on January 9th, he

17   had already taken all the steps in his power to

18   complete the offense.  He started the conversation

19   with sexual undertones.  He asked Shayla about her

20   sexual experience with older men.  He all but

21   invited himself to the theater to meet her.  He

22   describes the sex acts he wanted to perform with

23   her.  He gave her the nickname Baby Girl.  He told

24   her she was pretty.  He assured her that he was

25   serious about the meeting and sent a photo of

1   himself to prove that he was real.  Why did he do

2   this?  Because he wanted Shayla to agree to meet

3   with him.  That's attempted enticement of a minor.

4        So let talk about Count 2, the conversation

5   that took place on January 18th, 2022.  At this

6   point Shayla's being controlled by Special Agent

7   Ray within the confines of the personality and the

8   physical appearance that had already been

9   established by Allan as Shayla.  You heard that

10  about a week went by during which the defendant

11  didn't message Shayla.  Did the defendant's intent

12  change during this week?  Let's look at the chats.

13  So much for never ghosting me.  Sent at 2:09 p.m.

14  on January 18th, 2022 by Special Agent Ray.  The

15  defendant responds two minutes later.  And within

16  five minutes, the defendant suggests meeting up

17  again.  At 2:14 p.m. on January 18th, 2022, Do you

18  still want to see me?  Special Agent Ray had not

19  said, Hey, are we still good to meet?  Do we still

20  want to meet?  No.  The defendant brought that back

21  up.

22        When Shayla asks the defendant what he wants

23  from her, the defendant tells her, Take care of my

24  needs, Baby Girl.  Show Daddy how good you can suck

25  dick.  We know what the defendant wants to do with

1    Shayla.  He's telling her what he wants to do.

2    When Shayla expresses a fear that the defendant is

3    pretending to someone he's not, that she's been

4    catfished, that he's not legit, he sends her

5    another selfie to prove that he's real.  He offers

6    to show her anything she wants to see to convince

7    her that he's real, because he is trying to

8    convince her to meet him for sex.

9         Less than one hour after Special Agent Ray

10   reached out to the defendant, he sends Shayla

11   another photo of his erect penis and asks her if

12   she wants it and what she wants to do with it and

13   whether she wants to perform oral sex on him or

14   whether she want to have vaginal sex with him.

15   When Shayla expresses concerns about getting

16   pregnant, he promised her, That's okay, that can

17   just have oral sex.  And when he asks her if he

18   should come pick her up the following day.  When

19   Shayla says he can't come to the house, the

20   defendant asks, Where would we meet?  How can we

21   make this happen?  How can I make you comfortable

22   to meet me?  And they settle on a park.

23        Then they discuss Shayla's masturbation

24   habits.  And the defendant asks her, Do you want to

25   know how Daddy's dick feels inside you?  And again

1    promises her that they will just have oral sex at

2    first which she expresses reservations about

3    full-blown vaginal sex.  He's trying to make her

4    comfortable.  He's trying to respect her boundaries

5    so that she will meet him.  Right there on page 87

6    of Government's Exhibit's 14, he tells you exactly

7    what he intends to happen at this meeting.  Maybe

8    we can meet at the park tomorrow around noon and

9    just chat.  Make sure we click.  See where things

10   go.  If we end up in my car fooling around, then

11   okay.  He's trying to ease her into it.  He says,

12   We'll just meet, we'll just talk, it's okay.  We'll

13   get comfortable and then we'll do all those things

14   that we just talked about and then we'll be fine.

15         And he keeps going.  He asks her what she

16   wants him to do to her in response.  Do you want me

17   to stimulate you manually or do you want me to

18   perform oral sex on you?  What can I do for you in

19   return?  He doesn't ask -- oh, h tells her exactly

20   what to wear to make these sex acts easier for them

21   to perform in his car.  And he doesn't ask for a

22   photo of her in a short skirt with no underwear

23   because he already knows that Shayla is shy about

24   sending photos and having had her nudes leaked

25   before.  Again, he's respecting her boundaries.

1    He's trying not to be too pushy.  He tells her it

2    would be so much better to see all that in person.

3         Again, the defendant at this point has done

4    everything in his control to get Shayla to agree to

5    this meeting.  The only thing outside his control

6    and the only reason that this count, like count 1,

7    is charged as an attempt is because the defendant

8    was not communicating with a real 14-year-old girl,

9    as he believed.  There is no reasonable doubt,

10   based on the evidence that you've heard and seen in

11   this case, that the defendant is guilty of Count 1

12   and Count 2 of the indictment.  Thank you.

13        Thank you, Your Honor.

14        **THE COURT:**  Mr. Metcalf, you may proceed.

15        **MR. METCALF:**  Thank you, Your Honor.

16

17            ***CLOSING ARGUMENT***

18        **MR. METCALF:**  Good morning.  I haven't had

19   much time to talk you in this trial, but I hope,

20   first of all, you did what the judge instructed and

21   got home and forgot about this for the night and

22   got some sleep.  But I want to start by thanking

23   you.  I know that if I was able to pull down your

24   masks as your number was called, some of you would

25   not have been happy.  You wouldn't have been happy

1    to have been chosen.  But we like to thank you for

2    being here.  Covid did a number on the judicial

3    system.  It stopped what we're doing right now.  It

4    stopped justice from happening.  It stopped

5    defendants from defending themselves, prosecutors

6    from prosecuting cases and trials.  And I know it's

7    tough to live through that and then come here and

8    do this now, but we have to do it.  This is

9    important.

10          This is an important day for Zachary Spiegel.

11   A very important day.  The government has charged

12   him with something terrible.  But he's here

13   defending himself because we don't agree with those

14   charges.  Mr. Murrell started out by telling you,

15   this is a unique trial.  This is a unique case

16   because most of the facts are completely agreed

17   upon.  In fact, you had it re-enacted and read to

18   you.  It was stipulated to.  What we don't agree on

19   is the interpretation of those facts and that a

20   crime was actually committed, because if we did, we

21   wouldn't be here.  That's the dispute.  That's why

22   we need you.  That's why I thank you for being

23   here.

24          Mr. Murrell gave you the theme to this case,

25   that actions speak louder than words.  And the

1    bottom line in this case is that there was no

2    action.  This was pure fantasy chat.  That's all it

3    was.  That's all it was meant to be.  The

4    government did a good job of proving that Zachary

5    Spiegel conducting vile, offensive, distasteful

6    chats.  They proved that.  But they didn't prove

7    number 5 in your elements; that a substantial step

8    was taken to further the crime.  And ladies and

9    gentlemen, I'm going to talk about it a lot.  But

10   that is why the government kept trying to set a

11   meeting.  Without the meeting, there is no intent.

12       And you will remember the most important

13   moment of this trial, and that is when Agent Ray

14   sat on that stand and admitted that the purpose of

15   the meeting is to prove intent.  It was a reluctant

16   admission.  It was a reluctant admission.  But that

17   is when reasonable doubt came roaring into this

18   case.  That is when we knew that there was doubt,

19   that the government couldn't prove case.  Because

20   without that meeting, there is no intent.

21       This a equivalent, ladies and gentlemen, to

22   those 900 numbers.  You know, back in the old days

23   before the internet, men, women, whoever it was,

24   they did this by looking at magazines.  There was

25   no connectivity.  You bought a magazine.  And in

1    the back of those magazines were advertisements for

2    900 numbers.  And men would call them and they'd be

3    charged.  And they would have these sexually

4    fantasy chats.  And it still goes on today.  That's

5    what this was.  The offer of a meeting by Zachary

6    Spiegel was to keep the chat going because he was

7    being accused of catfishing.  He was being accused

8    that this wasn't real.  So the specific offer to

9    meet kept it going.

10          And let me tell you something.  This all

11   started because a young man who told you on the

12   stand that he had nothing better to do had been

13   watching To Catch a Predator videos.  And those

14   videos all have one thing in common.  And I hope

15   that maybe most of you have seen them on

16   television, these shows.  There is a meeting.

17   There is an arrest at the meeting.  Even young

18   Allan Strachan knew, I need to get him to meet,

19   because then it leaves the world of fantasy and it

20   becomes reality.  If you don't have the meeting,

21   it's not reality.  It's fantasy.  Allan Strachan,

22   that young man who just watched these videos, knew

23   that.  And you know what?  So did Agent Urgo and so

24   did Agent Ray.

25          Why do we know that?  Because the first thing

1    Agent Urgo did was he ran to go get evidence that

2    there was a traffic stop.  So let's talk about

3    January 9th.  Allan Strachan is sending --

4    communicating on Whisper and it goes into text

5    messaging.  And he's trying to fulfill his fantasy.

6    His fantasy, I'm going to catch a predator.  I'm

7    going to get him to come meet me at the theater.

8    And he's actually there.  He shows law enforcement

9    his communications.  Law enforcement looks at it.

10   And what do they do?  They don't even take down

11   this young man's name.  They don't even take down

12   any of his information, and they let him walk away.

13   He goes into the Wingstop because there wasn't

14   reality yet.  There was no meeting.  There was

15   nothing.  It was just fantasy chat.

16        But what does young Allan do?  He comes

17   outside and goes, Wait, he's been pulled over.  He

18   was coming.  Now the investigation begins because,

19   wait, we might have evidence that someone's

20   actually doing something.  They rush and they go to

21   the Florida Highway Patrol, the St. Lucie County

22   Sheriff, the Port St. Lucie Police, the Fort Pierce

23   Police Department and pull records and cad sheets

24   and try to find out, did this guy actually do this.

25   Now they take Allan's name down.  Now they take his

1    phone.  Now they contact Homeland Security.

2         But guess what?  It was still just fantasy.

3    Zachary Spiegel never went anywhere.  It was a ruse

4    to keep the chat going.  And he never intended to

5    go anywhere.  He never intended to induce, coerce

6    any sexual act.  He intended to chat for sexual

7    gratification, like men do on 900 numbers.  Why is

8    this all important?  And the government is going to

9    downplay the fact that they went after those

10   records.  They're going to downplay that it was not

11   that important.  That it was just additional proof.

12        Well, the moment Agent Urgo went after those

13   records and discovered that there weren't any,

14   reasonable doubt entered this case because there

15   was no travel.  And I submit to you, the government

16   has charged January 9th as a crime.  If they

17   believed, if they didn't have doubt and hesitation

18   in their own case, they would have arrested Zachary

19   Spiegel on January 9th.  They did not.  They needed

20   a meeting.  They know they need that meeting,

21   because you don't catch a predator unless there is

22   a predator.  You don't do it.  If it wasn't

23   important, they wouldn't have kept it going.

24   Because now they're telling you just that talk

25   alone, even though he never left his house, that's

1     a crime.

2          Well, why not arrest him that night?  If he's

3     a true predator, you're going let him wander around

4     for nine more days if he's a true predator?  Not

5     being surveilled.  Make the arrest if there's a

6     crime.  They didn't because they knew they didn't

7     have evidence of a real crime yet.  And that is why

8     Agent Ray got brought into the case in the first

9     place.  That is why they went to him, because he's

10    the closer.  He's a trained closer.  He's going to

11    get what he needs, and that is that meeting.  And

12    he was seductive.  And he was trained.  And Zachary

13    Spiegel enjoyed that chat.

14          And let's talk about that.  I'm not asking you

15    to think good things about Zac Spiegel today.  You

16    may even think the guy needs to get some therapy.

17    But ladies and gentlemen, he didn't commit a

18    criminal act.  He didn't.  They wanted to prove

19    that, but they can't.  And that is why this went on

20    for nine days and there wasn't an arrest the night

21    of January 9th.

22          You know, we're running out of generations

23    that lived without the internet.  The internet has

24    done wondrous things.  It's made us efficient.

25    That's where -- we all depend upon it.  Most of

1    you, I see, are at least in my age bracket.  I'm a

2    little older.  You've lived without the internet.

3    You remember what it was like.  But it has

4    desensitized us.  It has made us able to talk about

5    things in an anonymous forum without any

6    consequence.  And some people take it a little far.

7    But I would tell you, we all have impure thoughts.

8    We all do.  And none of us would want it talked

9    about in a big forum.  But the ability to be

10    anonymous and the ability to be loud and the

11    ability to talk about depraved things, well, that's

12    what the internet has done.  It's allowed it.  And

13    I'm not saying it's right.  But it's desensitized

14    some people.  And Zachary Spiegel took part in some

15    of that.

16         But he didn't go out to meet and have sex with

17    a minor because if that was his intent, he would

18    have done it.  No predator would resist a young

19    girl saying, I'm scared, I'm alone, come get me.

20    Instead, he lied about it.  I'm not going to that.

21    Because guess what?  He had his sexual

22    gratification for that night and it terminated.

23    The next day it starts back up.  He has his sexual

24    gratification.  It terminates without a meeting.

25    She suggests, I'll come to your house.  I can come

1      pick you up.  That never happened.  Always an

2      excuse why Zac wouldn't show up.

3           And then there's silence for seven days

4      because Shayla, which is now Agent Urgo, said, I

5      knew you were BS.  I knew you were bullshit.  Bye.

6      Seven days goes by.  Nothing.  The government,

7      because they knew we need that meeting, we need

8      that meeting, reaches back out.  They reach back

9      out.  They've got to get that meeting.  And it

10     fails for the fourth time.  And I submit to you,

11     that's when they make the arrest because they're

12     not going to watch this unravel anymore than it

13     already has.  We can't get the meeting, we got to

14     go with what we have.  And what they have is vial

15     texts and images, and Zac sending pictures of an

16     erect penis.  And that's going to get you mad.  I

17     guarantee it will.

18          But ladies and gentlemen, I want you to focus

19     -- and you're going to get them -- these

20     instructions.  This is the key to the case.  This

21     is where the power goes to you.  Not the Court.

22     Not the lawyers.  To you.  It's your decision to

23     make.  And I need you, I'm asking you, I'm begging

24     you, to read these instructions.  Because number 5

25     says that the government must prove beyond a

1    reasonable doubt without hesitation that Zachary

2    took a substantial step towards committing the

3    offense.  And the offense they're reference is the

4    sexual activity, that had it occurred, it would

5    have been a crime, a lewd battery.  He had to take

6    a substantial step towards committing that offense.

7    That is getting in a car, driving.  I mean, the

8    government even told you they asked him to bring

9    wine cooler because, boy, if he shows up with wine

10   coolers and in a car, well, we know his intent.

11   And Agent Ray said, That's why we do it, to prove

12   intent.  The moment he told you that, what he

13   really said is, we haven't proven intent.  It

14   didn't happen.

15        You're being asked to render a verdict on vile

16   texts, on graphic images.  You were read these

17   texts out loud.  I've seen that.  It happened.  You

18   know, it was reenacted for you.  You got to see it

19   all.  No one has hidden a thing from you.  We

20   invited you to look at it.  We stipulated to you,

21   because we know you will make a just decision in

22   this case and hold the government to its burden of

23   proof.

24        Let's talk about that.  Ladies and gentlemen,

25   in any case -- any criminal case, you're going to

1    be given instructions about -- general

2    instructions, we call them.  The first is the

3    presumption of innocence.  These aren't just fancy

4    words that cloak people.  This is what makes us the

5    United States.  This is what makes us the United

6    States, is that when you walk into a courtroom

7    accused by -- of something by your government, you

8    are presumed to be innocent until they meet every

9    single element beyond a reasonable doubt.

10         And in this case, actions speak louder than

11    words.  There were no actions.  Zachary Spiegel

12    sits there presumed innocent.  You must believe

13    that.  That is what we stand for.  That's what we

14    have fought for for hundreds of years.  That's what

15    we're about.  And that reasonable doubt, that

16    burden that they must overcome, that's the highest

17    burden in all the judicial systems.  That is the

18    ultimate burden.  And you will be told that proof

19    beyond a reasonable doubt must be so convincing

20    that you would be willing to rely and act on it

21    without hesitation in the most important of your

22    own affairs.  That you would not -- you would act

23    without hesitation without any doubt.  You must

24    feel that to render a guilty verdict in this case.

25    You must believe that a substantial step was taken,

1       that he had intent.

2            And I just don't know how you do that when

3       Agent Ray admitted that the proof of intent is the

4       meeting and it never occurred.  Had it occurred,

5       they would have charged him with others charges.

6       The government just admitted to you.  We would have

7       charged him with travelling to meet a minor.  That

8       doesn't mean it's not important.  They admitted

9       it's important.  And their admission is on the

10      stand in the form of Agent Ray admitting it and

11      their actions going after it four times.  But every

12      time Zachary Spiegel found a reason not to do it.

13      Because in his world, he didn't care who he was

14      talking to.  He just knew someone was on the other

15      end, another end user, another anonymous person

16      that would engage in this talk with him.  And when

17      he sexually gratified himself, the conversation

18      ended and he didn't meet anybody.  And the

19      government wants you to convict him for that,

20      despite knowing that they must prove that a

21      substantial step was taken.

22            You may not like Zac, but another instruction

23      you're going to get is about prejudice.  You must

24      not be influenced by either sympathy or prejudice

25      against the defendant or the government.  Again,

1     you may not like it.  You may hate what Zac was

2     doing.  You may hate it, but you can't use that.

3     That's not enough.  You must find that he took a

4     substantial step and had intent to induce, entice,

5     and lure this supposed 14-year-old.

6            Finally, in the instructions you'll be told

7     that you must not consider the fact that Zachary

8     Spiegel did not take the stand.  You must not use

9     that against him.  I've been doing this a long

10    time.  That's very common.  When the government

11    puts on a case and they march forward and the case

12    unravels, or there's doubt that they didn't see

13    coming, you will never see a defendant testify

14    because they have no burden of proof.  We don't

15    have to prove anything.  The proof and the doubt

16    that exists in this case was created by the

17    government's own witnesses and by the fact that

18    Zachary never met anybody.  That's the doubt that

19    was created.  He didn't have to prove, and he has

20    no reason to sit up there and allow trained

21    attorneys to cross-examine him about anything.  He

22    has nothing to tell you.  You've heard his words.

23    You've heard what he was doing.  You've seen it.

24    And you've seen that actions speak louder than

25    words.  And there were no actions.

1          Please, please look at those elements, those

2     five elements, and ask yourselves, why did the

3     United States government add element number 5?  If

4     that -- he must have taken a substantial step

5     towards committing the offense.  Why add that if

6     not to protect people from stupid speech, from

7     fantasy, from this makes it real.  When you take a

8     substantial step, we now know what's in that

9     person's mind.  We now know what's in his mind.

10    That's why they wrote it in there.  He didn't take

11    the substantial step.  He had no, in Agent Ray's

12    word, intent.  They can't prove that.  And that's

13    why your government wrote the statute the way it

14    did, your lawmakers.

15         Zachary Spiegel was interested in one thing,

16    and that was talking about sex.  And he didn't care

17    who was listening.  And he's going to rectify that.

18    I hope.  But that's not a crime.  It's not a crime.

19    We may not like it, but it's not a crime.  These

20    were not meetings that he -- also, I anticipate the

21    government may try to argue, well -- well, he was

22    going to try to make the meetings, he just always

23    had something pop up.  No.  We know they were just

24    bold-faced lies why he didn't pop up.  The last

25    meeting, this one on January 18th, where the

1    government reinitiated contact because, as Agent

2    Ray admitted, he was told, You need to do this, we

3    got to get this meeting.

4         Zachary told a good whopper.  I'm going to be

5    down in Hollywood.  I'm down there.  I'm in bed

6    laid up.  None of that was true.  He pulled up.

7    They saw him pull up.  He was in his Jeep.  He had

8    been in his car.  He had never been to Hollywood.

9    That's just sheerly impossible.  But he had to come

10   up with an excuse so maybe the chat, his partner,

11   would chat it with him again.  Again, the meeting

12   was essential.  Has to be shown.

13        Ladies and gentlemen, the government is very

14   powerful.  And the strength of their case is this

15   technology and showing you those texts and invoking

16   your passion, getting you upset.  That's the

17   strength of their case today.  It's not that a

18   substantial step was taken.  That certainly isn't

19   the strength of their case.  These graphics are

20   hard to look at and we warned of that to begin

21   with.  But that's all they were.  Sexual fantasies

22   to gratify Zachary Spiegel.  There was no crime

23   here.  Ladies and gentlemen, I want you to please

24   again consider this case carefully.  I want you to

25   read every element.  It's a very important day for

1    Mr. Spiegel.  But I want you to hold the government

2    to the burden that they agreed.  They agreed to it

3    when they walked in this door and when they in

4    indicted Mr. Spiegel, when they brought these

5    charges.  They agreed to that burden.  To prove

6    each and every element without hesitation beyond a

7    reasonable doubt.  And if you're hesitant, that is

8    doubt and you can't convict this man with doubt.

9         I'm asking you to render a verdict of not

10   guilty in this case because the government has

11   created their own doubt through their actions,

12   through their admissions, and through their own

13   testimony on the stand, and the fact that what they

14   were after, they never got.  They never got that

15   meeting.  They never proved intent.  They never

16   proved a substantial step.  Thank you.

17        THE COURT:  Thank you.

18        MR. HOOVER:  May I proceed, Your Honor?

19        THE COURT:  Please.

20

21        *CLOSING ARGUMENT* (REBUTTAL)

22        MR. HOOVER:  I am aware that I'm primarily

23   what remains between you and the case being in your

24   hands and in your eventual freedom, so I'm going to

25   try to be brief.  As defense counsel said, most of

1    what we have gone over over the course of this

2    trial has been agreed.  And I especially agree with

3    the first thing that defense counsel started off

4    with, which is thank you.  He's exactly right.

5    Without you, without this process, without this

6    system, the wheels of justice cease to turn.  And I

7    know that it was a burden on you to take a couple

8    days out of your personal lives, your work lives,

9    coming here and sit with masks on to be a part of

10   this.  But as defense counsel said, it's an

11   important day.  It's an important today day for

12   everyone involved.  And I truly thank you on behalf

13   of everyone here.

14        The first thing that I want to remind everyone

15   is what the judge told us previously, which is,

16   what I say is not evidence.  What I say is not the

17   law in this case.  Please remember that.  When you

18   go back into the deliberation room, what I say,

19   what the lawyers say, is not fact.  It is not

20   written in red.  What we rely on in this courtroom

21   is what comes from that witness stand and what you

22   see in the form of exhibits.  So when the lawyers

23   are summarizing or paraphrasing the evidence,

24   please remember, go back to what was said, your

25   recollection of what the witnesses testified to and

1       what the words on the page say.

2           Defense counsel is also correct in that this

3       is somewhat unique in that almost the entirety of

4       the offense is on paper for us to look at.  We can

5       go right back to the communications as they

6       originally occurred.  And we're going to do that in

7       a second, but I want to touch on a couple things.

8       Defense counsel said that, you know, you look at

9       actions and not the words.  Excuse me.  Something

10      along the lines that this was all words but not

11      action.  And I don't remember the exact phrasing he

12      said.

13          First, I want to point out words can

14      absolutely be illegal.  You can't threaten to kill

15      somebody.  You can't go into a crowded movie

16      theater and shout fire and cause a stampede.  Words

17      can absolutely be criminal and endanger people.

18      And we had a lot of words in this case, but we also

19      had actions.  Sending lewd photographs to a person

20      that the defendant believed to be 14, that is an

21      action.  Taking those photographs is an action.

22      And words themselves can be actions.  Called to

23      actions.  Causing another person to take an action.

24      So we have a lot more here than, quote/unquote,

25      just words, but it's important to remember that

1    words can absolutely be criminal.

2         The first thing I want to talk about is some

3    of the things that defense counsel said, that the

4    travel is the intent of the crime.  In fact, he

5    said that Special Agent Ray admitted the proof of

6    intent is the travel.  First and foremost, Special

7    Agent Ray never said that.  Is that proof of

8    intent?  Sure.  Absolutely.  And you remember the

9    moment that Special Agent Urgo was on the stand and

10   asked about, well, the travel, the meeting is the

11   proof of the intent.  And Special Agent Urgo

12   correctly said, it's additional proof, sure.

13   Absolutely.  Had the defendant actually gotten in

14   his car and driven to a meeting, would that be a

15   crime?  Absolutely.  A serious crime?  You bet.  A

16   different crime.  Not this crime.  It would be a

17   different crime, but that's not the one he's

18   charged with.  The one he's charged with is

19   attempting to entice a minor, not traveling to meet

20   a minor, not attempting to sexually batter a minor.

21   Not those crimes.  The crimes that he's here for

22   today is attempting to entice a minor.

23        And I submit that much of what the defense

24   counsel just argued about was a defense for a crime

25   that the defendant is not charged with.  So we have

1        to stay latched to the crime that the defendant is

2        charged with and the elements that the government

3        has to prove to establish that crime.

4            Fantasy versus reality.  Defense counsel said

5        several times this was fantasy, it wasn't real.

6        Except for everything that the defendant said and

7        sent was real.  It was his name.  It was his

8        picture.  He talked about his kids, all of that was

9        real.  That was him.  And I'm not going to go

10       through the 110 pages of texts again.  I'm going to

11       point a couple things out.  He repeatedly attempted

12       to assure the person on the other end of that phone

13       that he's real, he's legit, that he's here for her.

14       I do want to -- if I can get the ELMO please.

15           I want to point out one thing.  It is on -- if

16       you have your binders, it's on page -- we're going

17       to start at page 103.  This has been discussed

18       multiple times, so I want to talk about it briefly.

19       This is the physical therapy meeting.  This is one

20       example about why it is important to rely on the

21       evidence and not on what the lawyers say.  Defense

22       counsel argued, and I believe during

23       cross-examination yesterday, they pointed it out or

24       at least made the assertion that it would have been

25       impossible for the defendant to have actually gone

1    to this physical therapy meeting.  It was a lie.

2    It was made up.  It's fantasy.  Because the date of

3    the search warrant, law enforcement saw him pull

4    in.  And the timing, he couldn't have made it to

5    Holly wood and back in that time.  There's one

6    problem with that.  On January 19th, the defendant

7    says, I forgot I have physical therapy today.  Oh,

8    my God.  When?  The defendant says, it's at 1:00

9    p.m. in Hollywood.  That is on January 19th.  That

10   message is at 9:51 a.m.  It's at 1 p.m. in

11   Hollywood.

12       The search warrant is the next day, not that

13   day.  The next day.  Is it possible that the

14   defendant drove to Hollywood for a 1:00 p.m.

15   appointment the day before the search warrant, when

16   law enforcement saw him pull back in the parking

17   lot?  Absolutely.  Of course.  Does it matter?  No.

18   The crime has already occurred.

19       Defense counsel also asked, why didn't they

20   arrest him on January 9th when Allan approached law

21   enforcement and said, Hey, he's traveling over

22   here, he just got stopped by the police.  Why

23   didn't they go arrest him right then?  Well, the

24   reason is they didn't identify him for a few more

25   days.  It took a while for them to figure out who

1     it was.  And then, yes, there was a week that went

2     by.  And defense counsel asks, why didn't law

3     enforcement go and arrest him right then, as soon

4     as they found out who he was?  You heard Special

5     Agent Ray tell you several reasons.

6          One, first they're doing a thorough

7     investigation.  That's to be credited.  Second, you

8     heard him say that executing a search warrant and

9     an arrest in somebody's home is just about the most

10    dangerous thing that they do, especially at a place

11    where there are children.  And they knew that at

12    the time.  And he told you.  That's about the most

13    dangerous thing we could do.  Why would law

14    enforcement want to get him out of that environment

15    and meet him in a controlled public place?  There

16    are many reasons.  But again, folks, for our

17    purposes, it doesn't matter.  The crime had already

18    occurred.  The defendant is not charged with

19    travelling to meet a minor.  It already -- he

20    already committed the offense before this happened.

21         Why didn't the defendant show up to the

22    meeting?  Who knows?  Now, remember, there was

23    really only one meeting that was actually set in

24    stone and the defendant said he was on his way and

25    didn't cancel ahead of time, and that was the first

1      day.  Why didn't he go?  Who knows?  Maybe he had

2      something come up with his kids.  Maybe his wife

3      was around.  Who knows?  But the bottom line is, it

4      doesn't matter.  The crime had already occurred.

5      Now, how do we know that the crime had already

6      occurred?

7           Again, I'm going to remind you that what I say

8      is not evidence.  What defense counsel says is not

9      evidence.  What we say also is not the law.  The

10     law comes from Judge Huck.  And shortly, Judge Huck

11     is going to instruct you on what the law is.  I

12     don't get to change that.  The law is what it is.

13     It was decided by people who are not me, who are

14     not prosecutors.  This is what we are required to

15     follow.  So let's look at the law.  I'm not

16     paraphrasing it.  I'm not summarizing it.  This is

17     exactly what you're going to get shortly.

18          What you see here are these five elements.

19     The government is required to prove beyond a

20     reasonable doubt each one of those elements in

21     order for you to find the defendant guilty.  So

22     what do we have to establish?  These five things

23     are the things that we have to prove and nothing

24     more.  The law is if a person does these five

25     things, they are guilty.  I'm going to read it to

1    you.  The defendant can be found guilty of this

2    crime only if all of the following facts are proved

3    beyond a reasonable doubt.  Fortunately, we can

4    take care of three of those.  The part you've heard

5    from both sides.  Everyone agrees the defendant

6    used a cell phone or the internet in the course of

7    this crime.

8         The third element, at the time the defendant

9    believed that such individual was less than 18,

10   we're all in agreement on that.  Fourth, if the

11   sexual activity had occurred, one or more of the

12   individuals engaging in sexual activity could have

13   been charged with a criminal offense under the law

14   of Florida.  Everybody agrees.  If the actual

15   sexual activity had taken place, the one he was

16   enticing her to commit, that sexual activity, which

17   is a person over 18 having sexual intercourse or

18   oral sex or digital penetration, any of those acts

19   that he was trying to get her to commit, if those

20   had actually taken place, that would be an offense

21   because she's 14.

22        So the parts where we disagree are the first

23   and fifth element.  The first is that the defendant

24   knowingly intended to persuade, induce, or entice

25   an individual to engage in sexual activity.  The

1    defendant knowingly intended to persuade, induce,

2    or entice an individual to engage in sexual

3    activity.  What does that not say?  It does not say

4    that the defendant knowingly intended another

5    person to have sex with him or that he intended to

6    have sex with that person or that he intended to

7    travel to meet that person.  The element is that he

8    intended to persuade or induce or entice a

9    14-year-old to engage in sexual activity.  The

10   persuasion is the crime.  The enticement is the

11   crime.  Not the traveling.  That's the part that is

12   the crime.

13       Had the defendant got in the car and traveled

14   to the meeting, the crime had already been

15   committed.  He would just be committing an

16   additional crime.  You can read the chats.  He

17   asked her several times about meeting up.  They

18   discussed where to do it.  He said in pretty direct

19   and vile terms exactly what he wanted her to do.

20   He was enticing this person.

21       Fifth, the defendant took a substantial step

22   towards committing the offense.  Now, we also have

23   a little bit of help here because we have further

24   instruction from the Court about what that means.

25   And I'm going to read it here.  I'm going to start

1    right here.  Also, it is not necessary for the

2    government to prove that the individual was

3    actually persuaded, induced, or enticed to engage

4    in sexual activity.  But it is necessary for the

5    government to prove that the defendant intended to

6    cause agreement on the part of the individual to

7    engage in some form of unlawful sexual activity and

8    knowingly took some action that was a substantial

9    step toward causing agreement on the part of the

10   individual to engage in some form of unlawful

11   sexual activity.

12        A substantial step is an important action

13   leading up to committing an offense, not just an

14   inconsequential act, it must be more than simply

15   preparing.  It must be an act that would normally

16   result in the persuasion, inducement, or

17   enticement.  Knowingly took some action that was a

18   substantial step towards causing agreement on the

19   part of the individual to engage in some form of

20   unlawful sexual activity.  Defense counsel stated

21   that we have to show a substantial step towards

22   sexual activity.  No.  Again, I can't be clearer.

23   We are not charging him with attempting to sexually

24   batter a 14-year-old.  He's charged with attempting

25   to entice the 14-year-old.  The substantial step

1   has to be towards getting that person, that

2   14-year-old to agree to meet.  That's the

3   substantial step.

4        What did he do?  What are the substantial

5   steps that he took towards getting that 14-year-old

6   to agreeing to meet him?  Sending the lewd

7   photographs.  Asking where they can meet up.  You

8   can read through.  I'm not going to do it again.

9   110 messages.  He's trying to make her feel

10  comfortable with him.  He repeatedly asks about,

11  maybe I should pick you up from school.  Can we do

12  this?  Can we do that?  The substantial steps are

13  all in there.  He doesn't have to actually travel

14  to be there.  Again, had he done that, yeah, it

15  would have been crime.  A different crime.  Not

16  this one.

17       These are the elements that he the government

18  has to prove.  And it makes sense, right?  Doesn't

19  it make sense?  Isn't the law common sense in this

20  case?  We don't want these conversations to occur

21  between grown folks and 14-year-olds.  We don't

22  want these conversations to occur.  It's incredibly

23  important when considering the facts of this case

24  to remember the evidence that actually came in

25  either in the form of exhibits or through the

1    testimony of the witnesses.  And when considering

2    the law, what the government is required to prove,

3    don't take my word for it.  Go by what the judge

4    provides you as the law, because that is what we're

5    all required to follow.  All of us have come in

6    here saying, we will follow the law.  And that is

7    the law.

8         Soon the case is going to be in your hands.

9    Please take the information that you've learned

10   here, the law that you have.  Don't leave it in

11   here.  Take it back there with you.  Consider it.

12   Go over it.  Because at this point, it is in your

13   hands.  When you review the facts of this case and

14   review the law, there is only one verdict that is

15   supported by the facts, supported by the evidence,

16   and consistent with the law of the United States.

17   And that is the verdict that the United States is

18   asking you to render in this case.  Guilty.  Thank

19   you.

20        **THE COURT:**  All right.  Ladies and gentlemen,

21   before I instruct you on the law to be applied to

22   the facts you find, let's stand up, stretch out a

23   little bit.  Shake out the cobwebs, whatever.  And

24   then we'll get to the instructions.

25

1

### *INSTRUCTIONS*

2      **THE COURT**:  Members of the jury, it's now my

3   duty -- we're going to have the instructions on

4   your monitors so you can follow along as I discuss

5   the instructions of the law.  You also have a copy

6   of these instructions with you to bring to the

7   deliberations back in the jury room.  So take a

8   little comfort in that.

9      It's my duty to instruct you on the rules of

10   law that you must use in deciding this case.  After

11   I've completed these instructions, you will then go

12   to the jury room and begin your discussions, what

13   we call your deliberations.  You must decide

14   whether the government has proved the specific

15   facts necessary to find the defendant guilty beyond

16   a reasonable doubt.  Your decision must be based

17   only on the evidence presented here.  You must not

18   be influenced in any way by either sympathy for or

19   prejudice against the defendant or the government.

20   You must follow the law as I explain it even if you

21   do not agree with the law.  And you must follow all

22   of my instructions as a whole.  You must not single

23   out or disregard any of the Court's instructions on

24   the law.

25      The indictment or formal charge against a

1    defendant isn't evidence of guilt.  The law

2    presumes every defendant is innocent.  The

3    defendant does not have to prove his innocence or

4    produce any evidence at all.  The government's

5    prove guilty on a reasonable doubt.  If it fails to

6    do so, you must the defendant not guilty.  Your

7    decision must be based only on the evidence

8    presented during the trial.  You must not be

9    influenced in any way by either sympathy for or

10   against the defendant or the government.

11        I'll skip the next paragraph.  The indictment

12   or formal charge --

13        **THE COURTROOM DEPUTY:**  Judge, are you on page

14   2?

15        **THE COURT:**  I must have the -- skip the next

16   paragraph.  Okay.

17        **MR. MURRELL:**  Judge.

18        **THE COURT:**  I have the former version that had

19   some repetition in it.

20        **THE COURTROOM DEPUTY:**  Judge, let me give you

21   a clean copy.

22        **THE COURT:**  I think from here on out is fine.

23        **THE COURTROOM DEPUTY:**  I have an extra copy.

24        **MR. MURRELL:**  Judge, may we approach?  I

25   apologize for interrupting but --

1          THE COURT:  What's up?

2          MR. MURRELL:  You missed a part there and I

3     don't know if --

4          THE COURT:  Okay.  I apologize.

5          (Thereupon, there was a side-bar conference

6     outside the presence and hearing of the jury.)

7          MR. MURRELL:  Maybe I've got a different copy.

8     Don't tell me I picked up the wrong -- it's further

9     down.  Judge, I must have picked up an earlier

10    copy.

11         THE COURT:  Where is it in the current copy?

12         AUSA BERGSTROM:  Judge, you're on page 2.  The

13    defendant.

14         THE COURT:  Yeah.

15         MR. MURRELL:  I'm sorry.  Show me again.

16         AUSA BERGSTROM:  It's right here in the middle

17    of the second -- it's the third paragraph.

18         THE COURT:  Didn't I say that?

19         MR. MURRELL:  You did not say it here.

20         THE COURT:  I didn't?

21         MR. MURRELL:  No, sir.

22         AUSA BERGSTROM:  We have correct --

23         THE COURT:  I apologize.  I have to go back

24    because I left out something.  There's been so many

25    variations.

1    (Thereupon, there was a side-bar conference outside the

2              presence and hearing of the jury.)

3      (Thereupon, the side-bar conference was concluded.)

4              **THE COURT:**  I'm going to go back with regard

5         to the indictment or the formal charge.

6              The indictment or formal charge against the

7         defendant isn't evidence of guilt.  The law

8         presumes every defendant is innocent.  The

9         defendant does not have to prove his innocence or

10        produce any evidence at all.  A defendant does not

11        have to testify.  And if the defendant closes not

12        to testify, you cannot consider that in any way

13        while making your decision.  The government must

14        prove guilt beyond a reasonable doubt.  If it fails

15        to do so, you must find the defendant not guilty.

16        The government's burden of proof is heavy, but it

17        doesn't have to prove a defendant's guilt beyond

18        all possible doubt.  The government's proof only

19        has to exclude any reasonable doubt concerning the

20        defendant's guilt.

21             A reasonable doubt is a real doubt based on

22        your reason and common sense after you've carefully

23        and impartially considered all of the evidence in

24        this case.  Proof beyond a reasonable doubt is

25        proof so convincing that you would be willing to

1    rely and act upon it without hesitation in the most

2    important of your own affairs.  If you are

3    convinced that the defendant has been proved guilty

4    beyond a reasonable doubt, say so.  If you are not

5    convinced, say so.

6         As I said before, you must consider only the

7    evidence that I have admitted in this case.

8    Evidence includes the testimony of witnesses and

9    exhibits admitted.  But anything the lawyers say is

10   not evidence and is not binding upon you.  And you

11   shouldn't assume from anything that I've said that

12   I have any opinion about any factual issue in this

13   case.  Except for my instructions on the law, you

14   should disregard anything that I may have said

15   during the trial in arriving at your own decision

16   about the facts.

17        Your own recollection and interpretation of

18   the evidence is what matters.  In considering the

19   evidence, you may use reason and common sense to

20   make deductions and reach conclusions.  You should

21   be concerned about whether the evidence is direct

22   evidence or circumstantial evidence.  Direct

23   evidence is the testimony of a person who asserts

24   that he or she has actual knowledge of a fact, such

25   as an eyewitness.  Circumstantial evidence is proof

1      of a chain of facts and circumstances that tend to

2      prove or disprove a fact.  There is no legal

3      difference in the weight you may give to either

4      direct or circumstantial evidence.

5           When I say you must consider all of the

6      evidence, I do not mean you must accept all of the

7      evidence as true or accurate.  You should decide

8      whether you believe what each witness had to say

9      and how important that testimony was.  In making

10     that decision, you may believe or disbelieve any

11     witness in whole or in part.  And the number of

12     witnesses testifying concerning a particular point

13     doesn't necessarily matter.  To decide whether you

14     believe any witness, I suggest that you ask

15     yourself a few questions.

16          Did the witness impress you as one who was

17     telling the truth?  Did the witness have any

18     particular reason not to tell the truth?  Did the

19     witness have a personal interest in the outcome of

20     the case?  Did the witness seem to have a good

21     memory?  Did the witness have the opportunity and

22     the ability to actively observe the things he or

23     she testified about?  Did the witness appear to

24     understand the question clearly and answer them

25     directly?  Did the witness' testimony differ from

1    other testimony or other witnesses?  You should

2    also ask yourselves whether there was evidence that

3    a witness testified falsely about an important

4    fact, and ask whether there was evidence that at

5    some other time a witness said or did something or

6    didn't say or do something that was different from

7    the testimony the witness gave during the trial.

8         But keep in mind that a simple mistake doesn't

9    necessarily mean that the witness was not telling

10   the truth as she or she remembers it.  People

11   naturally tend to forget some things or remember

12   them inaccurately.  So if a witness misstated

13   something, you must decide whether it was because

14   of an innocent lapse of memory or an intentional

15   deception.  The significance of your decision may

16   depend upon whether the misstatement was about an

17   important fact or about an unimportant detail.

18        Now, you've been permitted to take notes

19   during the trial.  And I know you have notebooks

20   and most of you, perhaps all of you, have taken

21   advantage of the opportunity to take notes.  You

22   must use your notes only as a memory aid during

23   your deliberations.  You must not give your notes

24   priority over your independent recollection of the

25   evidence.  And you must not allow yourself to be

1    unduly influenced by the notes of other jurors.  I

2    emphasize, the notes are not entitled to any

3    greater weight than your memories or impressions

4    about the testimony.

5         The indictment charges two separate crimes

6    called counts against the defendant.  Each count

7    has a number.  You've been given a copy of the

8    indictment to refer to during your deliberations.

9    Count 1, Count 2 each charge the defendant with

10   attempted enticement of a minor to engage in sexual

11   activity.  I will explain the law governing those

12   offenses in a moment.  When a statute specifies

13   multiple alternative ways in which an offense may

14   be committed, the indictment may allege multiple

15   ways in the conjunctive, that is, by using the word

16   "and."  If only one of the alternate methods,

17   alternatives, is proved beyond a reasonable doubt,

18   that is sufficient for conversation so long as you

19   agree unanimously as to that alternate -- or

20   alternative.

21        It's a federal crime for anyone using any

22   facility or means of interstate or foreign

23   commerce, including cellular telephone or internet,

24   to attempt to persuade, induce, or entice a minor

25   to engage in any sexual activity for which any

1    person could be charged with a criminal offense

2    even if the attempt fails.  The defendant's been

3    charged in Counts 1 and 2 with attempting to commit

4    the offense of enticement of a minor.  The

5    defendant can be found guilty of this crime only if

6    all of the following facts are proved beyond a

7    reasonable doubt:

8        1) the defendant knowingly intended to

9    persuade, induce, or entice an individual to engage

10    in sexual activity as charged.  2) the defendant

11    used a cellular telephone or the internet to do so.

12    3) at the time the defendant believed that such

13    individual was less than 18 years old.  4) if the

14    sexual activity had occurred, one or more of the

15    individuals engaging in the sexual activity could

16    have been charged with the criminal offense under

17    the law -- of the law of Florida.  And finally, the

18    defendant took a substantial step towards

19    committing the offense.

20        It is not necessary for the government to

21    prove that the intended victim was, in fact, less

22    than 18 years of age, but it is necessary for the

23    government to prove that the defendant believed

24    such individual to be under that age.  Also, it is

25    not necessary for the government to prove that the

1    individual was actually persuaded, induced, or

2    enticed to engage in sexual activity.  But it is

3    necessary for the government to prove that the

4    defendant intended to cause agreement on the part

5    of the individual to engage in some form of

6    unlawful sexual activity and knowingly took some

7    action that was a substantial step towards causing

8    agreement on the part of the individual to engage

9    in some form of unlawful sexual activity.

10         A substantial step is an important action

11   leading up to the committing an offense, not just

12   an inconsequential act.  It must be more than

13   simply preparing.  It must be an act that would

14   normally result in the persuasion, inducement, or

15   enticement.  So the government's proved that if the

16   intended sexual activity had occurred, one or more

17   of the individual engaging in the sexual activity

18   could have been charged with a criminal offense

19   under the laws of Florida.  As a matter of law,

20   lewd and lascivious behavior under Florida law is

21   defined in chapter -- in Florida Statute 800.04 sub

22   part 4 as follows:

23         A person commits lewd and lascivious battery

24   by 1) engaging in sexual activity with a person 12

25   years of age or older but less than 16 years of

1     age.  Under Florida law, sexual activity means the

2     oral, anal, or vaginal penetration by or union with

3     the sexual organ of another or the anal or vaginal

4     penetration of another by any other object.

5     However, sexual activity does not include an act

6     done for a bona fide medical purpose.  As used in

7     this instruction, induce means to stimulate the

8     occurrence of or to cause.

9          A cellular telephone and internet are

10    facilities of interstate commerce.  You'll see that

11    the indictment charged that the crime was committed

12    on or about certain dates.  The defendant doesn't

13    have to prove that he events occurred on an exact

14    date.  The defendant (sic) only has to prove beyond

15    a reasonable doubt that the crime was committed on

16    a date reasonably close to the date alleged.  The

17    word knowingly --

18         **AUSA BERGSTROM**:  Your Honor, I'm sorry to

19    interrupt you.  I might have misheard you, but I

20    believe you said the defendant only has to prove.

21    The instruction reads the government.

22         **THE COURT**:  I did.  Let me go back.

23         The government only has to prove beyond a

24    reasonable doubt that the crime was committed on an

25    a date reasonably close to the date alleged.  Thank

1    you.  The word knowingly means that the act was

2    done voluntarily and intentionally and not because

3    of a mistake or by accident.

4         Your verdict, whether guilty or not guilty,

5    must be unanimous; in other words, you must all

6    agree.  Your deliberations will be secret and

7    you'll never have to explain your verdict to

8    anyone.  Each of you must decide the case for

9    yourself but only after fully considering the

10   evidence with the other jurors.  So you must

11   discuss this case with one another and try to reach

12   an agreement.  While discussing the case, don't

13   hesitate to reexamine your own opinion and change

14   your mind if you become convinced that you were

15   wrong.  But don't give up your honest belief just

16   because others think differently or because you

17   simply want to get the case over with.

18        Remember that in a very real way, you are the

19   judges here, judges of the facts.  Your only

20   interest is to seek the truth from the evidence in

21   the case.  Each count in the indictment charges a

22   separate crime.  You must consider each crime and

23   the evidence relating to it separately.  If you

24   find the defendant guilty or not guilty on one

25   crime -- of one crime, that must not affect your

1    verdict for any other crime.  I caution you that

2    the defendant is on trial only for the specific

3    crimes charged in the indictment.  You are here to

4    determine from the evidence in this case whether

5    the defendant is guilty or not guilty of those

6    specific crimes.

7         You must never consider punishment in any way

8    to decide whether the defendant is guilty.  If you

9    find the defendant guilty, the punishment is for

10   the judge alone to decide later.  When you go to

11   the jury room, choose one of your members to act as

12   your foreperson.  The foreperson will direct your

13   deliberations and speak for you in court.  You will

14   have a verdict form which has been prepared for

15   your convenience.  It's pretty straightforward.  I

16   would suggest the person -- after you select a

17   foreperson, look at the verdict form and see what

18   those questions are.

19        You'll take your verdict form with you to the

20   jury room.  You also have access to the exhibits,

21   again, these jury instructions and a copy of the

22   indictment.  Take all of those with yourself to the

23   jury room.  And when you all agree on a verdict,

24   your foreperson will fill out the verdict form,

25   sign it and date it and carry it back to the

1  courtroom.  And then you'll return to the courtroom

2  to announce the verdict.

3      If you wish to communicate with me at any

4  time, please write down your message or your

5  question and give it to the Court security officer

6  who will be waiting outside the jury room.  He will

7  then bring it to me and I will respond as promptly

8  as possible, either in writing or bringing you back

9  into the courtroom where I can talk to you directly

10  in the courtroom.  But I caution you, members of

11  the jury, if you send back a question or a note, do

12  not tell us how many jurors have voted one way or

13  the other at that time.

14      All right.  Now, as I say, you'll have all the

15  evidence as soon as we finish some of it.  Provide

16  it to you back in the jury room, a copy of the jury

17  instructions, a copy of the indictment and a copy

18  of the verdict form.  You may now retire to the

19  jury room.  I'm going to ask Ms. Colozzo and

20  Ms. Pena to remain seated, please.  The rest of you

21  go back to the jury room.

22    (Thereupon, the jury exited the courtroom.)

23      **THE COURT**:  Have a seat.  You haven't done

24  anything wrong.  In a criminal case in federal

25  court only 12 jurors actually deliberate and render

1    a verdict.  If you were counting, you noticed you

2    were the 13th and 14th jurors.  You're what we call

3    alternate jurors.  And we always have alternate

4    jurors because during a trial, things happen.

5    Sometimes when one of the first 12 jurors becomes

6    ill, conflict arises, a number of things can happen

7    which require that juror to leave the jury.  And

8    then you would take that juror's place.  That

9    didn't happen in this case.  So I don't know how

10   you feel about sitting here for almost a day and a

11   half listening to the evidence and not having the

12   opportunity to decide the verdict, but it's very

13   important we have alternates because you can

14   imagine how many times we have to call an

15   alternate.

16        So even though you're not going to deliberate,

17   your service here was greatly appreciated.  As a

18   small token of our appreciation, we have these

19   certificates.  And it's only a piece of paper, but

20   if you've seen as many jury trials as I have, you

21   really become a big fan of our system.  The fact

22   that we have chosen people like yourselves, peers,

23   whether it's criminal or civil cases, to come in

24   and decide the case, be the judge of the facts in

25   this case.  It really is unique in the world.  Some

1       other countries have jury trials, but not to the

2       extent that we have jury trials.  Much, much more

3       limited.

4           So anyway, a small token of our appreciation

5       is these certificates.  I hope some day maybe

6       you'll find someplace among your other documents

7       and remember back in March of 2022 your experience

8       here.  I hope you find it was a positive one.  I'm

9       going to ask you to do a couple of things before

10      you leave.  One is leave your contact information,

11      if you have a cell phone, with the clerk so we can

12      contact you in the unlikely event we have to call

13      you back.  And that may occur.  So do not discuss

14      this case for a reasonable period of time.  It's

15      just in the event that we do have to call you back,

16      in which case you would begin deliberations from

17      the beginning as the other would.  Thank you.

18          **JUROR:**  So should we call the number that was

19      given to us with our juror number?

20          **THE COURTROOM DEPUTY:**  Next week, yes.  You're

21      still on duty.

22          **JUROR:**  Like up until next week?

23          **THE COURTROOM DEPUTY:**  Yes, you're on duty, so

24      we do call every day.

25          **THE COURT:**  I don't know what the process is.

1      **THE COURTROOM DEPUTY:**  Okay.

2      **THE COURT:**  That you all.  Have a good day.

3      **THE COURTROOM DEPUTY:**  You can leave your

4      books there.  And do you need anything from the

5      jury room, anything personal?

6          (Thereupon, the jurors left the room.)

7      **THE COURT:**  Thank you for picking it up.  I've

8      got so many copies of these jury instructions, I

9      picked up the wrong version of it.

10     **MR. MURRELL:**  Well, I was afraid that's what I

11     had done, but I'm glad it was you and not me.

12     **THE COURT:**  You're sharper than I am.  Have a

13     seat.  I'm going to ask the parties to get together

14     all the evidence, and then make sure it's all the

15     evidence that was admitted, nothing more.  And as I

16     said, we're going to give them a copy of the

17     instructions, verdict form.  Send that in a minute.

18         Do you have a clean copy of the jury

19     instructions?  I want to make sure -- I can

20     probably give them mine.

21     (Thereupon, there was a brief discussion off the

22                     record.)

23     **THE COURT:**  Counsel, do you care whether the

24     forfeiture counts in that or not, in the

25     indictment?  It goes back?

1       **AUSA BERGSTROM:**  I think we have an agreement

2    as to the cell phone.

3       **THE COURT:**  But anybody want us to redact the

4    indictment part?

5       **MR. MURRELL:**  It might save some confusion.

6       **THE COURT:**  Okay.  We'll do that.

7    (Thereupon, there was a brief discussion off the

8                      record.)

9       **THE COURT:**  Do you have the exhibits?

10      **AUSA BERGSTROM:**  We have the exhibits.

11   They're in agreement.  They're in order.

12      **THE COURT:**  Just leave them there.

13      **THE COURTROOM DEPUTY:**  I will take out the

14   forfeiture allegations.  I'll be right back.

15      (Thereupon, there was a brief pause.)

16      **THE COURT:**  I think it's appropriate to

17   comment about this case and the way it was handled

18   by the lawyers.  I must say I was impressed by both

19   sides.  I think both sides worked extremely well

20   represented by legal counsel.  I really do.  Both

21   the government and Mr. Spiegel.  I'm very impressed

22   with the way the lawyers represented their clients

23   in a very competent -- extremely competent way,

24   also in a very professional way, which makes my job

25   a lot easier.  And I appreciate that.  And I think

1    both sides -- you know, it's in the jury's hands

2    right now, both sides.  You know, good

3    representation.  I appreciate that and it reflects

4    on our profession.  So I'd love to have you try a

5    case before me again.

6          MR. MURRELL:  Thank you, Judge.

7          AUSA BERGSTROM:  Thank you, Judge.

8          THE COURTROOM DEPUTY:  Where is the evidence?

9    Did it go back already?  I took out the forfeiture.

10   You want to look at the indictment.

11         AUSA BERGSTROM:  That's fine.

12         THE COURT:  Now, where is your office?

13         AUSA BERGSTROM:  Just downstairs.

14         THE COURT:  Oh, you're in here.  That's right.

15   (Thereupon, there was a brief discussion off the

16                      record.)

17         MR. MURRELL:  I assume they're going to

18   deliberate through lunch?

19         THE COURT:  I assume that'll provide lunch.

20   Miami, they provide lunch.  I assume that's the

21   case here.  Sometimes I send them out for lunch and

22   tell them not to discuss it just because they need

23   to get outside.  But I don't think that's the case

24   here.  Okay.  Thank you again for a really good

25   trial.

1     **AUSA BERGSTROM:**  Thank you, Your Honor.

2      **MR. MURRELL:**  Thank you, Your Honor.

3      (Thereupon, a brief recess was taken.)

4      **THE COURT:**  You've seen the note?  We're back

5    in session.  Counsel?

6      **MR. METCALF:**  Yes, sir, we have.

7      **THE COURT:**  Okay.  Your client's not here.  Is

8    he going to be here?

9      **MR. METCALF:**  No, sir.  I called him.  He's on

10    his way.  I mean, this seems to be a legal issue.

11      **THE COURT:**  You have no problem proceeding

12    with that?

13      **MR. METCALF:**  No problem.

14      **THE COURT:**  I didn't think so.  Question:

15    Please provide a definition of entice.

16      Defense, do you have a suggestion?

17      **MR. METCALF:**  Judge, we were all -- we're

18    quickly looking at our cellular devices and there's

19    quite a range of definitions there.  I think our

20    inclination is to ask them to rely on their common

21    understanding of the word.

22      **THE COURT:**  Government?

23      **AUSA BERGSTROM:**  Your Honor, I'd be interested

24    to see what the Eleventh Circuit has used as a

25    definition.  I don't think it's come up before.  I

1    know that they have used in the past the common

2    definition of inducement, the common definition of

3    persuasion, but I don't know that there's been a

4    case that deals with the common definition of

5    enticement.

6        THE COURT:  It's not one that the pattern

7    instructions define.  And I coming over here when I

8    was walking back, I was thinking that there's been

9    a suggestion, better to say no, there is no

10   legal -- no specific legal definition.  Use your

11   common sense and understanding of the definition

12   that's -- or the meaning -- or the meaning of that

13   term, or just say -- even briefer than that, say,

14   rather than provide you with a definition, we ask

15   you to rely on your common understanding of the

16   meaning of that term.

17       MR. METCALF:  That would be fine with us,

18   Judge.

19       THE COURT:  Okay.

20       THE COURTROOM DEPUTY:  You want to say that

21   again, Judge?

22       THE COURT:  Rather than providing you with a

23   definition of the term, quote, entice, closed

24   quote, the Court suggests that you rely on your

25   common understanding of the meaning of that word.

1      Is that all right?

2            MR. METCALF:  Yes, sir.

3            THE COURT:  Defense?

4            MR. METCALF:  Yes, sir.

5            THE COURT:  Government?

6            AUSA BERGSTROM:  That's fine, Your Honor.

7            Your Honor, just before the jury comes in,

8      just a logistical question.  Does the Court know

9      what they're going to do as far as juror lunch?

10           THE COURT:  Yes.

11           AUSA BERGSTROM:  Are they going to be here

12     eating?

13           THE COURT:  Yes.  I think they've already put

14     in the order.

15           You've put the order to the restaurant?

16           THE COURTROOM DEPUTY:  Yes.

17           THE COURT:  It's in the works.

18           AUSA BERGSTROM:  Okay.  Thank you.

19           THE COURT:  Okay.  Can you send this back?

20           THE COURTROOM DEPUTY:  I usually send them

21     both back to the jury unless you want different.

22           THE COURT:  No, that's fine.

23           THE COURTROOM DEPUTY:  So this is okay to go

24     back?  Okay.

25           THE COURT:  I talked to Judge Cannon and she

1    is pretty much available all this afternoon and

2    tomorrow, if I head south, to take the verdict.  As

3    I said, I'll be available by telephone if there are

4    any questions that need my participation.  I think

5    you all agreed to that and proceeded, correct?

6          MR. METCALF:  We did.  Yes, sir.

7          AUSA BERGSTROM:  That's fine, Your Honor.

8          THE COURT:  All right.  We're in recess.  And

9    if there's nothing else, we'll in recess.

10         (Thereupon, a brief recess was taken.)

11         THE COURT:  Okay.  Everybody is back.  I

12   understand the defendant is not here, but you waive

13   his appearance?

14         MR. METCALF:  Yes, Judge.

15         THE COURT:  All right.  We got a second

16   question from the jury.  Quote:  We would like to

17   see Title 18, United States Code Section 2422,

18   subsection B.  I want to hear from the defendant

19   first.

20         MR. METCALF:  Judge, I'm frankly at a loss.

21   I've never seen this request ever.  Isn't it

22   contained in the instructions verbatim?

23         THE COURT:  Do you have a copy of the

24   instructions?

25         THE COURT REPORTER:  Here, Judge.

1    **AUSA BERGSTROM:**  Your Honor, the relevant

2    portion begins on page 4.

3    **THE COURT:**  I'm trying to see where it's even

4    cited.  Oh, it's in the indictment.

5    **MR. METCALF:**  Yes, sir.

6    **THE COURT:**  It's not in the jury instructions

7    themselves.  See, I don't want to do that for a

8    number of reasons, not the least of which has the

9    sentencing there.

10   **MR. METCALF:**  Right.

11   **AUSA BERGSTROM:**  Your Honor, I think it would

12   be a fair response to say that the law that the

13   jurors are to apply in this case are contained

14   wholly and completely in the Court's instructions

15   to the jury.

16   **MR. METCALF:**  We concur in that.

17   **THE COURT:**  Maybe we should say -- use that

18   exact language, but say including the relevant

19   provisions of Section 2422.  Okay?

20   **AUSA BERGSTROM:**  Your Honor, yeah.  What I

21   said was the law that the jurors are to apply in

22   this case is contained wholly and completely in the

23   Court's instructions to the jury.  We can say --

24   **THE COURT:**  Please refer to those

25   instructions.

1    **AUSA BERGSTROM:**  Sure.

2    **THE COURT:**  What I would say, including the

3    relevant provisions of Section 2442 (sic).  Comma,

4    including the relevant portions of Section 2442 --

5    **AUSA BERGSTROM:**  2422.

6    **THE COURT:**  -- contained in the instructions.

7    Did you get that?

8    **THE COURTROOM DEPUTY:**  Okay.  You want to say,

9    The law that the jurors are to apply in this case

10   is contained wholly and completely in the jury

11   instructions, including the relevant portions of

12   2422?

13   **AUSA BERGSTROM:**  The law that the jurors are

14   to apply in this case, including the relevant

15   provisions of 2422 B, are contained in the Court's

16   instructions to the jury.

17   **THE COURT:**  And there should be commas

18   between -- before including.

19   **THE COURTROOM DEPUTY:**  Do you want provisions

20   or portions?

21   **THE COURT:**  The relevant provisions.  2422 B.

22   Comma.

23   **THE COURTROOM DEPUTY:**  The law that the jurors

24   are to apply in this case, comma, including the

25   relevant provisions of 2422 (B), comma, are

1     contained in the court's instructions to the jury,

2     period.

3           THE COURT:  Fully contained.  Add fully

4     contained.

5           THE COURTROOM DEPUTY:  Are fully contained in

6     the Court's instructions to the jury.  Period.

7           THE COURT:  The Court -- therefore, the Court

8     refers you to the Court's jury instructions.  That

9     should do it.  Everybody in agreement?

10          MR. METCALF:  Yes, sir.

11          AUSA BERGSTROM:  Yes, Your Honor.

12          THE COURT:  Show it to counsel and if they

13    approve it, we'll send it back.

14          THE COURTROOM DEPUTY:  (Complies.)

15          THE COURT:  Okay.  We'll send it back.

16          (Thereupon, a brief recess was taken.)

17          THE COURT:  Please be seated.  Y'all have seen

18    the question?

19          MR. METCALF:  Yes, Your Honor.

20          AUSA BERGSTROM:  Yes, Your Honor.

21          THE COURT:  I'll read it for the record.  The

22    question is, quote, Right now we are hung up on one

23    count.  We are making very slow progress.  Would

24    you like us to continue, closed quote?

25          MR. METCALF:  We would like them to continue.

1      THE COURT:  The answer is yes.  Should I say

2  yes?  Anything other than that?

3      MR. METCALF:  I don't think we need to.

4      AUSA BERGSTROM:  I don't think so.

5      THE COURTROOM DEPUTY:  So just say yes.

6      THE COURT:  Please do so.  I am going to leave

7  soon.

8      MR. METCALF:  **I can't believe you would do**

9  **that to us.**

10      THE COURT:  I've enjoyed it as much as I've

11  been saying.  That's a great line and the end of a

12  comment that -- anyway.  Judge Cannon next door is

13  available to answer questions.  I will be on the

14  road with my phone with me.  Make sure I have my

15  silencer on, but right now it's open again.  So it

16  shouldn't be a problem.  This jury is relatively

17  active with regards to its questions.  So you might

18  consider how late you want them to go tonight.

19      AUSA BERGSTROM:  I would think that would be

20  up to Judge Cannon.

21      THE COURT:  And what about you all?

22      MR. METCALF:  Judge, I've cleared my calendar

23  so I'll stay here as long as I need to.  But it

24  does look like they have a verdict on at least one

25  count.  So maybe we can -- if they announce they're

1    hung, I think we should take the verdict they have,

2    right?

3        THE COURT:  Well, see -- but I think there

4    needs to be some determination of how long you want

5    to stay.  I guess, part of it do they think it

6    would be productive to stay up to 5:00 or even

7    after 5:00, Daylight Savings time permits.  Just

8    think about it.  You got plenty of time to think

9    about it.

10       MR. METCALF:  Just come back tomorrow, not

11   just ending -- no, if they work until 5:00 and they

12   haven't reached a verdict, I guess we send them

13   home and come back tomorrow.

14       THE COURT:  That's what I would think.  I

15   won't be here -- you all and Judge Cannon.  All

16   right.  Probably won't see you all, so you have

17   a --

18       AUSA BERGSTROM:  While we're all here, would

19   it be beneficial to let the jury know that we're

20   thinking 5:00 o'clock or --

21       THE COURT:  No, I don't think so.  I think we

22   just let it kind of play out to see how things are

23   going.  Yeah.  So take it back and then see where

24   they go from here.  At least making progress if

25   nothing else.  You all have a good day.  And maybe

1    we'll see you again.  I really do appreciate the

2    way you've handled this case.  You all did a

3    really, really fine job.  I was very proud of you

4    guys.

5        **AUSA BERGSTROM:**  Thank you, Your Honor.

6        **MR. METCALF:**  Thank you, Your Honor.

7        (Thereupon, a brief recess was taken.)

8        **THE COURT:**  You may be seated.  Good

9    afternoon.  As you know, Judge Huck has left for

10   the evening so I'll be receiving the verdict.  We

11   have been advised the jury reached a verdict.

12   Let's call in the jurors.

13       I'll note for the record the defendant is

14   present represented by counsel.

15    (Thereupon, the jury entered the courtroom.)

16       **THE COURT:**  You may be seated.  Ladies and

17   gentlemen of the jury, good afternoon.  My name is

18   Ilene Cannon.  I'm also a district judge in this

19   district.  For scheduling reasons I will be

20   receiving the verdict.  I understand the jury has

21   reached a verdict?

22       **FOREPERSON:**  Yes, ma'am.

23       **THE COURT:**  And who speaks for the jury as

24   foreperson?

25       **FOREPERSON:**  Edward Stick.

1       **THE COURT:**  Thank you, sir.  Is the verdict

2    unanimous?

3       **FOREPERSON:**  Yes, ma'am.

4       **THE COURT:**  Please hand the verdict to

5    Ms. Verante (ph.).

6       **FOREPERSON:**  (Complies.)

7       **THE COURT:**  All right.  The verdict will now

8    be published.

9

10                    ***VERDICT***

11       **THE COURTROOM DEPUTY:**  United States District

12    Court Southern District of Florida, Case Number

13    22-14005, criminal, Cannon.  United States of

14    America versus Zachary S. Spiegel.  Verdict:  We

15    the jury unanimously find the defendant, Zachary S.

16    Spiegel as to Count 1, attempted enticement of a

17    minor to engage in sexual activity, guilty.  Count

18    2, attempted enticement of a minor to engage in

19    sexual activity, not guilty.  So say we all, signed

20    by the foreperson, Edward Stick, dated March 29th,

21    2022.

22       **THE COURT:**  Thank you.  I'm now going to poll

23    each and every one of you to ask you whether the

24    verdict as read is your true verdict, starting with

25    juror number 1.

1              Juror number 1, is the verdict as read your

2       true verdict?

3              **JUROR 1:**  Yes, Your Honor.

4              **THE COURT:**  Juror number 2, is the verdict as

5       read your true verdict?

6              **JUROR 2:**  Yes, Your Honor.

7              **THE COURT:**  Juror number 3, is the verdict as

8       read your true verdict?

9              **JUROR 3:**  Yes, Your Honor.

10             **THE COURT:**  Juror number 4, is the verdict as

11      read your true verdict?

12             **JUROR 4:**  Yes, Your Honor.

13             **THE COURT:**  Juror number 5, is the verdict as

14      read your true verdict?

15             **JUROR 5:**  Yes, Your Honor.

16             **THE COURT:**  Juror number 6, is the verdict as

17      read your true verdict?

18             **JUROR 6:**  Yes, Your Honor.

19             **THE COURT:**  Juror number 7, is the verdict as

20      read your true verdict?

21             **JUROR 7:**  Yes, Your Honor.

22             **THE COURT:**  Juror number 8, is the verdict as

23      read your true verdict?

24             **JUROR 8:**  Yes, Your Honor.

25             **THE COURT:**  Juror number 9, is the verdict as

1     read your true verdict?

2          **JUROR 9**:  Yes, Your Honor.

3          **THE COURT**:  Juror number 10, is the verdict as

4     read your true verdict?

5          **JUROR 10**:  Yes, Your Honor.

6          **THE COURT**:  Juror number 11, is the verdict as

7     read your true verdict?

8          **JUROR 11**:  Yes, Your Honor.

9          **THE COURT**:  And juror number 12, is the

10    verdict as read your true verdict?

11         **JUROR 12**:  Yes, Your Honor.

12         **THE COURT**:  All right.  Thank you very much.

13    Ladies and gentlemen of the jury, I want to thank

14    you very much for your service in this case.  Jury

15    service is fundamental to our system of justice.

16    As a small token of the Court's appreciation, you

17    will each be receiving a certificate signed just

18    noting the Court's gratitude.  So with that, let's

19    rise for the jury.  Thank you again.

20      (Thereupon, the jury exited the courtroom.)

21         **THE COURT**:  Thank you.  You may be seated.

22    All right.

23         Mr. Spiegel, in light of the jury's verdict,

24    you are now adjudicated guilty of Count 1,

25    attempted enticement of a minor to engage in sexual

1     activity.  You have been found not guilty on Count

2     2.  What is the defense's position on remand?

3          MR. METCALF:  Judge, he has abided by all of

4     the conditions that were imposed on him to date.

5     He has a wife and two children.  We do not think

6     that he is a flight risk and we would ask the Court

7     to leave him out pending sentencing.

8          THE COURT:  All right.  Let me hear from the

9     government.

10          AUSA BERGSTROM:  Your Honor, prior to just a

11     few minutes ago, the defendant enjoyed a

12     presumption of innocence.  That presumption of

13     innocence does not exist.  He is a convicted felon.

14     We will be seeking remand.

15          THE COURT:  All right.  I don't find there to

16     be a clear and convincing showing that the

17     defendant should not be remanded.  So pursuant to

18     the law, sir, you will be remanded into the custody

19     of the U.S. marshals at this time.  Is there

20     anything further from the government?

21          AUSA BERGSTROM:  No, Your Honor.  Thank you.

22          THE COURT:  Is there anything further from the

23     defense?

24          MR. METCALF:  No, ma'am.

25          THE COURT:  All right.  Sentencing in this

1        matter is currently scheduled for when?

2              THE COURTROOM DEPUTY:  I believe it was

3        Thursday, May -- Judge, I'm sorry.  Let me --

4              THE COURT:  Oh, I have it here.  Thursday, May

5        26th at 10:00 in the morning.  I understand the

6        parties have requested that Judge Huck handle the

7        sentencing.  I think that will ultimately happen.

8        We just need to straighten out the schedule, but

9        that is a high likelihood.  Judge Huck will be

10       revisiting the matter of scheduling in the

11       particular date if it needs to be amended from the

12       current date of Thursday, May 26th at 10:00 a.m.  I

13       have nothing further.

14             THE COURT SECURITY OFFICER:  They're coming

15       down.

16             THE COURT:  All right.  Mr. Spiegel, what's

17       going to happen at this time is U.S. Probation will

18       reach out to you to conduct a very important and

19       exhaustive interview of you to permit either myself

20       or Judge Huck to make an appropriate and reasonable

21       sentence in your case.  You, of course, will have

22       the opportunity to be represented by counsel during

23       that meeting.  I encourage you to be fully candid

24       with the U.S. Probation office to permit the

25       Court's fullest consideration of your case.

1          As we await the marshals, any post-trial

2     motions to be filed would be due in accordance with

3     the deadlines set forth in the criminal rules.  As

4     far as the exhibits to be filed, the parties are

5     aware of their obligation to do so within ten days

6     of this proceeding.  Any other matters we can

7     address at this time as we await the marshals

8     arrival?  No?  We'll just wait a few minutes.

9          Sir, if you want to --

10          **MR. METCALF:**  May he say good-bye to his

11     family?

12          **THE COURT:**  Yes, he may.

13          **AUSA BERGSTROM:**  Your Honor, there are a

14     couple of the exhibits that are explicit images.

15     They're not child pornography but they're explicit

16     images.  My intention was just to redact the

17     photographs when I file and then note on the

18     exhibit list that they have been redacted.

19          **THE COURT:**  That's acceptable.

20          **AUSA BERGSTROM:**  Thank you.

21          **THE COURT:**  Officer, what's the ETA?

22          **THE COURT SECURITY OFFICER:**  They said about

23     three minutes.

24          **THE COURT:**  All right.  Three minutes or so.

25          All right.  The defendant has been remanded

1        into the custody of the U.S. marshals.  The Court

2        is in recess.

3

4

5        (Thereupon, the above portion of the trial was

6                        concluded.)

7

8                    *           *           *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
## *C E R T I F I C A T E*

2

3          I hereby certify that the foregoing is an

4      accurate transcription of the proceedings in the

5      above-entitled matter.

6

8      08/18/2022          _____

9      DATE COMPLETED       GIZELLA BAAN-PROULX, RPR, FCRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## #

**#201** [1] - 1:19

## 0

**08/16/2022** [1] - 80:8

## 1

**1** [12] - 16:6, 16:11, 36:10, 51:9, 52:3, 52:8, 53:24, 73:16, 73:25, 74:1, 74:3, 75:24
**10** [2] - 75:3, 75:5
**103** [1] - 35:17
**10:00** [2] - 77:5, 77:12
**11** [2] - 75:6, 75:8
**110** [2] - 35:10, 42:9
**12** [5] - 53:24, 57:25, 58:5, 75:9, 75:11
**1245** [1] - 1:23
**13th** [1] - 58:2
**14** [7] - 8:19, 8:23, 10:19, 11:4, 15:6, 33:20, 39:21
**14-year-old** [13] - 7:14, 8:17, 8:24, 12:5, 12:11, 16:8, 28:5, 40:9, 41:24, 41:25, 42:2, 42:5
**14-year-olds** [1] - 42:21
**14th** [1] - 58:2
**16** [1] - 53:25
**16-year-old** [1] - 12:12
**18** [6] - 8:4, 39:9, 39:17, 52:13, 52:22, 66:17
**18th** [6] - 7:8, 7:9, 13:5, 13:14, 13:17, 29:25
**19th** [2] - 36:6, 36:9
**1:00** [2] - 36:8, 36:14

## 2

**2** [12] - 1:9, 13:4, 16:12, 45:14, 46:12, 51:9, 52:3, 52:10, 73:18, 74:4, 74:6, 76:2
**2022** [8] - 1:5, 7:9, 9:24, 13:5, 13:14, 13:17, 59:7, 73:21
**20th** [1] - 1:23
**22-14005** [1] - 73:13
**2422** [7] - 66:17, 67:19, 68:5, 68:12, 68:15, 68:21, 68:25
**2442** [2] - 68:3, 68:4
**2522** [1] - 2:1
**26th** [2] - 77:5, 77:12
**29** [1] - 1:5
**29th** [1] - 73:20
**2:09** [1] - 13:13
**2:14** [1] - 13:17
**2:22-CR-14005-AMC-1** [1] - 1:2

## 3

**3** [3] - 52:12, 74:7, 74:9
**30** [1] - 12:2
**303-2327** [1] - 2:2

## 4

**4** [6] - 8:22, 52:13, 53:22, 67:2, 74:10, 74:12
**400** [1] - 1:19
**45** [1] - 4:9
**4th** [1] - 1:15

## 5

**5** [5] - 18:7, 24:24, 29:3, 74:13, 74:15
**561** [1] - 1:20
**569-1001** [1] - 1:24
**57-year-old** [1] - 12:13
**5:00** [4] - 71:6, 71:7, 71:11, 71:20

## 6

**6** [2] - 74:16, 74:18
**686-2700** [1] - 1:20

## 7

**7** [2] - 74:19, 74:21
**772** [1] - 1:24

## 8

**8** [2] - 74:22, 74:24
**800.04** [1] - 53:21
**87** [1] - 15:5

## 9

**9** [2] - 74:25, 75:2
**900** [3] - 18:22, 19:2, 21:7
**961-9342** [1] - 1:16
**99** [1] - 1:15
**9:00** [1] - 6:5
**9:51** [1] - 36:10
**9th** [9] - 7:8, 7:9, 9:24, 12:16, 20:3, 21:16, 21:19, 22:21, 36:20

## A

**a.m** [2] - 36:10, 77:12
**abided** [1] - 76:3
**ability** [4] - 23:9, 23:10, 23:11, 49:22
**able** [2] - 16:23, 23:4
**above-entitled** [1] - 80:5
**absolutely** [7] - 33:14, 33:17, 34:1, 34:8, 34:13, 34:15, 36:17
**accept** [1] - 49:6
**acceptable** [1] - 78:19
**access** [1] - 56:20
**accident** [1] - 55:3
**accordance** [1] - 78:2

**accurate** [2] - 49:7, 80:4
**accused** [3] - 19:7, 26:7
**act** [13] - 9:11, 21:6, 22:18, 26:20, 26:22, 41:14, 41:15, 48:1, 53:12, 53:13, 54:5, 55:1, 56:11
**action** [10] - 18:2, 33:11, 33:21, 33:23, 41:8, 41:12, 41:17, 53:7, 53:10
**actions** [11] - 17:25, 26:10, 26:11, 27:11, 28:24, 28:25, 31:11, 33:9, 33:19, 33:22, 33:23
**active** [1] - 70:17
**actively** [1] - 49:22
**activity** [35] - 8:1, 8:5, 8:7, 9:16, 9:20, 12:5, 25:4, 39:11, 39:12, 39:15, 39:16, 39:25, 40:3, 40:9, 41:4, 41:7, 41:11, 41:20, 41:22, 51:11, 51:25, 52:10, 52:14, 52:15, 53:2, 53:6, 53:9, 53:16, 53:17, 53:24, 54:1, 54:5, 73:17, 73:19, 76:1
**acts** [6] - 8:13, 9:2, 9:24, 12:22, 15:20, 39:18
**actual** [2] - 39:14, 48:24
**add** [3] - 29:3, 29:5, 69:3
**additional** [3] - 21:11, 34:12, 40:16
**address** [1] - 78:7
**adjudicated** [1] - 75:24
**admission** [3] - 18:16, 27:9
**admissions** [1] - 31:12
**admitted** [9] - 18:14, 27:3, 27:6, 27:8, 30:2, 34:5, 48:7, 48:9, 60:15
**admitting** [1] - 27:10
**advantage** [1] - 50:21
**advertisements** [1] - 19:1
**advised** [1] - 72:11
**affairs** [2] - 26:22, 48:2
**affect** [1] - 55:25
**afraid** [1] - 60:10
**afternoon** [3] - 66:1, 72:9, 72:17
**age** [5] - 23:1, 52:22, 52:24, 53:25, 54:1
**Agent** [22] - 2:6, 13:6, 13:14, 13:18, 14:9, 18:13, 19:23, 19:24, 20:1, 21:12, 22:8, 24:4, 25:11, 27:3, 27:10, 29:11, 30:1, 34:5, 34:7, 34:9, 34:11, 37:5
**ago** [1] - 76:11
**agree** [11] - 9:20, 13:2, 16:4, 17:13, 17:18, 32:2, 42:2, 44:21, 51:19, 55:6, 56:23
**agreed** [7] - 3:15, 17:16, 31:2, 31:5, 32:2, 66:5
**agreeing** [1] - 42:6
**agreement** [11] - 3:25, 39:10, 41:6, 41:9, 41:18, 53:4, 53:8, 55:12, 61:1, 61:11, 69:9
**agrees** [2] - 39:5, 39:14
**ahead** [1] - 37:25
**aid** [1] - 50:22
**Allan** [10] - 8:18, 8:20, 8:21, 12:12, 13:9, 19:18, 19:21, 20:3, 20:16, 36:20
**Allan's** [1] - 20:25

**allegations** [1] - 61:14
**allege** [1] - 51:14
**alleged** [2] - 54:16, 54:25
**allow** [2] - 28:20, 50:25
**allowed** [1] - 23:12
**almost** [2] - 33:3, 58:10
**alone** [3] - 21:25, 23:19, 56:10
**alternate** [5] - 51:16, 51:19, 58:3, 58:15
**alternates** [1] - 58:13
**alternative** [2] - 51:13, 51:20
**alternatives** [1] - 51:17
**amended** [1] - 77:11
**AMERICA** [2] - 1:4, 1:14
**America** [2] - 3:4, 73:14
**anal** [2] - 54:2, 54:3
**ANDREW** [1] - 1:22
**announce** [2] - 57:2, 70:25
**anonymous** [3] - 23:5, 23:10, 27:15
**answer** [3] - 49:24, 70:1, 70:13
**anticipate** [3] - 7:18, 7:21, 29:20
**anyway** [2] - 59:4, 70:12
**apologize** [3] - 45:25, 46:4, 46:23
**appear** [1] - 49:23
**appearance** [2] - 13:8, 66:13
**applied** [1] - 43:21
**apply** [5] - 67:13, 67:21, 68:9, 68:14, 68:24
**appointment** [1] - 36:15
**appreciate** [4] - 6:3, 61:25, 62:3, 72:1
**appreciated** [1] - 58:17
**appreciation** [3] - 58:18, 59:4, 75:16
**approach** [1] - 45:24
**approached** [1] - 36:20
**appropriate** [3] - 4:8, 61:16, 77:20
**approve** [1] - 69:13
**area** [1] - 10:3
**argue** [1] - 29:21
**argued** [2] - 34:24, 35:22
**ARGUMENT** [3] - 7:3, 16:17, 31:21
**arguments** [1] - 6:16
**arises** [1] - 58:6
**arrest** [9] - 19:17, 22:2, 22:5, 22:20, 24:11, 36:20, 36:23, 37:3, 37:9
**arrested** [1] - 21:18
**arrival** [1] - 78:8
**arriving** [1] - 48:15
**assertion** [1] - 35:24
**asserts** [1] - 48:23
**assume** [4] - 48:11, 62:17, 62:19, 62:20
**assure** [1] - 35:12
**assured** [1] - 12:24
**attempt** [6] - 7:13, 12:9, 12:14, 16:7, 51:24, 52:2
**attempted** [8] - 7:9, 7:20, 13:3, 35:11, 51:10, 73:16, 73:18, 75:25
**attempting** [7] - 7:16, 34:19, 34:20, 34:22, 41:23, 41:24, 52:3

**Attorney's** [1] - 1:14
**attorneys** [1] - 28:21
**attracted** [1] - 11:1
**AUSA** [43] - 1:13, 1:14, 3:6, 4:10, 5:4, 5:9, 5:13, 5:16, 5:24, 6:8, 6:24, 7:4, 46:12, 46:16, 46:22, 54:18, 61:1, 61:10, 62:7, 62:11, 62:13, 63:1, 63:23, 65:6, 65:11, 65:18, 66:7, 67:1, 67:11, 67:20, 68:1, 68:5, 68:13, 69:11, 69:20, 70:4, 70:19, 71:18, 72:5, 76:10, 76:21, 78:13, 78:20
**available** [3] - 66:1, 66:3, 70:13
**await** [2] - 78:1, 78:7
**aware** [2] - 31:22, 78:5

# B

**BAAN** [2] - 2:1, 80:9
**BAAN-PROULX** [2] - 2:1, 80:9
**Baby** [2] - 12:23, 13:24
**bar** [3] - 46:5, 47:1, 47:3
**based** [4] - 16:10, 44:16, 45:7, 47:21
**batter** [2] - 34:20, 41:24
**battery** [4] - 7:12, 9:4, 25:5, 53:23
**Beach** [2] - 1:19, 1:23
**become** [2] - 55:14, 58:21
**becomes** [2] - 19:20, 58:5
**bed** [1] - 30:5
**BEFORE** [1] - 1:10
**begging** [2] - 11:25, 24:23
**begin** [3] - 30:20, 44:12, 59:16
**beginning** [2] - 9:25, 59:17
**begins** [2] - 20:18, 67:2
**behalf** [1] - 32:12
**behavior** [1] - 53:20
**belief** [1] - 55:15
**believes** [1] - 12:4
**beneficial** [1] - 71:19
**BERGSTROM** [42] - 1:13, 3:6, 4:10, 5:4, 5:9, 5:13, 5:16, 5:24, 6:8, 6:24, 7:4, 46:12, 46:16, 46:22, 54:18, 61:1, 61:10, 62:7, 62:11, 62:13, 63:1, 63:23, 65:6, 65:11, 65:18, 66:7, 67:1, 67:11, 67:20, 68:1, 68:5, 68:13, 69:11, 69:20, 70:4, 70:19, 71:18, 72:5, 76:10, 76:21, 78:13, 78:20
**bet** [1] - 34:15
**better** [4] - 5:19, 16:2, 19:12, 64:9
**between** [3] - 31:23, 42:21, 68:18
**beyond** [5] - 24:25, 26:9, 26:19, 31:6, 38:19, 39:3, 44:15, 47:14, 47:17, 47:24, 48:4, 51:17, 52:6, 54:14, 54:23
**big** [2] - 23:9, 58:21
**binders** [1] - 35:16
**binding** [1] - 48:10
**bit** [2] - 40:23, 43:23
**blown** [1] - 15:3
**bold** [1] - 29:24
**bold-faced** [1] - 29:24
**bona** [1] - 54:6

**books** [1] - 60:4
**bottom** [2] - 18:1, 38:3
**bought** [1] - 18:25
**boundaries** [2] - 15:4, 15:25
**boy** [1] - 25:9
**bracket** [1] - 23:1
**Brian** [1] - 12:13
**brief** [11] - 4:15, 4:20, 31:25, 60:21, 61:7, 61:15, 62:15, 63:3, 66:10, 69:16, 72:7
**briefer** [1] - 64:13
**briefly** [1] - 35:18
**bring** [4] - 10:15, 25:8, 44:6, 57:7
**bringing** [1] - 57:8
**brings** [1] - 10:8
**brought** [3] - 13:20, 22:8, 31:4
**BS** [1] - 24:5
**bullshit** [1] - 24:5
**burden** [9] - 25:22, 26:16, 26:17, 26:18, 28:14, 31:2, 31:5, 32:7, 47:16
**BUREN** [1] - 1:22
**BY** [1] - 2:1
**bye** [2] - 24:5, 78:10

# C

**cad** [1] - 20:23
**calendar** [1] - 70:22
**cancel** [1] - 37:25
**candid** [1] - 77:23
**Cannon** [7] - 5:9, 65:25, 70:12, 70:20, 71:15, 72:18, 73:13
**cannot** [1] - 47:12
**car** [7] - 15:10, 15:21, 25:7, 25:10, 30:8, 34:14, 40:13
**care** [5] - 13:23, 27:13, 29:16, 39:4, 60:23
**carefully** [2] - 30:24, 47:22
**carry** [1] - 56:25
**Case** [1] - 73:12
**case** [66] - 6:12, 6:13, 9:18, 12:8, 16:11, 17:15, 17:24, 18:1, 18:18, 18:19, 21:14, 21:18, 22:8, 24:20, 25:22, 25:25, 26:10, 26:24, 28:11, 28:16, 30:14, 30:17, 30:19, 30:24, 31:10, 31:23, 32:17, 33:18, 42:20, 42:23, 43:8, 43:13, 43:18, 44:10, 47:24, 48:7, 48:13, 49:20, 55:8, 55:11, 55:12, 55:17, 55:21, 56:4, 57:24, 58:9, 58:24, 58:25, 59:14, 59:16, 61:17, 62:5, 62:21, 62:23, 64:4, 67:13, 67:22, 68:9, 68:14, 68:24, 72:2, 75:14, 77:21, 77:25
**CASE** [1] - 1:2
**cases** [2] - 17:6, 58:23
**Catch** [1] - 19:13
**catch** [2] - 20:6, 21:21
**catfished** [1] - 14:4
**catfishing** [1] - 19:7
**causing** [4] - 33:23, 41:9, 41:18, 53:7
**caution** [2] - 56:1, 57:10

**cease** [1] - 32:6
**cell** [4] - 8:12, 39:6, 59:11, 61:2
**cellular** [5] - 8:2, 51:23, 52:11, 54:9, 63:18
**Center** [1] - 1:19
**certain** [1] - 54:12
**certainly** [1] - 30:18
**certificate** [1] - 75:17
**certificates** [2] - 58:19, 59:5
**certify** [1] - 80:3
**chain** [1] - 49:1
**change** [4] - 10:18, 13:12, 38:12, 55:13
**chapter** [1] - 53:21
**charge** [5] - 44:25, 45:12, 47:5, 47:6, 51:9
**charged** [31] - 7:7, 7:9, 7:10, 7:11, 7:13, 7:15, 7:16, 8:7, 12:9, 12:14, 16:7, 17:11, 19:3, 21:16, 27:5, 27:7, 34:18, 34:25, 35:2, 37:18, 39:13, 41:24, 52:1, 52:3, 52:10, 52:16, 53:18, 54:11, 56:3
**charges** [5] - 17:14, 27:5, 31:5, 51:5, 55:21
**charging** [1] - 41:23
**chat** [10] - 10:4, 15:9, 18:2, 19:6, 20:15, 21:4, 21:6, 22:13, 30:10, 30:11
**chats** [5] - 8:16, 13:12, 18:6, 19:4, 40:16
**checking** [1] - 3:14
**child** [2] - 7:15, 78:15
**children** [2] - 37:11, 76:5
**choose** [1] - 56:11
**chosen** [2] - 17:1, 58:22
**Circuit** [1] - 63:24
**circumstances** [1] - 49:1
**circumstantial** [3] - 48:22, 48:25, 49:4
**cited** [1] - 67:4
**civil** [1] - 58:23
**clean** [4] - 5:12, 5:14, 45:21, 60:18
**clear** [1] - 76:16
**cleared** [1] - 70:22
**clearer** [1] - 41:22
**clearly** [3] - 8:24, 10:6, 49:24
**clerk** [1] - 59:11
**click** [1] - 15:9
**client** [1] - 3:18
**client's** [1] - 63:7
**clients** [1] - 61:22
**cloak** [1] - 26:4
**close** [3] - 4:12, 54:16, 54:25
**closed** [2] - 64:23, 69:24
**closer** [2] - 22:10
**closes** [1] - 47:11
**closing** [1] - 6:16
**CLOSING** [3] - 7:3, 16:17, 31:21
**co** [1] - 4:6
**co-counsel** [1] - 4:6
**cobwebs** [1] - 43:23
**Code** [1] - 66:17

**coerce** [1] - 21:5
**Colozzo** [1] - 57:19
**comfort** [1] - 44:8
**comfortable** [4] - 14:21, 15:4, 15:13, 42:10
**coming** [5] - 20:18, 28:13, 32:9, 64:7, 77:14
**comma** [4] - 68:3, 68:22, 68:24, 68:25
**commas** [1] - 68:17
**comment** [2] - 61:17, 70:12
**commerce** [2] - 51:23, 54:10
**commit** [5] - 8:13, 22:17, 39:16, 39:19, 52:3
**commits** [1] - 53:23
**committed** [7] - 17:20, 37:20, 40:15, 51:14, 54:11, 54:15, 54:24
**committing** [10] - 7:8, 8:10, 25:2, 25:6, 29:5, 40:15, 40:22, 41:13, 52:19, 53:11
**common** [12] - 19:14, 28:10, 42:19, 47:22, 48:19, 63:20, 64:1, 64:2, 64:4, 64:11, 64:15, 64:16
**communicate** [1] - 57:3
**communicating** [2] - 16:8, 20:4
**communications** [3] - 8:15, 20:9, 33:5
**competent** [2] - 61:23
**complete** [1] - 12:18
**COMPLETED** [1] - 80:9
**completed** [1] - 44:11
**completely** [4] - 17:16, 67:14, 67:22, 68:10
**Complies** [2] - 69:14, 73:6
**computer** [1] - 5:6
**concerned** [1] - 48:21
**concerning** [2] - 47:19, 49:12
**concerns** [1] - 14:15
**concluded** [2] - 47:3, 79:6
**conclusions** [1] - 48:20
**concrete** [1] - 12:2
**concur** [1] - 67:16
**conditions** [1] - 76:4
**conduct** [3] - 9:3, 9:9, 77:18
**conducting** [1] - 18:5
**conference** [3] - 46:5, 47:1, 47:3
**confines** [1] - 13:7
**conflict** [1] - 58:6
**confusion** [1] - 61:5
**conjunctive** [1] - 51:15
**connectivity** [1] - 18:25
**connects** [1] - 10:7
**consequence** [1] - 23:6
**consider** [10] - 6:14, 28:7, 30:24, 43:11, 47:12, 48:6, 49:5, 55:22, 56:7, 70:18
**consideration** [1] - 77:25
**considered** [1] - 47:23
**considering** [4] - 42:23, 43:1, 48:18, 55:9
**consistent** [1] - 43:16
**contact** [4] - 21:1, 30:1, 59:10, 59:12

**contained** [11] - 8:22, 66:22, 67:13, 67:22, 68:6, 68:10, 68:15, 69:1, 69:3, 69:4, 69:5
**continue** [2] - 69:24, 69:25
**control** [2] - 16:4, 16:5
**controlled** [2] - 13:6, 37:15
**convenience** [1] - 56:15
**conversation** [6] - 10:1, 11:4, 12:18, 13:4, 27:17, 51:18
**conversations** [2] - 42:20, 42:22
**convict** [2] - 27:19, 31:8
**convicted** [1] - 76:13
**convince** [4] - 7:16, 9:19, 14:6, 14:8
**convinced** [3] - 48:3, 48:5, 55:14
**convincing** [3] - 26:19, 47:25, 76:16
**cooler** [1] - 25:9
**coolers** [1] - 25:10
**copies** [3] - 5:17, 5:18, 60:8
**copy** [17] - 4:24, 5:1, 5:2, 44:5, 45:21, 45:23, 46:7, 46:10, 46:11, 51:7, 56:21, 57:16, 57:17, 60:16, 60:18, 66:23
**correct** [6] - 3:19, 3:20, 5:7, 33:2, 46:22, 66:5
**corrections** [1] - 3:16
**correctly** [1] - 34:12
**counsel** [21] - 3:4, 4:6, 6:7, 31:25, 32:3, 32:10, 33:2, 33:8, 34:3, 34:24, 35:4, 35:22, 36:19, 37:2, 38:8, 41:20, 61:20, 63:5, 69:12, 72:14, 77:22
**Counsel** [1] - 60:23
**count** [8] - 16:6, 51:6, 51:9, 55:21, 69:23, 70:25, 73:17
**Count** [7] - 13:4, 16:11, 16:12, 51:9, 73:16, 75:24, 76:1
**counting** [1] - 58:1
**countries** [1] - 59:1
**counts** [2] - 51:6, 60:24
**Counts** [1] - 52:3
**County** [1] - 20:21
**couple** [5] - 32:7, 33:7, 35:11, 59:9, 78:14
**course** [6] - 5:2, 9:24, 32:1, 36:17, 39:6, 77:21
**COURT** [125] - 1:1, 1:11, 3:3, 3:9, 3:21, 4:2, 4:5, 4:12, 4:16, 4:21, 4:22, 5:1, 5:7, 5:11, 5:15, 5:18, 5:22, 6:1, 6:11, 7:1, 16:14, 31:17, 31:19, 43:20, 44:2, 45:15, 45:18, 45:22, 46:1, 46:4, 46:11, 46:14, 46:18, 46:20, 46:23, 47:4, 54:22, 57:23, 59:25, 60:2, 60:7, 60:12, 60:23, 61:3, 61:6, 61:9, 61:12, 61:16, 62:12, 62:14, 62:19, 63:4, 63:7, 63:11, 63:14, 63:22, 64:6, 64:19, 64:22, 65:3, 65:5, 65:10, 65:13, 65:17, 65:19, 65:22, 65:25, 66:8, 66:11, 66:15, 66:23, 66:25, 67:3, 67:6, 67:17, 67:24, 68:2, 68:6, 68:17, 68:21, 69:3, 69:7, 69:12, 69:15, 69:17, 69:21, 70:1, 70:6, 70:10, 70:21, 71:3, 71:14, 71:21, 72:8, 72:16, 72:23, 73:1, 73:4, 73:7, 73:22, 74:4, 74:7, 74:10, 74:13,

74:16, 74:19, 74:22, 74:25, 75:3, 75:6,
75:9, 75:12, 75:21, 76:8, 76:15, 76:22,
76:25, 77:4, 77:14, 77:16, 77:16, 78:12, 78:19,
78:21, 78:22, 78:24

**court** [3] - 3:2, 56:13, 57:25
**Court** [10] - 24:21, 40:24, 57:5, 64:24,
65:8, 69:7, 73:12, 76:6, 79:1
**court's** [1] - 69:1
**Court's** [9] - 44:23, 67:14, 67:23,
68:15, 69:6, 69:8, 75:16, 75:18, 77:25
**courtroom** [12] - 5:5, 5:8, 5:25, 26:6,
32:20, 57:1, 57:9, 57:10, 57:22, 72:15,
75:20
**COURTROOM** [21] - 45:13, 45:20,
45:23, 59:20, 59:23, 60:1, 60:3, 61:13,
62:8, 64:20, 65:16, 65:20, 65:23, 68:8,
68:19, 68:23, 69:5, 69:14, 70:5, 73:11,
77:2
**covid** [1] - 17:2
**created** [3] - 28:16, 28:19, 31:11
**credited** [1] - 37:7
**crime** [47] - 7:6, 7:17, 9:16, 9:21,
17:20, 18:8, 21:16, 22:1, 22:6, 22:7,
25:5, 29:18, 29:19, 30:22, 34:4, 34:15,
34:16, 34:17, 34:24, 35:1, 35:3, 36:18,
37:17, 38:4, 38:5, 39:2, 39:7, 40:10,
40:11, 40:12, 40:14, 40:16, 42:15,
51:21, 52:5, 54:11, 54:15, 54:24, 55:22,
55:25, 56:1
**crimes** [5] - 34:21, 51:5, 56:3, 56:6
**criminal** [13] - 8:8, 22:18, 25:25, 33:17,
34:1, 39:13, 52:1, 52:16, 53:18, 57:24,
58:23, 73:13, 78:3
**cross** [2] - 28:21, 35:23
**cross-examination** [1] - 35:23
**cross-examine** [1] - 28:21
**crowded** [1] - 33:15
**current** [2] - 46:11, 77:12
**custody** [2] - 76:18, 79:1

## D

**Daddy** [1] - 13:24
**daddy** [1] - 11:22
**Daddy's** [1] - 14:25
**dangerous** [2] - 37:10, 37:13
**DATE** [1] - 80:9
**date** [10] - 36:2, 54:14, 54:16, 54:25,
56:25, 76:4, 77:11, 77:12
**dated** [1] - 73:20
**dates** [1] - 54:12
**DAY** [1] - 1:9
**Daylight** [1] - 71:7
**days** [8] - 18:22, 22:4, 22:20, 24:3,
24:6, 32:8, 36:25, 78:5
**deadlines** [1] - 78:3
**deal** [1] - 9:17
**deals** [1] - 64:4
**deception** [1] - 50:15
**decide** [9] - 44:13, 49:7, 49:13, 50:13,

55:8, 56:8, 56:10, 58:12, 58:24
**decided** [1] - 38:13
**deciding** [1] - 44:10
**decision** [9] - 3:24, 24:22, 25:21,
44:16, 45:7, 47:13, 48:15, 49:10, 50:15
**deductions** [1] - 48:20
**defendant** [101] - 1:7, 7:7, 7:24, 8:1,
8:3, 8:9, 8:12, 8:14, 8:16, 8:19, 8:21,
8:25, 9:1, 9:15, 9:19, 9:23, 10:2, 10:7,
10:12, 10:17, 11:10, 12:3, 12:10, 12:16,
13:10, 13:15, 13:16, 13:20, 13:22,
13:23, 13:25, 14:2, 14:10, 14:20, 14:24,
16:3, 16:7, 16:11, 27:25, 28:13, 33:20,
34:13, 34:25, 35:1, 35:6, 35:25, 36:6,
36:8, 36:14, 37:18, 37:21, 37:24, 38:21,
39:1, 39:5, 39:8, 39:23, 40:1, 40:4,
40:13, 40:21, 41:5, 44:15, 44:19, 45:1,
45:2, 45:3, 45:6, 45:10, 46:13, 47:7,
47:8, 47:9, 47:10, 47:11, 47:15, 48:3,
51:6, 51:9, 52:5, 52:8, 52:10, 52:12,
52:18, 52:23, 53:4, 54:12, 54:14, 54:20,
55:24, 56:2, 56:5, 56:8, 56:9, 66:12,
66:18, 72:13, 73:15, 76:11, 76:17,
78:25
**DEFENDANT** [3] - 1:18, 1:22, 4:4
**defendant's** [5] - 10:14, 13:11, 47:17,
47:20, 52:2
**defendants** [1] - 17:5
**defending** [2] - 17:5, 17:13
**defense** [18] - 6:10, 31:25, 32:3, 32:10,
33:2, 33:8, 34:3, 34:23, 34:24, 35:4,
35:21, 36:19, 37:2, 38:8, 41:20, 63:16,
65:3, 76:23
**defense's** [1] - 76:2
**define** [1] - 64:7
**defined** [1] - 53:21
**definitely** [1] - 11:22
**definition** [9] - 63:15, 63:25, 64:2,
64:4, 64:10, 64:11, 64:14, 64:23
**definitions** [1] - 63:19
**deliberate** [3] - 57:25, 58:16, 62:18
**deliberation** [1] - 32:18
**deliberations** [7] - 44:7, 44:13, 50:23,
51:8, 55:6, 56:13, 59:16
**Department** [1] - 20:23
**depraved** [1] - 23:11
**DEPUTY** [21] - 45:13, 45:20, 45:23,
59:20, 59:23, 60:1, 60:3, 61:13, 62:8,
64:20, 65:16, 65:20, 65:23, 68:8, 68:19,
68:23, 69:5, 69:14, 70:5, 73:11, 77:2
**deputy** [2] - 5:5, 5:8
**describes** [1] - 12:22
**desensitized** [2] - 23:4, 23:13
**despite** [1] - 27:20
**detail** [1] - 50:17
**determination** [1] - 71:4
**determine** [1] - 56:4
**devices** [1] - 63:18
**dick** [2] - 13:25, 14:25
**differ** [1] - 49:25

**difference** [1] - 49:3
**different** [7] - 9:12, 34:16, 34:17,
42:15, 46:7, 50:6, 65:21
**differently** [1] - 55:16
**digital** [1] - 39:18
**direct** [5] - 40:18, 48:21, 48:22, 49:4,
56:12
**directly** [2] - 49:25, 57:9
**dirty** [1] - 11:17
**disagree** [1] - 39:22
**disbelieve** [1] - 49:10
**discovered** [1] - 21:13
**discuss** [6] - 6:19, 14:23, 44:4, 55:11,
59:13, 62:22
**discussed** [4] - 3:21, 3:22, 35:17,
40:18
**discussing** [1] - 55:12
**discussion** [3] - 60:21, 61:7, 62:15
**discussions** [1] - 44:12
**disprove** [1] - 49:2
**dispute** [5] - 8:11, 8:14, 8:15, 8:25,
17:21
**disregard** [1] - 44:23, 48:14
**distasteful** [1] - 18:5
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [2] - 72:18, 72:19
**District** [2] - 73:11, 73:12
**documents** [1] - 59:6
**done** [11] - 10:20, 10:23, 16:3, 22:24,
23:12, 23:18, 42:14, 54:6, 55:2, 57:23,
60:11
**door** [2] - 31:3, 70:12
**doubt** [32] - 16:9, 18:17, 18:18, 21:14,
21:17, 25:1, 26:9, 26:15, 26:19, 26:23,
28:12, 28:15, 28:18, 31:7, 31:8, 31:11,
38:20, 39:3, 44:16, 45:5, 47:14, 47:18,
47:19, 47:21, 47:24, 48:4, 51:17, 52:7,
54:15, 54:24
**down** [9] - 16:23, 20:10, 20:11, 20:25,
30:5, 46:9, 57:4, 77:15
**downplay** [2] - 21:9, 21:10
**downstairs** [1] - 62:13
**Drive** [1] - 1:19
**driven** [1] - 34:14
**driving** [1] - 25:7
**drove** [1] - 36:14
**due** [1] - 78:2
**during** [12] - 11:12, 13:10, 13:12,
35:22, 45:8, 48:15, 50:7, 50:19, 50:22,
51:8, 58:4, 77:22
**duty** [4] - 44:3, 44:9, 59:21, 59:23

## E

**ease** [1] - 15:11
**easier** [3] - 5:22, 15:20, 61:25
**eating** [1] - 65:12
**Edward** [2] - 72:25, 73:20
**efficient** [1] - 22:24
**either** [7] - 27:24, 42:25, 44:18, 45:9,

49:3, 57:8, 77:19
**element** [7] - 26:9, 29:3, 30:25, 31:6, 39:8, 39:23, 40:7
**elements** [9] - 7:20, 7:22, 18:7, 29:1, 29:2, 35:2, 38:18, 38:20, 42:17
**Eleventh** [1] - 63:24
**ELMO** [1] - 35:14
**emphasize** [1] - 51:2
**enacted** [1] - 17:17
**encourage** [1] - 77:23
**end** [5] - 15:10, 27:15, 35:12, 70:11
**endanger** [1] - 33:17
**ended** [1] - 27:18
**ending** [1] - 71:11
**enforcement** [7] - 20:8, 20:9, 36:3, 36:16, 36:21, 37:3, 37:14
**engage** [21] - 7:25, 9:15, 9:23, 12:5, 27:16, 39:25, 40:2, 40:9, 41:3, 41:7, 41:10, 41:19, 51:10, 51:25, 52:9, 53:2, 53:5, 53:8, 73:17, 73:18, 75:25
**engaging** [8] - 8:6, 39:12, 52:15, 53:17, 53:24
**enjoyed** [3] - 22:13, 70:10, 76:11
**entered** [3] - 5:25, 21:14, 72:15
**entice** [15] - 7:13, 7:25, 9:23, 12:10, 28:4, 34:19, 34:22, 39:24, 40:2, 40:8, 41:25, 51:24, 52:9, 63:15, 64:23
**enticed** [3] - 12:4, 41:3, 53:2
**Enticement** [1] - 9:22
**enticement** [15] - 7:10, 7:20, 8:3, 9:10, 11:21, 13:3, 40:10, 41:17, 51:10, 52:4, 53:15, 64:5, 73:16, 73:18, 75:25
**enticing** [2] - 39:16, 40:20
**entirety** [1] - 33:3
**entitled** [2] - 51:2, 80:5
**environment** [1] - 37:14
**equivalent** [1] - 18:21
**erect** [3] - 11:24, 14:11, 24:16
**Eric** [1] - 2:6
**especially** [2] - 32:2, 37:10
**ESQ** [2] - 1:18, 1:22
**essential** [1] - 30:12
**establish** [2] - 35:3, 38:22
**established** [1] - 13:9
**ETA** [3] - 12:2, 12:16, 78:21
**evening** [3] - 6:2, 11:6, 72:10
**evening's** [1] - 11:3
**event** [2] - 59:12, 59:15
**events** [1] - 54:13
**eventual** [1] - 31:24
**evidence** [50] - 6:13, 6:14, 6:17, 6:18, 6:20, 6:21, 6:22, 16:10, 20:1, 20:19, 22:7, 32:16, 32:23, 35:21, 38:8, 38:9, 42:24, 43:15, 44:17, 45:1, 45:4, 45:7, 47:7, 47:10, 47:23, 48:7, 48:8, 48:10, 48:18, 48:19, 48:21, 48:22, 48:23, 48:25, 49:4, 49:6, 49:7, 50:2, 50:4, 50:25, 55:10, 55:20, 55:23, 56:4, 57:15, 58:11, 60:14, 60:15, 62:8
**exact** [3] - 33:11, 54:13, 67:18

**exactly** [5] - 15:6, 15:19, 32:4, 38:17, 40:19
**examination** [1] - 35:23
**examine** [1] - 28:21
**example** [1] - 35:20
**except** [2] - 35:6, 48:13
**exclude** [1] - 47:19
**excuse** [3] - 24:2, 30:10, 33:9
**executing** [1] - 37:8
**Executive** [1] - 1:19
**exhaustive** [1] - 77:19
**Exhibit** [1] - 8:22
**exhibit** [1] - 78:18
**Exhibit's** [1] - 15:6
**exhibits** [10] - 5:2, 5:17, 32:22, 42:25, 48:9, 56:20, 61:9, 61:10, 78:4, 78:14
**exist** [1] - 76:13
**exists** [1] - 28:16
**exited** [2] - 57:22, 75:20
**experience** [2] - 12:20, 59:7
**explain** [4] - 44:20, 51:11, 55:7
**explained** [2] - 3:23, 3:24
**explicit** [3] - 11:13, 78:14, 78:15
**explicitly** [1] - 11:10
**expresses** [3] - 14:2, 14:15, 15:2
**extent** [1] - 59:2
**extra** [1] - 45:23
**extremely** [2] - 61:19, 61:23
**eyewitness** [1] - 48:25

**F**

**faced** [1] - 29:24
**facilities** [1] - 54:10
**facility** [2] - 3:12, 51:22
**fact** [13] - 17:17, 21:9, 28:7, 28:17, 31:13, 32:19, 34:4, 48:24, 49:2, 50:4, 50:17, 52:21, 58:21
**facts** [13] - 17:16, 17:19, 39:2, 42:23, 43:13, 43:15, 43:22, 44:15, 48:16, 49:1, 52:6, 55:19, 58:24
**factual** [1] - 48:12
**fails** [4] - 24:10, 45:5, 47:14, 52:2
**fair** [1] - 67:12
**falsely** [1] - 50:3
**family** [1] - 78:11
**fan** [1] - 58:21
**fancy** [1] - 26:3
**fantasies** [1] - 30:21
**fantasy** [12] - 18:2, 19:4, 19:19, 19:21, 20:5, 20:6, 20:15, 21:2, 29:7, 35:4, 35:5, 36:2
**far** [4] - 4:19, 23:6, 65:9, 78:4
**FCRR** [2] - 2:1, 80:9
**fear** [1] - 14:2
**federal** [2] - 51:21, 57:24
**felon** [1] - 76:13
**few** [6] - 7:5, 7:18, 36:24, 49:15, 76:11, 78:8
**fide** [1] - 54:6

**fifth** [3] - 8:9, 39:23, 40:21
**figure** [1] - 36:25
**figured** [1] - 6:4
**file** [1] - 78:17
**filed** [2] - 78:2, 78:4
**fill** [1] - 56:24
**finally** [2] - 28:6, 52:17
**fine** [8] - 15:14, 45:22, 62:11, 64:17, 65:6, 65:22, 66:7, 72:3
**finger** [1] - 11:11
**finish** [1] - 57:15
**fire** [1] - 33:16
**first** [18] - 7:23, 12:8, 15:2, 16:20, 19:25, 22:8, 26:2, 32:3, 32:14, 33:13, 34:2, 34:6, 37:6, 37:25, 39:22, 39:23, 58:5, 66:19
**five** [5] - 13:16, 29:2, 38:18, 38:22, 38:24
**FL** [4] - 1:15, 1:19, 1:23, 2:2
**flight** [1] - 76:6
**flirting** [1] - 11:2
**Florida** [9] - 8:8, 20:21, 39:14, 52:17, 53:19, 53:20, 53:21, 54:1, 73:12
**FLORIDA** [1] - 1:1
**Florida's** [1] - 9:3
**focus** [1] - 24:18
**folks** [2] - 37:16, 42:21
**follow** [6] - 38:15, 43:5, 43:6, 44:4, 44:20, 44:21
**following** [5] - 3:2, 7:22, 14:18, 39:2, 52:6
**follows** [1] - 53:22
**fooling** [1] - 15:10
**FOR** [3] - 1:13, 1:18, 1:22
**foregoing** [1] - 80:3
**foreign** [1] - 51:22
**foremost** [1] - 34:6
**foreperson** [6] - 56:12, 56:17, 56:24, 72:24, 73:20
**FOREPERSON** [4] - 72:22, 72:25, 73:3, 73:6
**forfeiture** [3] - 60:24, 61:14, 62:9
**forget** [3] - 4:6, 12:15, 50:11
**forgot** [2] - 16:21, 36:7
**form** [15] - 5:3, 27:10, 32:22, 41:7, 41:10, 41:19, 42:25, 53:5, 53:9, 56:14, 56:17, 56:19, 56:24, 57:18, 60:17
**formal** [4] - 44:25, 45:12, 47:5, 47:6
**former** [1] - 45:18
**Fort** [1] - 20:22
**FORT** [1] - 1:2
**forth** [1] - 78:3
**fortunately** [1] - 39:3
**forum** [2] - 23:5, 23:9
**forward** [1] - 28:11
**fought** [1] - 26:14
**four** [1] - 27:11
**fourth** [2] - 24:10, 39:10
**frankly** [1] - 66:20

**freedom** [1] - 31:24
**front** [1] - 8:23
**fuck** [1] - 10:13
**fucked** [1] - 10:20
**fulfill** [1] - 20:5
**full** [1] - 15:3
**full-blown** [1] - 15:3
**fullest** [1] - 77:25
**fully** [5] - 55:9, 69:3, 69:5, 77:23
**fun** [2] - 10:11, 11:11
**fundamental** [1] - 75:15

## G

**game** [1] - 11:17
**general** [1] - 26:1
**generations** [1] - 22:22
**gentlemen** [11] - 7:4, 18:9, 18:21, 22:17, 24:18, 25:24, 30:13, 30:23, 43:20, 72:17, 75:13
**ghosting** [1] - 13:13
**Girl** [2] - 12:23, 13:24
**girl** [10] - 7:14, 7:16, 7:17, 8:17, 8:24, 12:5, 12:11, 16:8, 23:19
**given** [3] - 26:1, 51:7, 59:19
**GIZELLA** [2] - 2:1, 80:9
**glad** [1] - 60:11
**God** [1] - 36:8
**good-bye** [1] - 78:10
**governing** [1] - 51:11
**government** [47] - 3:9, 4:12, 6:9, 9:14, 17:11, 18:4, 18:10, 18:19, 21:8, 21:15, 24:6, 24:25, 25:8, 25:22, 26:7, 27:6, 27:19, 27:25, 28:10, 29:3, 29:13, 29:21, 30:1, 30:13, 31:1, 31:10, 35:2, 38:19, 41:2, 41:5, 42:17, 43:2, 44:14, 44:19, 45:10, 47:13, 52:20, 52:23, 52:25, 53:3, 54:21, 54:23, 61:21, 63:22, 65:5, 76:9, 76:20
**Government's** [2] - 8:22, 15:6
**government's** [6] - 3:6, 28:17, 45:4, 47:16, 47:18, 53:15
**graphic** [1] - 25:16
**graphics** [1] - 30:19
**gratification** [3] - 21:7, 23:22, 23:24
**gratified** [1] - 27:17
**gratify** [1] - 30:22
**gratitude** [1] - 75:18
**great** [1] - 70:11
**greater** [1] - 51:3
**greatly** [1] - 58:17
**Green** [1] - 1:23
**grown** [1] - 42:21
**guarantee** [1] - 24:17
**guess** [4] - 21:2, 23:21, 71:5, 71:12
**guilt** [5] - 45:1, 47:7, 47:14, 47:17, 47:20
**guilty** [25] - 16:11, 26:24, 31:10, 38:21, 38:25, 39:1, 43:18, 44:15, 45:5, 45:6, 47:15, 48:3, 52:5, 55:4, 55:24, 56:5, 56:8, 56:9, 73:17, 73:19, 75:24, 76:1
**guy** [2] - 20:24, 22:16
**guys** [1] - 72:4

## H

**habits** [1] - 14:24
**half** [1] - 58:11
**hand** [1] - 73:4
**handle** [2] - 5:22, 77:6
**handled** [2] - 61:17, 72:2
**hands** [4] - 31:24, 43:8, 43:13, 62:1
**hang** [2] - 10:3, 10:5
**happy** [1] - 16:25
**hard** [1] - 30:20
**hate** [2] - 28:1, 28:2
**head** [2] - 4:3, 66:2
**hear** [6] - 6:14, 66:18, 76:8
**heard** [10] - 6:11, 8:11, 8:18, 13:9, 16:10, 28:22, 28:23, 37:4, 37:8, 39:4
**hearing** [2] - 46:6, 47:2
**heavy** [1] - 47:16
**held** [1] - 3:2
**help** [1] - 40:23
**hereby** [1] - 80:3
**hesitant** [1] - 31:7
**hesitate** [1] - 55:13
**hesitation** [7] - 11:23, 21:17, 25:1, 26:21, 26:23, 31:6, 48:1
**hidden** [1] - 25:19
**high** [1] - 77:9
**highest** [1] - 26:16
**Highway** [1] - 20:21
**himself** [5] - 10:10, 12:21, 13:1, 17:13, 27:17
**hold** [2] - 25:22, 31:1
**Holly** [1] - 36:5
**Hollywood** [6] - 2:2, 30:5, 30:8, 36:9, 36:11, 36:14
**home** [3] - 16:21, 37:9, 71:13
**Homeland** [1] - 21:1
**honest** [1] - 55:15
**Honor** [41] - 3:7, 3:8, 4:4, 4:10, 6:8, 6:10, 6:24, 6:25, 16:13, 16:15, 31:18, 54:18, 63:1, 63:2, 63:23, 65:6, 65:7, 66:7, 67:1, 67:11, 67:20, 69:11, 69:19, 69:20, 72:5, 72:6, 74:3, 74:6, 74:9, 74:12, 74:15, 74:18, 74:21, 74:24, 75:2, 75:5, 75:8, 75:11, 76:10, 76:21, 78:13
**HONORABLE** [1] - 1:10
**hOOVER** [1] - 4:24
**HOOVER** [3] - 1:14, 31:18, 31:22
**hope** [6] - 6:2, 16:19, 19:14, 29:18, 59:5, 59:8
**hopefully** [1] - 3:15
**hour** [1] - 14:9
**house** [3] - 14:19, 21:25, 23:25
**HUCK** [1] - 1:10
**Huck** [6] - 38:10, 72:9, 77:6, 77:9, 77:20

**hundreds** [1] - 26:14
**hung** [2] - 69:22, 71:1

## I

**identify** [1] - 36:24
**Ilene** [1] - 72:18
**ill** [1] - 58:6
**illegal** [1] - 33:14
**images** [4] - 24:15, 25:16, 78:14, 78:16
**imagine** [1] - 58:14
**immediately** [1] - 10:12
**impartially** [1] - 47:23
**important** [25] - 6:21, 17:9, 17:10, 17:11, 18:12, 21:8, 21:11, 21:23, 26:21, 27:8, 27:9, 30:25, 32:11, 33:25, 35:20, 41:12, 42:23, 48:2, 49:9, 50:3, 50:17, 53:10, 58:13, 77:18
**imposed** [1] - 76:4
**impossible** [2] - 30:9, 35:25
**impress** [1] - 49:16
**impressed** [2] - 61:18, 61:21
**impressions** [1] - 51:3
**impure** [1] - 23:7
**inaccurately** [1] - 50:12
**inclination** [1] - 63:20
**include** [1] - 54:5
**included** [1] - 9:5
**includes** [1] - 48:8
**including** [8] - 51:23, 67:18, 68:2, 68:4, 68:11, 68:14, 68:18, 68:24
**inconsequential** [2] - 41:14, 53:12
**incredibly** [1] - 42:22
**independent** [1] - 50:24
**indicted** [1] - 31:4
**indictment** [18] - 5:1, 16:12, 44:25, 45:11, 47:5, 47:6, 51:5, 51:8, 51:14, 54:11, 55:21, 56:3, 56:22, 57:17, 60:25, 61:4, 62:10, 67:4
**individual** [16] - 7:25, 8:4, 39:9, 39:25, 40:2, 41:2, 41:6, 41:10, 41:19, 52:9, 52:13, 52:24, 53:1, 53:5, 53:8, 53:17
**individuals** [3] - 8:6, 39:12, 52:15
**induce** [9] - 7:24, 21:5, 28:4, 39:24, 40:1, 40:8, 51:24, 52:9, 54:7
**induced** [2] - 41:3, 53:1
**inducement** [4] - 9:10, 41:16, 53:14, 64:2
**influenced** [4] - 27:24, 44:18, 45:9, 51:1
**information** [3] - 20:12, 43:9, 59:10
**innocence** [5] - 26:3, 45:3, 47:9, 76:12, 76:13
**innocent** [5] - 26:8, 26:12, 45:2, 47:8, 50:14
**inside** [1] - 14:25
**instead** [1] - 23:20
**instruct** [5] - 7:19, 7:22, 38:11, 43:21, 44:9
**instructed** [1] - 16:20

**instruction** [4] - 27:22, 40:24, 54:7, 54:21

**instructions** [36] - 3:14, 4:17, 4:25, 9:5, 9:12, 24:20, 24:24, 26:1, 26:2, 28:6, 43:24, 44:3, 44:5, 44:6, 44:11, 44:22, 44:23, 48:13, 56:21, 57:17, 60:8, 60:17, 60:19, 64:7, 66:22, 66:24, 67:6, 67:14, 67:23, 67:25, 68:6, 68:11, 68:16, 69:1, 69:6, 69:8

**INSTRUCTIONS** [1] - 44:1

**intend** [1] - 9:23

**intended** [17] - 7:24, 9:2, 9:19, 21:4, 21:5, 21:6, 39:24, 40:1, 40:4, 40:5, 40:6, 40:8, 41:5, 52:8, 52:21, 53:4, 53:16

**intends** [1] - 15:7

**intent** [23] - 9:6, 9:7, 9:8, 9:15, 9:18, 10:18, 13:11, 18:11, 18:15, 18:20, 23:17, 25:10, 25:12, 25:13, 27:1, 27:3, 28:4, 29:12, 31:15, 34:4, 34:6, 34:8, 34:11

**intention** [1] - 78:16

**intentional** [1] - 50:14

**intentionally** [1] - 55:2

**intercourse** [1] - 39:17

**interest** [2] - 49:19, 55:20

**interested** [2] - 29:15, 63:23

**internet** [11] - 8:2, 8:13, 18:23, 22:23, 23:2, 23:12, 39:6, 51:23, 52:11, 54:9

**interpretation** [2] - 17:19, 48:17

**interrupt** [1] - 54:19

**interrupting** [1] - 45:25

**interstate** [2] - 51:22, 54:10

**interview** [1] - 77:19

**introduces** [1] - 10:10

**investigation** [2] - 20:18, 37:7

**invited** [3] - 11:8, 12:21, 25:20

**invoking** [1] - 30:15

**involved** [1] - 32:12

**issue** [2] - 48:12, 63:10

**itself** [2] - 6:22, 9:11

**J**

**January** [15] - 7:8, 9:24, 12:16, 13:5, 13:14, 13:17, 20:3, 21:16, 21:19, 22:21, 29:25, 36:6, 36:9, 36:20

**Jeep** [1] - 30:7

**job** [3] - 18:4, 61:24, 72:3

**JR** [1] - 1:18

**Judge** [22] - 3:20, 4:19, 5:9, 38:10, 46:9, 46:12, 62:6, 62:7, 64:18, 64:21, 65:25, 66:14, 66:25, 70:20, 70:22, 71:15, 72:9, 77:3, 77:6, 77:9, 77:20

**JUDGE** [1] - 1:11

**judge** [18] - 4:24, 7:18, 7:21, 9:13, 16:20, 32:15, 43:3, 45:13, 45:17, 45:20, 45:24, 56:10, 58:24, 63:17, 66:20, 70:12, 72:18, 76:3

**judges** [2] - 55:19

**judicial** [2] - 17:2, 26:17

**JUROR** [14] - 59:18, 59:22, 74:3, 74:6, 74:9, 74:12, 74:15, 74:18, 74:21, 74:24, 75:2, 75:5, 75:8, 75:11

**juror** [16] - 58:7, 59:19, 65:9, 73:25, 74:1, 74:4, 74:7, 74:10, 74:13, 74:16, 74:19, 74:22, 74:25, 75:3, 75:6, 75:9

**juror's** [1] - 58:8

**jurors** [15] - 51:1, 55:10, 57:12, 57:25, 58:2, 58:3, 58:4, 58:5, 60:6, 67:13, 67:21, 68:9, 68:13, 68:23, 72:12

**jury** [51] - 3:10, 3:11, 5:5, 5:10, 5:25, 44:2, 44:7, 44:12, 46:6, 47:2, 56:11, 56:20, 56:21, 56:23, 57:6, 57:11, 57:16, 57:19, 57:21, 57:22, 58:7, 58:20, 59:1, 59:2, 60:5, 60:8, 60:18, 65:7, 65:21, 66:16, 67:6, 67:15, 67:23, 68:10, 68:16, 69:1, 69:6, 69:8, 70:16, 71:19, 72:11, 72:15, 72:17, 72:20, 72:23, 73:15, 75:13, 75:14, 75:19, 75:20

**jury's** [2] - 62:1, 75:23

**justice** [3] - 17:4, 32:6, 75:15

**JUSTIN** [1] - 1:14

**justin.hoover@usdoj.gov** [1] - 1:17

**K**

**keep** [4] - 11:16, 19:6, 21:4, 50:8

**keeping** [1] - 4:7

**keeps** [2] - 11:3, 15:15

**kept** [3] - 18:10, 19:9, 21:23

**key** [1] - 24:20

**kids** [2] - 35:8, 38:2

**kill** [1] - 33:14

**kind** [1] - 71:22

**knowing** [1] - 27:20

**knowingly** [10] - 7:24, 39:24, 40:1, 40:4, 41:8, 41:17, 52:8, 53:6, 54:17, 55:1

**knowledge** [1] - 48:24

**knows** [6] - 11:4, 11:5, 15:23, 37:22, 38:1, 38:3

**L**

**la@eaglelaw.com** [1] - 1:25

**ladies** [11] - 7:4, 18:8, 18:21, 22:17, 24:18, 25:24, 30:13, 30:23, 43:20, 72:16, 75:13

**laid** [1] - 30:6

**language** [1] - 67:18

**lapse** [1] - 50:14

**LARRY** [1] - 1:18

**lascivious** [4] - 7:12, 9:4, 53:20, 53:23

**last** [2] - 3:15, 29:24

**latched** [1] - 35:1

**late** [1] - 70:18

**law** [44] - 20:8, 20:9, 32:17, 36:3, 36:16, 36:20, 37:2, 37:13, 38:9, 38:10, 38:11, 38:12, 38:15, 38:24, 39:13, 42:19, 43:2, 43:4, 43:6, 43:7, 43:10,

43:14, 43:16, 43:21, 44:5, 44:10, 44:20, 44:21, 44:24, 45:1, 47:7, 48:13, 51:11, 52:17, 53:19, 53:20, 54:1, 67:12, 67:21, 68:9, 68:13, 68:23, 76:18

**lawmakers** [1] - 29:14

**laws** [2] - 8:8, 53:19

**lawyers** [8] - 6:18, 24:22, 32:19, 32:22, 35:21, 48:9, 61:18, 61:22

**ldmpa@bellsouth.net** [1] - 1:20

**leading** [2] - 41:13, 53:11

**leaked** [1] - 15:24

**learned** [1] - 43:9

**least** [5] - 23:1, 35:24, 67:8, 70:24, 71:24

**leave** [9] - 9:6, 43:10, 58:7, 59:10, 60:3, 61:12, 70:6, 76:7

**leaves** [1] - 19:19

**left** [4] - 21:25, 46:24, 60:6, 72:9

**legal** [5] - 49:2, 61:20, 63:10, 64:10

**legit** [2] - 14:4, 35:13

**less** [6] - 8:4, 14:9, 39:9, 52:13, 52:21, 53:25

**lewd** [7] - 7:12, 9:4, 25:5, 33:19, 42:6, 53:20, 53:23

**lie** [1] - 36:1

**lied** [1] - 23:20

**lies** [1] - 29:24

**light** [1] - 75:23

**likelihood** [1] - 77:9

**limited** [1] - 59:3

**line** [3] - 18:1, 38:3, 70:11

**lines** [1] - 33:10

**list** [1] - 78:18

**listening** [2] - 29:17, 58:11

**live** [1] - 17:7

**lived** [2] - 22:23, 23:2

**lives** [2] - 32:8

**logistical** [1] - 65:8

**logistics** [1] - 10:23

**look** [10] - 13:12, 25:20, 29:1, 30:20, 33:4, 33:8, 38:15, 56:17, 62:10, 70:24

**looking** [2] - 18:24, 63:18

**looks** [2] - 4:19, 20:9

**loss** [1] - 66:20

**loud** [2] - 23:10, 25:17

**louder** [3] - 17:25, 26:10, 28:24

**love** [1] - 62:4

**Lucie** [2] - 20:21, 20:22

**lunch** [5] - 62:18, 62:19, 62:20, 62:21, 65:9

**lure** [1] - 28:5

**M**

**ma'am** [3] - 72:22, 73:3, 76:24

**mad** [1] - 24:16

**magazine** [1] - 18:25

**magazines** [2] - 18:24, 19:1

**man** [3] - 19:11, 19:22, 31:8

**man's** [1] - 20:11

**manually** [1] - 15:17
**March** [3] - 1:5, 59:7, 73:20
**march** [1] - 28:11
**marshals** [4] - 76:19, 78:1, 78:7, 79:1
**masks** [2] - 16:24, 32:9
**masturbation** [1] - 14:23
**matter** [10] - 3:3, 12:9, 36:17, 37:17, 38:4, 49:13, 53:19, 77:1, 77:10, 80:5
**matters** [4] - 9:8, 9:18, 48:18, 78:6
**mean** [25] - 25:7, 27:8, 49:6, 50:9, 63:10
**meaning** [4] - 64:12, 64:16, 64:25
**means** [7] - 6:12, 11:9, 40:24, 51:22, 54:1, 54:7, 55:1
**meant** [1] - 18:3
**medical** [1] - 54:6
**meet** [33] - 7:11, 7:17, 9:20, 10:6, 10:9, 10:17, 11:5, 11:16, 11:20, 12:21, 13:2, 13:19, 13:20, 14:8, 14:20, 14:22, 15:5, 15:8, 15:12, 19:9, 19:18, 20:7, 23:16, 26:8, 27:7, 27:18, 34:19, 37:15, 37:19, 40:7, 42:2, 42:6, 42:7
**meeting** [38] - 9:1, 10:8, 11:5, 12:25, 13:16, 15:7, 16:5, 18:11, 18:15, 18:20, 19:5, 19:16, 19:17, 19:20, 20:14, 21:20, 22:11, 23:24, 24:7, 24:8, 24:9, 24:13, 27:4, 29:25, 30:3, 30:11, 31:15, 34:10, 34:14, 35:19, 36:1, 37:22, 37:23, 40:14, 40:17, 77:23
**meetings** [2] - 29:20, 29:22
**members** [3] - 44:2, 56:11, 57:10
**memories** [1] - 51:3
**memory** [3] - 49:21, 50:14, 50:22
**men** [4] - 12:20, 18:23, 19:2, 21:7
**message** [3] - 13:11, 36:10, 57:4
**messages** [1] - 42:9
**messaging** [1] - 20:5
**met** [2] - 11:8, 28:18
**METCALF** [27] - 1:22, 16:15, 16:18, 63:6, 63:9, 63:13, 63:17, 64:17, 65:2, 65:4, 66:6, 66:14, 66:20, 67:5, 67:10, 67:16, 69:10, 69:19, 69:25, 70:3, 70:8, 70:22, 71:10, 72:6, 76:3, 76:24, 78:10
**Metcalf** [2] - 1:23, 16:14
**methods** [1] - 51:16
**Miami** [2] - 1:15, 62:20
**middle** [1] - 46:16
**might** [4] - 20:19, 54:19, 61:5, 70:17
**mind** [5] - 10:14, 29:9, 50:8, 55:14
**mine** [2] - 3:25, 60:20
**minor** [20] - 7:10, 7:11, 7:12, 7:21, 9:11, 9:22, 13:3, 23:17, 27:7, 34:19, 34:20, 34:22, 37:19, 51:10, 51:24, 52:4, 73:17, 73:18, 75:25
**minute** [1] - 60:17
**minutes** [9] - 4:9, 7:6, 12:2, 13:15, 13:16, 76:11, 78:8, 78:23, 78:24
**misheard** [1] - 54:19
**missed** [1] - 46:2
**misstated** [1] - 50:12
**misstatement** [1] - 50:16

**mistake** [2] - 50:8, 55:3
**moment** [5] - 18:13, 21:12, 25:12, 34:9, 51:12
**moments** [1] - 7:18
**monitors** [1] - 44:4
**morning** [6] - 6:1, 6:3, 7:5, 16:18, 77:5
**most** [10] - 17:16, 18:12, 19:15, 22:25, 26:21, 31:25, 37:9, 37:12, 48:1, 50:20
**motions** [1] - 78:2
**movie** [2] - 11:12, 33:15
**movies** [1] - 11:7
**MR** [48] - 3:8, 3:20, 3:22, 4:11, 4:14, 4:18, 5:20, 6:10, 16:15, 16:18, 31:18, 31:22, 45:17, 45:24, 46:2, 46:7, 46:15, 46:19, 46:21, 60:10, 61:5, 62:6, 62:17, 63:2, 63:6, 63:9, 63:13, 63:17, 64:17, 65:2, 65:4, 66:6, 66:14, 66:20, 67:5, 67:10, 67:16, 69:10, 69:19, 69:25, 70:3, 70:8, 70:22, 71:10, 72:6, 76:3, 76:24, 78:10
**multiple** [3] - 35:18, 51:13, 51:14
**MURRELL** [21] - 1:18, 3:8, 3:20, 3:22, 4:11, 4:14, 4:18, 5:20, 6:10, 45:17, 45:24, 46:2, 46:7, 46:15, 46:19, 46:21, 60:10, 61:5, 62:6, 62:17, 63:2
**Murrell** [3] - 3:17, 17:14, 17:24
**must** [16] - 7:23, 24:25, 26:12, 26:16, 26:19, 26:23, 26:25, 27:20, 27:23, 28:3, 28:7, 28:8, 29:4, 41:14, 41:15, 44:10, 44:13, 44:16, 44:17, 44:20, 44:21, 44:22, 45:6, 45:7, 45:8, 45:15, 46:9, 47:13, 47:15, 48:6, 49:5, 49:6, 50:13, 50:22, 50:23, 50:25, 53:12, 53:13, 55:5, 55:8, 55:10, 55:22, 55:25, 56:7, 61:18

**N**

**name** [5] - 9:21, 20:11, 20:25, 35:7, 72:17
**naturally** [1] - 50:11
**NE** [1] - 1:15
**necessarily** [2] - 49:13, 50:9
**necessary** [7] - 41:1, 41:4, 44:15, 52:20, 52:22, 52:25, 53:3
**need** [13] - 17:22, 19:18, 21:20, 24:7, 24:23, 30:2, 60:4, 62:22, 66:4, 70:3, 70:23, 77:8
**needed** [1] - 21:19
**needs** [6] - 3:12, 13:24, 22:11, 22:16, 71:4, 77:11
**never** [18] - 13:13, 21:3, 21:4, 21:5, 21:25, 24:1, 27:4, 28:13, 28:18, 30:8, 31:14, 31:15, 34:7, 55:7, 56:7, 66:21
**new** [1] - 10:9
**next** [10] - 6:16, 11:21, 23:23, 36:12, 36:13, 45:11, 45:15, 59:20, 59:22, 70:12
**nice** [1] - 6:2
**nickname** [1] - 12:23
**night** [4] - 16:21, 22:2, 22:20, 23:22

**nine** [2] - 22:4, 22:20
**NO** [1] - 1:2
**none** [2] - 23:8, 30:6
**noon** [1] - 15:8
**normally** [2] - 41:15, 53:14
**note** [4] - 57:11, 63:4, 72:13, 78:17
**notebooks** [2] - 5:21, 50:19
**notes** [6] - 50:18, 50:21, 50:22, 50:23, 51:1, 51:2
**nothing** [9] - 19:12, 20:15, 24:6, 28:22, 38:23, 60:15, 66:9, 71:25, 77:13
**noticed** [1] - 58:1
**noting** [1] - 75:18
**nowhere** [1] - 9:12
**nudes** [1] - 15:24
**Number** [1] - 73:12
**number** [24] - 16:24, 17:2, 18:7, 24:24, 29:3, 49:11, 51:7, 58:6, 59:18, 59:19, 67:8, 73:25, 74:1, 74:4, 74:7, 74:10, 74:13, 74:16, 74:19, 74:22, 74:25, 75:3, 75:6, 75:9
**numbers** [3] - 18:22, 19:2, 21:7

**O**

**o'clock** [1] - 71:20
**object** [1] - 54:4
**objection** [1] - 5:20
**obligation** [1] - 78:5
**observe** [1] - 49:22
**occur** [3] - 42:20, 42:22, 59:13
**occurred** [13] - 8:5, 25:4, 27:4, 33:6, 36:18, 37:18, 38:4, 38:6, 39:11, 52:14, 53:16, 54:13
**occurrence** [1] - 54:8
**OF** [3] - 1:1, 1:4, 1:14
**offense** [23] - 7:20, 7:23, 8:8, 8:10, 9:8, 12:18, 25:3, 25:6, 29:5, 33:4, 37:20, 39:13, 39:20, 40:22, 41:13, 51:13, 52:1, 52:4, 52:16, 52:19, 53:11, 53:18
**offenses** [1] - 51:12
**offensive** [1] - 18:5
**offer** [2] - 19:5, 19:8
**offers** [1] - 14:5
**Office** [1] - 1:14
**office** [2] - 62:12, 77:24
**OFFICER** [3] - 4:22, 77:14, 78:22
**officer** [2] - 57:5, 78:21
**old** [3] - 8:5, 18:22, 52:13
**older** [3] - 12:20, 23:2, 53:25
**oldest** [1] - 10:20
**once** [1] - 10:6
**one** [39] - 5:9, 5:11, 5:13, 5:15, 5:21, 8:6, 14:9, 19:14, 25:19, 29:15, 29:25, 34:17, 34:18, 35:15, 35:19, 36:5, 37:6, 37:23, 38:20, 39:11, 39:15, 42:16, 43:14, 49:16, 51:16, 52:14, 53:16, 55:11, 55:24, 55:25, 56:11, 57:12, 58:5, 59:8, 59:10, 64:6, 69:22, 70:24, 73:23
**open** [3] - 3:2, 11:5, 70:15

**opinion** [2] - 48:12, 55:13
**opportunity** [5] - 6:19, 49:21, 50:21, 58:12, 77:22
**option** [1] - 3:23
**oral** [6] - 14:13, 14:17, 15:1, 15:18, 39:18, 54:2
**order** [4] - 38:21, 61:11, 65:14, 65:15
**organ** [1] - 54:3
**originally** [1] - 33:6
**outcome** [1] - 49:19
**outside** [6] - 16:5, 20:17, 46:6, 47:1, 57:6, 62:23
**overcome** [1] - 26:16
**own** [9] - 21:18, 26:22, 28:17, 31:11, 31:12, 48:2, 48:15, 48:17, 55:13

---

# P

**p.m** [5] - 13:13, 13:17, 36:9, 36:10, 36:14
**page** [9] - 8:22, 11:21, 15:5, 33:1, 35:16, 35:17, 45:13, 46:12, 67:2
**pages** [1] - 35:10
**Palm** [1] - 1:19
**paper** [4] - 5:16, 5:18, 33:4, 58:19
**paragraph** [3] - 45:11, 45:16, 46:17
**paraphrasing** [2] - 32:23, 38:16
**park** [2] - 14:22, 15:8
**parking** [1] - 36:16
**part** [15] - 6:21, 23:14, 32:9, 39:4, 40:11, 41:6, 41:9, 41:19, 46:2, 49:11, 53:4, 53:8, 53:22, 61:4, 71:5
**participation** [1] - 66:4
**particular** [3] - 49:12, 49:18, 77:11
**parties** [3] - 60:13, 77:6, 78:4
**partner** [1] - 30:10
**parts** [1] - 39:22
**passion** [1] - 30:16
**past** [1] - 64:1
**Patrol** [1] - 20:21
**pattern** [1] - 64:6
**PAUL** [1] - 1:10
**pause** [3] - 4:15, 4:20, 61:15
**peers** [1] - 58:22
**Pena** [1] - 57:20
**pending** [1] - 76:7
**penetration** [3] - 39:18, 54:2, 54:4
**penis** [3] - 11:24, 14:11, 24:16
**people** [9] - 10:9, 23:6, 23:14, 26:4, 29:6, 33:17, 38:13, 50:10, 58:22
**perform** [4] - 12:22, 14:13, 15:18, 15:21
**perhaps** [1] - 50:20
**period** [3] - 59:14, 69:2, 69:6
**permit** [2] - 77:19, 77:24
**permits** [1] - 71:7
**permitted** [1] - 50:18
**person** [20] - 7:13, 10:17, 11:1, 16:2, 27:15, 33:19, 33:23, 35:12, 38:24, 39:17, 40:5, 40:6, 40:7, 40:20, 42:1,

48:23, 52:1, 53:23, 53:24, 56:16
**person's** [1] - 29:9
**personal** [3] - 32:8, 49:19, 60:5
**personality** [1] - 13:7
**persuade** [6] - 7:24, 39:24, 40:1, 40:8, 51:24, 52:9
**persuaded** [2] - 41:3, 53:1
**persuasion** [5] - 9:10, 40:10, 41:16, 53:14, 64:3
**ph.)** [1] - 73:5
**phase** [1] - 6:16
**phone** [7] - 8:12, 21:1, 35:12, 39:6, 59:11, 61:2, 70:14
**photo** [7] - 8:20, 8:21, 10:24, 11:24, 12:25, 14:11, 15:22
**photographs** [4] - 33:19, 33:21, 42:7, 78:17
**photos** [1] - 15:24
**phrasing** [1] - 33:11
**physical** [4] - 13:8, 35:19, 36:1, 36:7
**pick** [3] - 14:18, 24:1, 42:11
**picked** [3] - 46:8, 46:9, 60:9
**picking** [1] - 60:7
**picture** [2] - 10:10, 35:8
**pictures** [1] - 24:15
**piece** [1] - 58:19
**PIERCE** [1] - 1:2
**Pierce** [1] - 20:22
**place** [7] - 13:5, 22:9, 37:10, 37:15, 39:15, 39:20, 58:8
**plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 1:13
**play** [1] - 71:22
**playing** [1] - 11:16
**plenty** [2] - 4:7, 71:8
**point** [9] - 6:8, 12:12, 13:6, 16:3, 33:13, 35:11, 35:15, 43:12, 49:12
**pointed** [1] - 35:23
**police** [1] - 36:22
**Police** [2] - 20:22, 20:23
**poll** [1] - 73:22
**pop** [2] - 29:23, 29:24
**pornography** [2] - 7:15, 78:15
**Port** [1] - 20:22
**portion** [2] - 67:2, 79:5
**portions** [3] - 68:4, 68:11, 68:20
**posing** [1] - 8:18
**position** [1] - 76:2
**positive** [1] - 59:8
**possible** [3] - 36:13, 47:18, 57:8
**post** [2] - 10:2, 78:1
**post-trial** [1] - 78:1
**power** [2] - 12:17, 24:21
**powerful** [1] - 30:14
**Predator** [1] - 19:13
**predator** [6] - 20:6, 21:21, 21:22, 22:3, 22:4, 23:18
**pregnant** [1] - 14:16
**prejudice** [3] - 27:23, 27:24, 44:19

---

**prepared** [1] - 56:14
**preparing** [2] - 41:15, 53:13
**presence** [2] - 46:6, 47:2
**present** [2] - 2:5, 72:14
**presented** [2] - 44:17, 45:8
**presumed** [2] - 26:8, 26:12
**presumes** [2] - 45:2, 47:8
**presumption** [3] - 26:3, 76:12
**pretending** [1] - 14:3
**pretty** [5] - 11:2, 12:24, 40:18, 56:15, 66:1
**previously** [1] - 32:15
**primarily** [1] - 31:22
**priority** [1] - 50:24
**Probation** [2] - 77:17, 77:24
**problem** [4] - 36:6, 63:11, 63:13, 70:16
**proceed** [6] - 3:5, 3:11, 6:23, 6:25, 16:14, 31:18
**proceeded** [1] - 66:5
**proceeding** [2] - 63:11, 78:6
**proceedings** [2] - 3:2, 80:4
**process** [2] - 32:5, 59:25
**produce** [2] - 45:4, 47:10
**productive** [1] - 71:6
**profession** [1] - 62:4
**professional** [1] - 61:24
**progress** [2] - 69:23, 71:24
**prohibit** [1] - 9:9
**promised** [1] - 14:16
**promises** [1] - 15:1
**promptly** [1] - 57:7
**proof** [15] - 21:11, 25:23, 26:18, 27:3, 28:14, 28:15, 34:5, 34:7, 34:11, 34:12, 47:16, 47:18, 47:24, 47:25, 48:25
**proposed** [1] - 9:3
**prosecuting** [1] - 17:6
**prosecutors** [2] - 17:5, 38:14
**protect** [1] - 29:6
**proud** [1] - 72:3
**PROULX** [2] - 2:1, 80:9
**prove** [35] - 9:14, 13:1, 14:5, 18:6, 18:15, 18:19, 22:18, 24:25, 25:11, 27:20, 28:15, 28:19, 29:12, 31:5, 35:3, 38:19, 38:23, 41:2, 41:5, 42:18, 43:2, 45:3, 45:5, 47:9, 47:14, 47:17, 49:2, 52:21, 52:23, 52:25, 53:3, 54:13, 54:14, 54:20, 54:23
**proved** [9] - 18:6, 31:15, 31:16, 39:2, 44:14, 48:3, 51:17, 52:6, 53:15
**proven** [1] - 25:13
**provide** [5] - 57:15, 62:19, 62:20, 63:15, 64:14
**provided** [1] - 6:15
**provides** [1] - 43:4
**providing** [1] - 64:22
**proving** [1] - 18:4
**provisions** [5] - 67:19, 68:3, 68:15, 68:19, 68:21, 68:25
**public** [1] - 37:15

**published** [1] - 73:8
**pull** [5] - 16:23, 20:23, 30:7, 36:3, 36:16
**pulled** [2] - 20:17, 30:6
**punishment** [2] - 56:7, 56:9
**pure** [1] - 18:2
**purpose** [2] - 18:14, 54:6
**purposes** [1] - 37:17
**pursuant** [1] - 76:17
**pushy** [1] - 16:1
**put** [2] - 65:13, 65:15
**puts** [1] - 28:11

## Q

**questions** [5] - 49:15, 56:18, 66:4, 70:13, 70:17
**quickly** [1] - 63:18
**quite** [1] - 63:19
**quote** [5] - 64:23, 64:24, 66:16, 69:22, 69:24
**quote/unquote** [1] - 33:24

## R

**ran** [1] - 20:1
**range** [1] - 63:19
**rather** [2] - 64:14, 64:22
**Ray** [15] - 12:13, 13:7, 13:14, 13:18, 14:9, 18:13, 19:24, 22:8, 25:11, 27:3, 27:10, 30:2, 34:5, 34:7, 37:5
**Ray's** [1] - 29:11
**re** [1] - 17:17
**re-enacted** [1] - 17:17
**reach** [4] - 24:8, 48:20, 55:11, 77:18
**reached** [4] - 14:10, 71:12, 72:11, 72:21
**reaches** [1] - 24:8
**read** [22] - 17:17, 24:24, 25:16, 30:25, 38:25, 40:16, 40:25, 42:8, 69:21, 73:24, 74:1, 74:5, 74:8, 74:11, 74:14, 74:17, 74:20, 74:23, 75:1, 75:4, 75:7, 75:10
**reads** [1] - 54:21
**ready** [6] - 3:5, 3:6, 3:11, 4:21, 6:3, 11:23
**real** [14] - 12:11, 13:1, 14:5, 14:7, 16:8, 19:8, 22:7, 29:7, 35:5, 35:7, 35:9, 35:13, 47:21, 55:18
**reality** [4] - 19:20, 19:21, 20:14, 35:4
**really** [11] - 11:14, 11:16, 25:13, 37:23, 58:21, 58:25, 61:20, 62:24, 72:1, 72:3
**reason** [2] - 12:8, 12:13, 16:6, 27:12, 28:20, 36:24, 47:22, 48:19, 49:18
**reasonable** [23] - 16:9, 18:17, 21:14, 25:1, 26:9, 26:15, 26:19, 31:7, 38:20, 39:3, 44:16, 45:5, 47:14, 47:19, 47:21, 47:24, 48:4, 51:17, 52:7, 54:15, 54:24, 59:14, 77:20
**reasonably** [2] - 54:16, 54:25
**reasons** [4] - 37:5, 37:16, 67:8, 72:19
**REBUTTAL** [1] - 31:21

**receiving** [4] - 7:15, 72:10, 72:20, 75:17
**recess** [7] - 63:3, 66:8, 66:9, 66:10, 69:16, 72:7, 79:2
**recollection** [3] - 32:25, 48:17, 50:24
**record** [6] - 3:17, 60:22, 61:8, 62:16, 69:21, 72:13
**records** [2] - 20:23, 21:10, 21:13
**rectify** [1] - 29:17
**red** [1] - 32:20
**redact** [2] - 61:3, 78:16
**redacted** [1] - 78:18
**reenacted** [1] - 25:18
**reexamine** [1] - 55:13
**refer** [2] - 51:8, 67:24
**reference** [1] - 25:3
**refers** [1] - 69:8
**reflects** [1] - 62:3
**regard** [1] - 47:4
**regards** [1] - 70:17
**reinitiated** [1] - 30:1
**relating** [1] - 55:23
**relatively** [1] - 70:16
**relevant** [8] - 67:1, 67:18, 68:3, 68:4, 68:11, 68:14, 68:21, 68:25
**reluctant** [2] - 18:15, 18:16
**rely** [7] - 26:20, 32:20, 35:20, 48:1, 63:20, 64:15, 64:24
**remain** [1] - 57:20
**remains** [1] - 31:23
**remand** [2] - 76:2, 76:14
**remanded** [3] - 76:17, 76:18, 78:25
**remember** [13] - 12:7, 18:12, 23:3, 32:17, 32:24, 33:11, 33:25, 34:8, 37:22, 42:24, 50:11, 55:18, 59:7
**remembers** [1] - 50:10
**remind** [2] - 32:14, 38:7
**render** [5] - 25:15, 26:24, 31:9, 43:18, 57:25
**repeatedly** [2] - 35:11, 42:10
**repetition** [1] - 45:19
**REPORTED** [1] - 2:1
**REPORTER** [1] - 66:25
**representation** [1] - 62:3
**represented** [4] - 61:20, 61:22, 72:14, 77:22
**request** [1] - 66:21
**requested** [1] - 77:6
**require** [1] - 58:7
**required** [5] - 9:14, 38:14, 38:19, 43:2, 43:5
**reservations** [1] - 15:2
**resist** [1] - 23:18
**respect** [1] - 15:4
**respecting** [1] - 15:25
**respond** [1] - 57:7
**responded** [1] - 10:2
**responds** [1] - 13:15
**response** [3] - 11:15, 15:16, 67:12

**responsible** [1] - 4:6
**rest** [3] - 3:10, 4:1, 57:20
**restaurant** [1] - 65:15
**rested** [1] - 6:12
**restful** [1] - 6:2
**restroom** [2] - 3:12, 4:23
**rests** [2] - 6:9, 6:10
**result** [2] - 41:16, 53:14
**retire** [1] - 57:18
**return** [2] - 15:19, 57:1
**review** [2] - 43:13, 43:14
**revisiting** [1] - 77:10
**rise** [1] - 75:19
**risk** [2] - 10:25, 76:6
**road** [1] - 70:14
**roaring** [1] - 18:17
**room** [13] - 5:5, 32:18, 44:7, 44:12, 56:11, 56:20, 56:23, 57:6, 57:16, 57:19, 57:21, 60:5, 60:6
**row** [1] - 11:8
**RPR** [2] - 2:1, 80:9
**rules** [2] - 44:9, 78:3
**running** [1] - 22:22
**ruse** [1] - 21:3
**rush** [1] - 20:20

## S

**sat** [1] - 18:14
**save** [1] - 61:5
**Savings** [1] - 71:7
**saw** [4] - 8:20, 30:7, 36:3, 36:16
**scared** [1] - 23:19
**scenario** [1] - 9:17
**schedule** [1] - 77:8
**scheduled** [1] - 77:1
**scheduling** [2] - 72:19, 77:10
**school** [1] - 42:11
**search** [4] - 36:3, 36:12, 36:15, 37:8
**seat** [1] - 57:23, 60:13
**seated** [6] - 6:2, 57:20, 69:17, 72:8, 72:16, 75:21
**second** [5] - 8:1, 33:7, 37:7, 46:17, 66:15
**secret** [1] - 55:6
**Section** [4] - 66:17, 67:19, 68:3, 68:4
**SECURITY** [3] - 4:22, 77:14, 78:22
**security** [1] - 57:5
**Security** [1] - 21:1
**seductive** [1] - 22:12
**see** [23] - 3:11, 4:2, 13:18, 14:6, 15:9, 16:2, 23:1, 25:18, 28:12, 28:13, 32:22, 38:18, 54:10, 56:17, 63:24, 66:17, 67:3, 67:7, 71:3, 71:16, 71:22, 71:23, 72:1
**seek** [1] - 55:20
**seeking** [1] - 76:14
**seeks** [1] - 9:9
**seem** [1] - 49:20
**select** [1] - 56:16
**selfie** [1] - 14:5

**send** [9] - 5:17, 57:11, 60:17, 62:21, 65:19, 65:20, 69:13, 69:15, 71:12

**sending** [6] - 5:21, 15:24, 20:3, 24:15, 33:19, 42:6

**sends** [4] - 10:10, 11:23, 14:4, 14:10

**sense** [6] - 42:18, 42:19, 47:22, 48:19, 64:11

**sent** [5] - 8:21, 12:16, 12:25, 13:13, 35:7

**sentence** [1] - 77:21

**sentencing** [4] - 67:9, 76:7, 76:25, 77:7

**separate** [2] - 51:5, 55:22

**separately** [1] - 55:23

**serious** [2] - 12:25, 34:15

**service** [3] - 58:17, 75:14, 75:15

**session** [1] - 63:5

**set** [4] - 10:8, 18:10, 37:23, 78:3

**settle** [1] - 14:22

**seven** [2] - 24:3, 24:6

**several** [3] - 35:5, 37:5, 40:17

**sex** [21] - 7:17, 9:2, 9:11, 9:23, 10:18, 11:20, 12:1, 12:22, 14:8, 14:13, 14:14, 14:17, 15:1, 15:3, 15:18, 15:20, 23:16, 29:16, 39:18, 40:5, 40:6

**sexual** [45] - 7:25, 8:5, 8:7, 9:15, 9:20, 10:13, 12:5, 12:19, 12:20, 21:6, 23:21, 23:23, 25:4, 30:21, 39:11, 39:12, 39:15, 39:16, 39:17, 39:25, 40:2, 40:9, 41:4, 41:7, 41:11, 41:20, 41:22, 51:10, 51:25, 52:10, 52:14, 52:15, 53:2, 53:6, 53:9, 53:16, 53:17, 53:24, 54:1, 54:3, 54:5, 73:17, 73:19, 75:25

**sexually** [4] - 19:3, 27:17, 34:20, 41:23

**shake** [1] - 43:23

**shaking** [1] - 4:2

**sharper** [1] - 60:12

**Shayla** [28] - 8:17, 8:19, 8:20, 8:21, 9:2, 9:19, 9:23, 10:7, 10:11, 10:14, 10:19, 11:10, 11:13, 12:4, 12:16, 12:19, 13:2, 13:9, 13:11, 13:22, 14:1, 14:2, 14:10, 14:15, 14:19, 15:23, 16:4, 24:4

**Shayla's** [3] - 10:2, 13:6, 14:23

**sheerly** [1] - 30:9

**sheets** [1] - 20:23

**Sheriff** [1] - 20:22

**short** [1] - 15:22

**shortly** [2] - 38:10, 38:17

**shout** [1] - 33:16

**show** [7] - 13:24, 14:6, 24:2, 37:21, 41:21, 46:15, 69:12

**showing** [2] - 30:15, 76:16

**shown** [1] - 30:12

**shows** [3] - 19:16, 20:8, 25:9

**shy** [1] - 15:23

**sic** [1] - 54:14

**sic)** [1] - 68:3

**side** [3] - 46:5, 47:1, 47:3

**side-bar** [3] - 46:5, 47:1, 47:3

**sides** [6] - 6:12, 39:5, 61:19, 62:1, 62:2

**sign** [1] - 56:25

**signed** [2] - 73:19, 75:17

**significance** [2] - 6:20, 50:15

**silence** [1] - 24:3

**silencer** [1] - 70:15

**simple** [1] - 50:8

**simply** [3] - 41:14, 53:13, 55:17

**single** [2] - 26:9, 44:22

**sit** [2] - 28:20, 32:9

**sits** [1] - 26:12

**sitting** [1] - 58:10

**skip** [2] - 45:11, 45:15

**skirt** [1] - 15:22

**sleep** [1] - 16:22

**slow** [1] - 69:23

**small** [3] - 58:18, 59:4, 75:16

**smoke** [2] - 10:12, 10:13

**someone** [2] - 14:3, 27:14

**someplace** [1] - 59:6

**sometime** [1] - 10:17

**sometimes** [2] - 58:5, 62:21

**somewhat** [1] - 33:3

**soon** [5] - 3:10, 37:3, 43:8, 57:15, 70:7

**sorry** [3] - 46:15, 54:18, 77:3

**south** [1] - 66:2

**Southern** [1] - 73:12

**SOUTHERN** [1] - 1:1

**speaks** [1] - 72:23

**Special** [9] - 2:6, 13:6, 13:14, 14:9, 34:5, 34:6, 34:9, 34:11, 37:4

**special** [1] - 13:18

**specific** [5] - 19:8, 44:14, 56:2, 56:6, 64:10

**specifies** [1] - 51:12

**speculate** [1] - 11:9

**speech** [1] - 29:6

**spend** [1] - 7:5

**SPIEGEL** [3] - 1:6, 1:19, 1:23

**Spiegel** [23] - 3:4, 3:18, 4:2, 17:10, 18:5, 19:6, 21:3, 21:19, 22:13, 22:15, 23:14, 26:11, 27:12, 28:8, 29:15, 30:22, 31:1, 31:4, 61:21, 73:14, 73:16, 75:23, 77:16

**squared** [1] - 4:16

**St** [2] - 20:21, 20:22

**STACEY** [1] - 1:13

**stacey.bergstrom@usdoj.gov** [1] - 1:16

**stampede** [1] - 33:16

**stand** [9] - 18:14, 19:12, 26:13, 27:10, 28:8, 31:13, 32:21, 34:9, 43:22

**start** [4] - 9:25, 16:22, 35:17, 40:25

**started** [5] - 3:13, 12:18, 17:14, 19:11, 32:3

**starting** [1] - 73:24

**starts** [1] - 23:23

**STATES** [4] - 1:1, 1:4, 1:11, 1:14

**States** [9] - 3:4, 26:5, 26:6, 29:3, 43:16, 43:17, 66:17, 73:11, 73:13

**statute** [5] - 9:4, 9:9, 9:22, 29:13, 51:12

**Statute** [1] - 53:21

**statutes** [2] - 9:12, 9:17

**stay** [4] - 35:1, 70:23, 71:5, 71:6

**step** [24] - 8:9, 9:7, 12:15, 18:7, 25:2, 25:6, 26:25, 27:21, 28:4, 29:4, 29:8, 29:11, 30:18, 31:16, 40:21, 41:9, 41:12, 41:18, 41:21, 41:25, 42:3, 52:18, 53:7, 53:10

**steps** [3] - 12:17, 42:5, 42:12

**Stick** [2] - 72:25, 73:20

**still** [7] - 4:8, 13:18, 13:19, 19:4, 21:2, 59:21

**stimulate** [2] - 15:17, 54:7

**stipulated** [2] - 17:18, 25:20

**stone** [1] - 37:24

**stop** [3] - 11:13, 11:18, 20:2

**stopped** [4] - 17:3, 17:4, 36:22

**Strachan** [3] - 19:18, 19:21, 20:3

**straighten** [1] - 77:8

**straightforward** [1] - 56:15

**Street** [2] - 1:15, 2:1

**StreetVero** [1] - 1:23

**strength** [3] - 30:14, 30:17, 30:19

**stretch** [1] - 43:22

**stroked** [1] - 11:25

**stupid** [1] - 29:6

**sub** [1] - 53:21

**submit** [3] - 21:15, 24:10, 34:23

**subsection** [1] - 66:18

**substantial** [26] - 8:9, 9:7, 12:15, 18:7, 25:2, 25:6, 26:25, 27:21, 28:4, 29:4, 29:8, 29:11, 30:18, 31:16, 40:21, 41:8, 41:12, 41:18, 41:21, 41:25, 42:3, 42:4, 42:12, 52:18, 53:7, 53:10

**succeeded** [1] - 9:1

**suck** [1] - 13:24

**sucked** [1] - 11:25

**sufficient** [1] - 51:18

**suggest** [2] - 49:14, 56:16

**suggestion** [2] - 63:16, 64:9

**suggests** [3] - 13:16, 23:25, 64:24

**summarizing** [2] - 32:23, 38:16

**supported** [2] - 43:15

**supposed** [1] - 28:5

**surveilled** [1] - 22:5

**sympathy** [3] - 27:24, 44:18, 45:9

**system** [4] - 17:3, 32:6, 58:21, 75:15

**systems** [1] - 26:17

**T**

**Taft** [1] - 2:1

**teasing** [1] - 11:13

**technology** [1] - 30:15

**telephone** [5] - 8:2, 51:23, 52:11, 54:9, 66:3

**television** [1] - 19:16

**ten** [2] - 6:5, 78:5

**tend** [2] - 49:1, 50:11
**term** [3] - 64:13, 64:16, 64:23
**terminated** [1] - 23:22
**terminates** [1] - 23:24
**terms** [1] - 40:19
**terrible** [1] - 17:12
**testified** [3] - 32:25, 49:23, 50:3
**testify** [3] - 28:13, 47:11, 47:12
**testifying** [2] - 3:18, 49:12
**testimony** [9] - 31:13, 43:1, 48:8, 48:23, 49:9, 49:25, 50:1, 50:7, 51:4
**text** [1] - 20:4
**texts** [5] - 24:15, 25:16, 25:17, 30:15, 35:10
**thanking** [1] - 16:22
**that'll** [1] - 62:19
**THE** [150] - 1:1, 1:10, 1:13, 1:18, 1:22, 3:3, 3:9, 3:21, 4:2, 4:4, 4:5, 4:12, 4:16, 4:21, 4:22, 5:1, 5:7, 5:11, 5:15, 5:18, 5:22, 6:1, 6:11, 7:1, 16:14, 31:17, 31:19, 43:20, 44:2, 45:13, 45:15, 45:18, 45:20, 45:22, 45:23, 46:1, 46:4, 46:11, 46:14, 46:18, 46:20, 46:23, 47:4, 54:22, 57:23, 59:20, 59:23, 59:25, 60:1, 60:2, 60:3, 60:7, 60:12, 60:23, 61:3, 61:6, 61:9, 61:12, 61:13, 61:16, 62:8, 62:12, 62:14, 62:19, 63:4, 63:7, 63:11, 63:14, 63:22, 64:6, 64:19, 64:20, 64:22, 65:3, 65:5, 65:10, 65:13, 65:16, 65:17, 65:19, 65:20, 65:22, 65:23, 65:25, 66:8, 66:11, 66:15, 66:23, 66:25, 67:3, 67:6, 67:17, 67:24, 68:2, 68:6, 68:8, 68:17, 68:19, 68:21, 68:23, 69:3, 69:5, 69:7, 69:12, 69:14, 69:15, 69:17, 69:21, 70:1, 70:5, 70:6, 70:10, 70:21, 71:3, 71:14, 71:21, 72:8, 72:16, 72:23, 73:1, 73:4, 73:7, 73:11, 73:22, 74:4, 74:7, 74:10, 74:13, 74:16, 74:19, 74:22, 74:25, 75:3, 75:6, 75:9, 75:12, 75:21, 76:8, 76:15, 76:22, 76:25, 77:2, 77:4, 77:14, 77:16, 78:12, 78:19, 78:21, 78:22, 78:24
**theater** [3] - 12:21, 20:7, 33:16
**theme** [1] - 17:24
**themselves** [3] - 17:5, 33:22, 67:7
**therapy** [4] - 22:16, 35:19, 36:1, 36:7
**therefore** [1] - 69:7
**Thereupon** [19] - 4:15, 4:20, 5:25, 46:5, 47:1, 47:3, 57:22, 60:6, 60:21, 61:7, 61:15, 62:15, 63:3, 66:10, 69:16, 72:7, 72:15, 75:20, 79:5
**they've** [2] - 24:9, 65:13
**thinking** [2] - 64:8, 71:20
**third** [3] - 8:3, 39:8, 46:17
**thorough** [1] - 37:6
**thoughts** [1] - 23:7
**threaten** [1] - 33:14
**three** [3] - 39:4, 78:23, 78:24
**Thursday** [3] - 77:3, 77:4, 77:12
**timing** [1] - 36:4
**Title** [1] - 66:17

**today** [9] - 4:8, 7:6, 7:7, 19:4, 22:15, 30:17, 32:11, 34:22, 36:7
**together** [2] - 10:16, 60:13
**token** [3] - 58:18, 59:4, 75:16
**tomorrow** [4] - 15:8, 66:2, 71:10, 71:13
**tonight** [1] - 70:18
**took** [13] - 8:9, 13:5, 23:14, 25:2, 28:3, 36:25, 40:21, 41:8, 41:17, 42:5, 52:18, 53:6, 62:9
**touch** [1] - 33:7
**tough** [1] - 17:7
**toward** [2] - 8:10, 41:9
**towards** [10] - 25:2, 25:6, 29:5, 40:22, 41:18, 41:21, 42:1, 42:5, 52:18, 53:7
**traffic** [1] - 20:2
**trained** [3] - 22:10, 22:12, 28:20
**transcription** [1] - 80:4
**travel** [6] - 21:15, 34:4, 34:6, 34:10, 40:7, 42:13
**traveled** [1] - 40:13
**traveling** [4] - 7:11, 34:19, 36:21, 40:11
**travelling** [2] - 27:7, 37:19
**trial** [13] - 16:19, 17:15, 18:13, 32:2, 45:8, 48:15, 50:7, 50:19, 56:2, 58:4, 62:25, 78:1, 79:5
**TRIAL** [1] - 1:9
**trialreporters@hush.com** [1] - 2:3
**trials** [4] - 17:6, 58:20, 59:1, 59:2
**true** [17] - 22:3, 22:4, 30:6, 49:7, 73:24, 74:2, 74:5, 74:8, 74:11, 74:14, 74:17, 74:20, 74:23, 75:1, 75:4, 75:7, 75:10
**truly** [1] - 32:12
**truth** [4] - 49:17, 49:18, 50:10, 55:20
**try** [6] - 20:24, 29:21, 29:22, 31:25, 55:11, 62:4
**trying** [14] - 10:6, 10:8, 10:9, 11:16, 14:7, 15:3, 15:4, 15:11, 16:1, 18:10, 20:5, 39:19, 42:9, 67:3
**turn** [1] - 32:6
**turns** [1] - 10:12
**two** [3] - 13:15, 51:5, 76:5

**U.S** [5] - 1:14, 76:19, 77:17, 77:24, 79:1
**ultimate** [1] - 26:18
**ultimately** [1] - 77:7
**unanimous** [2] - 55:5, 73:2
**unanimously** [2] - 51:19, 73:15
**under** [7] - 8:8, 39:13, 52:16, 52:24, 53:19, 53:20, 54:1
**undertones** [1] - 12:19
**underwear** [1] - 15:22
**unduly** [1] - 51:1
**unimportant** [1] - 50:17
**union** [1] - 54:2
**unique** [4] - 17:15, 33:3, 58:25

**United** [9] - 3:3, 26:5, 29:3, 43:16, 43:17, 66:17, 73:11, 73:13
**UNITED** [4] - 1:1, 1:4, 1:11, 1:14
**unlawful** [5] - 41:7, 41:10, 41:20, 53:6, 53:9
**unless** [3] - 11:14, 21:21, 65:21
**unlikely** [1] - 59:12
**unravel** [1] - 24:12
**unravels** [1] - 28:12
**up** [38] - 10:8, 10:15, 12:7, 13:16, 13:21, 14:18, 15:10, 23:23, 24:1, 24:2, 25:9, 28:20, 29:23, 29:24, 30:6, 30:7, 30:10, 36:2, 37:21, 38:2, 40:17, 41:13, 42:7, 42:11, 43:22, 46:1, 46:8, 46:9, 53:11, 55:15, 59:22, 60:7, 60:9, 63:25, 69:22, 70:20, 71:6
**upset** [1] - 30:16
**upstairs** [1] - 6:5
**Urgo** [7] - 2:6, 19:23, 20:1, 21:12, 24:4, 34:9, 34:11
**user** [1] - 27:15

**V**

**vaginal** [4] - 14:14, 15:3, 54:2, 54:3
**variations** [1] - 46:25
**Verante** [1] - 73:5
**verbatim** [1] - 66:22
**verdict** [58] - 5:3, 25:15, 26:24, 31:9, 43:14, 43:17, 55:4, 55:7, 56:1, 56:14, 56:17, 56:19, 56:23, 56:24, 57:2, 57:18, 58:1, 58:12, 60:17, 66:2, 70:24, 71:1, 71:12, 72:10, 72:11, 72:20, 72:21, 73:1, 73:4, 73:7, 73:14, 73:24, 74:1, 74:2, 74:4, 74:5, 74:7, 74:8, 74:10, 74:11, 74:13, 74:14, 74:16, 74:17, 74:19, 74:20, 74:22, 74:23, 74:25, 75:1, 75:3, 75:4, 75:6, 75:7, 75:10, 75:23
**VERDICT** [1] - 73:10
**version** [3] - 3:15, 45:18, 60:9
**versus** [3] - 3:4, 35:4, 73:14
**vial** [1] - 24:14
**victim** [1] - 52:21
**videos** [3] - 19:13, 19:14, 19:22
**vile** [3] - 18:5, 25:15, 40:19
**violated** [1] - 9:3
**voluntarily** [1] - 55:2
**voted** [1] - 57:12
**vs** [1] - 1:5

**W**

**Wait** [1] - 20:17
**wait** [2] - 20:19, 78:8
**waiting** [1] - 57:6
**waive** [1] - 66:12
**walk** [2] - 20:12, 26:6
**walked** [1] - 31:3
**walking** [1] - 64:8
**wander** [1] - 22:3
**wants** [14] - 10:3, 10:17, 10:22, 11:5,

11:11, 13:22, 13:25, 14:1, 14:6, 14:12, 14:13, 15:16, 27:19

**warned** [1] - 30:20
**warrant** [4] - 36:3, 36:12, 36:15, 37:8
**wastes** [1] - 10:7
**watch** [1] - 24:12
**watched** [1] - 19:22
**watching** [1] - 19:13
**ways** [2] - 51:13, 51:15
**wear** [1] - 15:20
**week** [5] - 13:10, 13:12, 37:1, 59:20, 59:22
**weight** [2] - 49:3, 51:3
**welcome** [1] - 7:5
**West** [1] - 1:19
**wheels** [1] - 32:6
**Whisper** [2] - 10:9, 20:4
**whole** [2] - 44:22, 49:11
**wholly** [3] - 67:14, 67:22, 68:10
**whopper** [1] - 30:4
**wife** [2] - 38:2, 76:5
**willing** [2] - 26:20, 47:25
**wine** [2] - 25:9
**Wingstop** [1] - 20:13
**wish** [1] - 57:3
**witness** [15] - 32:21, 49:8, 49:11, 49:14, 49:16, 49:17, 49:19, 49:20, 49:21, 49:23, 50:3, 50:5, 50:7, 50:9, 50:12
**witness'** [1] - 49:25
**witnesses** [6] - 28:17, 32:25, 43:1, 48:8, 49:12, 50:1
**women** [1] - 18:23
**wondrous** [1] - 22:24
**wood** [1] - 36:5
**word** [7] - 29:12, 43:3, 51:15, 54:17, 55:1, 63:21, 64:25
**words** [15] - 17:25, 26:4, 26:11, 28:22, 28:25, 33:1, 33:9, 33:10, 33:13, 33:16, 33:18, 33:22, 33:25, 34:1, 55:5
**works** [1] - 65:17
**world** [3] - 19:19, 27:13, 58:25
**worth** [2] - 10:25
**write** [1] - 57:4
**writing** [1] - 57:8
**written** [2] - 4:25, 32:20
**wrote** [2] - 29:10, 29:13

# Y

**y'all** [1] - 69:17
**years** [6] - 8:5, 26:14, 52:13, 52:22, 53:25
**yesterday** [3] - 8:11, 12:7, 35:23
**young** [6] - 19:11, 19:17, 19:22, 20:11, 20:16, 23:18
**yourself** [4] - 49:15, 50:25, 55:9, 56:22
**yourselves** [3] - 29:2, 50:2, 58:22

# Z

**Zac** [5] - 22:15, 24:2, 24:15, 27:22, 28:1
**ZACHARY** [3] - 1:6, 1:19, 1:23
**Zachary** [17] - 17:10, 18:4, 19:5, 21:3, 21:18, 22:12, 23:14, 25:1, 26:11, 27:12, 28:7, 28:18, 29:15, 30:4, 30:22, 73:14, 73:15